AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

OZETTA THOMAS,
   Plaintiff,

V.

MIKE JOHANNS, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, AND DANNY F. CRAWFORD, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS AGENT AND SUPERVISOR FOR THE FSA, STATE OF ALABAMA,
   Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05 cv-411-F

TO: (Name and address of Defendant)

Mike Johanns, Secretary
U.S. Department of Agriculture
14th Independence Avenue SW
Washington, D.C. 20250

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*            May 6, 2005

CLERK                                 DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    *Date*                                *Signature of Server*


                                       _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

OZETTA THOMAS,
  Plaintiff,
V.

MIKE JOHANNS, SECRETARY, UNITED
STATES DEPARTMENT OF AGRICULTURE,
FARM SERVICE AGENCY, AND DANNY F.
CRAWFORD, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS AGENT AND
SUPERVISOR FOR THE FSA, STATE OF
ALABAMA,
  Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05 cv-411-F

TO: (Name and address of Defendant)

Danny F. Crawford
4121 Carmichael Road, Suite 600
Montgomery, Alabama 36106

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  May 6, 2005

➠AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   *Date*                  *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.