_Thomas_

| **SENDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _Deborah J Well_  ☑ Agent  ☐ Addressee

B. Received by ( Printed Name) _DEBRA Williams_ | C. Date of Delivery _5-9-05_

1. Article Addressed to:

Danny Crawford
4121 Carmichael Rd.,
Suite 600
Montgomery, AL 36106

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:05cv411 (cmp + smc body)

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7000 1670 0009 4085 7510

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540