IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-411-F |
| | ) |
| MIKE JOHANNS, SECRETARY, | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, FARM SERVICE, | ) |
| AGENCY, (FSA) AGENCY, AND | ) |
| DANNY F. CRAWFORD, | ) |
| INDIVIDUALLY AND IN HIS | ) |
| OFFICIAL CAPACITY AS AGENT | ) |
| AND SUPERVISOR FOR THE FSA, | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

Come now Defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and move the Court for an extension of time, to and including August 8, 2005 to file an answer or other response in the above-styled case. In support of this Motion, the undersigned counsel shows unto the Court the following:

1. This lawsuit is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and 42 U.S.C. § 1983 against Mike Johanns, Secretary of the Department of Agriculture, and Danny Crawford, a Department of Agriculture employee, in both his official and individual capacities. At this juncture, though a request has been made, the United States Attorney's Office has not yet been authorized by the Department of Justice ("DOJ") to represent Mr. Crawford in his individual capacity. The United States Attorney may not undertake the representation of a federal employee in his individual capacity without the approval of the DOJ.

2. According to the docket report, Defendant Crawford's response to the Complaint is due on July 8, 2005, and Defendant Johann's response is due on July 10, 2005. If Defendant Crawford is granted representation, the United States Attorney's Office will have the authority to enter an answer or other response on his behalf. Furthermore, if Defendant Crawford is granted representation, then Defendants may have common defenses that can be raised in the same pleading.

3. The undersigned counsel hopes to have a representation decision from DOJ shortly.

4. Once a representation decision is made, the undersigned counsel has to review the matter and prepare responsive pleading(s).

5. An extension of time would enable the representation decision to be resolved and allow the undersigned sufficient time to prepare responsive pleading(s). It would also serve the interests of judicial and party economy if Defendants were granted an extension so that Defendants can file their answers or other responses at the same time.

6. Based on the foregoing, the undersigned counsel respectfully moves the Court for a 30-day extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint, so that Defendants' responses are due on or before August 8, 2005.

Respectfully submitted this 5th day of July, 2005.

         LEURA G. CANARY
         United States Attorney

      By: s/James J. DuBois
        JAMES J. DUBOIS
        Assistant United States Attorney
        GA Bar Number: 231445
        Attorney for Defendant
        Post Office Box 197
        Montgomery, AL  36101-0197
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        E-mail:  **James.DuBois2@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

  Collins Pettaway, Jr., Esquire
  Chestnut, Sanders, Sanders,
  Pettaway & Campbell, P.C.
  P.O. Box 1290
  Selma, Alabama 36702-1290

         /s/ James J. DuBois
         Assistant United States Attorney