IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO.: 2:05-CV-411-F |
| ) | |
| MIKE JOHANNS, SECRETARY, ) | |
| UNITED STATES DEPARTMENT OF ) | **MOTION GRANTED** |
| AGRICULTURE, FARM SERVICE, ) | |
| AGENCY, (FSA) AGENCY, AND ) | THIS 13th DAY OF July, 2005 |
| DANNY F. CRAWFORD, ) | |
| INDIVIDUALLY AND IN HIS ) | |
| OFFICIAL CAPACITY AS AGENT ) | |
| AND SUPERVISOR FOR THE FSA, ) | UNITED STATES MAGISTRATE JUDGE |
| STATE OF ALABAMA, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

Come now Defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and move the Court for an extension of time, to and including August 8, 2005 to file an answer or other response in the above-styled case. In support of this Motion, the undersigned counsel shows unto the Court the following:

1. This lawsuit is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and 42 U.S.C. § 1983 against Mike Johanns, Secretary of the Department of Agriculture, and Danny Crawford, a Department of Agriculture employee, in both his official and individual capacities. At this juncture, though a request has been made, the United States Attorney's Office has not yet been authorized by the Department of Justice ("DOJ") to represent Mr. Crawford in his individual capacity. The United States Attorney may not undertake the representation of a federal employee in his individual capacity without the approval of the DOJ.