IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**OZETTA THOMAS,**

    Plaintiff,

Vs.                                                                                  Case No.: 2:05-CV-411-F

**MIKE JOHNNS, ET AL.,**

    Defendants.

_____/

**PLAINTIFF'S RESPONSE TO DEFENDANTS
REQUEST FOR ADDITIONAL TIME**

Comes now Plaintiff, Ozetta Thomas, by and through counsel, Hon. Collins Pettaway, Jr., and respond to Defendants Request for Additional time. As follows:

1. Plaintiff does not oppose the defendants' request for additional time to respond to the complaint.

2. Plaintiff, however, vehemently opposes the United States representing Defendant Danny F. Crawford in his individual capacity. Plaintiff feels there is the potential of a conflict of interest should it be shown, as alleged, that Mr. Crawford violated well established law or custom or practice, and Plaintiff does not want her tax dollars at work against her on behalf of someone who she feels has violated well established law. Such would be unfair and inequitable.

                                                    Respectfully submitted,

                                                    CHESTNUT, SANDERS, SANDERS,
                                                   PETTAWAY & CAMPBELL, L.L.C.

/s/ Collins Pettaway, Jr.
Collins Pettaway, Jr.
Attorney for Plaintiff
P. O. Box 1290
Selma, AL 36702-1290
334.875.9264

## CERTIFICATE OF SERVICE

This is to certify that I have on this the 15th day of July 2005 served a copy of the foregoing Response with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsels of record.

/s/Collins Pettaway, Jr.
OF COUNSEL