Thomas

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    United States Attorney
    Civil Process Clerk
    P. O. Box 197
    Montgomery, AL 36104

2:05cv411 (Cmp, summ, order #7 anodd: 8/8/05) be-dg

2. Article Number
    (Transfer from service label)   7004 2510 0001 0150 7140

PS Form 3811, February 200_  Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Nancy Yarn    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Nancy Yarn
C. Date of Delivery: 7/20/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes