IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 2:05-CV-411-F |
| | ) |
| MIKE JOHANNS, SECRETARY, | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, FARM SERVICE, | ) |
| AGENCY, (FSA) AND | ) |
| DANNY F. CRAWFORD, | ) |
| INDIVIDUALLY AND IN HIS | ) |
| OFFICIAL CAPACITY AS AGENT | ) |
| AND SUPERVISOR FOR THE FSA, | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO DISMISS ALL PLAINTIFF'S CLAIMS AGAINST
DEFENDANT CRAWFORD AND PLAINTIFF'S 42 U.S.C § 1981 AND 42
U.S.C. § 1983 CLAIMS AGAINST DEFENDANT JOHANNS**

**COMES NOW** the above named Defendants, by and through Leura G.

Canary, United States Attorney for the Middle District of Alabama, and moves this

Court to dismiss all Plaintiff's claims against Defendant Crawford, in both his

individual and official capacity, and Plaintiff's 42 U.S.C. § 1981 and 42 U.S.C. §

1983 claims against Defendant Johanns pursuant to Rules 12(b)(1) and 12(b)(6) of

the Federal Rules of Civil Procedure. In support of this Motion, Defendant shows

that Plaintiff's claims are barred, as a matter of law, by the plain language of the

statutes and binding legal authority, and that these claims must be dismissed for

lack of subject matter jurisdiction and/or failure to state a claim upon which relief

may be granted.

A memorandum brief which is being filed contemporaneously herewith.

WHEREFORE, Defendant's Motion is due to be and should be granted.

Respectfully submitted this 8th day of August, 2005.

                                    LEURA G. CANARY
                                    United States Attorney


                        By:     s/James J. DuBois
                                JAMES J. DUBOIS
                                Assistant United States Attorney
                                Georgia Bar No. 231445
                                United States Attorney's Office
                                Post Office Box 197
                                Montgomery, AL 36101-0197
                                Telephone: (334) 223-7280
                                Facsimile: (334) 223-7418
                                E-mail:  james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2005, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification

of such filing to the following:

                        Collins Pettaway, Jr., Esq.


                                s/James J. DuBois
                                Assistant United States Attorney