IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OZETTA THOMAS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV411-F |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| United States Department of Agriculture, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is presently before the court on the motion to dismiss filed by

defendants on August 8, 2005.  Upon consideration of the motion, it is

ORDERED that plaintiff may respond to the motion on or before August 23, 2005.[1]

DONE, this 15th day of August, 2005.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion will be submitted for decision without oral argument.  Should the court
determine that oral argument is necessary, a hearing date will be scheduled later.