# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

**OZETTA THOMAS,**

      Plaintiff,

vs.                            CASE NO.  05-cv-411

**MIKE JOHANNS, ET AL.,**

      Defendants.

_____/

## MOTION FOR LEAVE TO AMEND COMPLAINT

      Comes now Plaintiff, Ozetta Thomas, by and through counsel, Hon. Collins Pettaway, Jr. and states the following:

1.    The plaintiff desires to amend the complaint so there will be no confusion as to what claims are being made against which defendant.

2.    The merits of the action have not changed.

3.    The ends of justice will be better-served and judicial economy afforded by allowing such amendment which is attached.

                  Respectfully submitted,

                  CHESTNUT, SANDERS, SANDERS,
                  PETTAWAY & CAMPBELL, L.L.C.

                  /s/ Collins Pettaway, Jr.
                  Collins Pettaway, Jr.(PETTC9796)
                  Attorney for Plaintiff
                  P. O. Box 1290
                  Selma, AL 36702-1290
                  334.875.9264

## CERTIFICATE OF SERVICE

This is to certify that I have on this the 23rd day of August 2005 filed electronically this motion for leave with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

                  /s/ Collins Pettaway, Jr.
                  OF COUNSEL