IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**OZETTA THOMAS,**

    Plaintiff,

vs.                                                  CASE NO.  05-cv-411

**MIKE JOHANNS, ET AL.,**

    Defendants.

_____/

## PLAINTIFF'S RESPONSE TO THE DEFENDANT'S MOTION TO DISMISS

Comes now Plaintiff, Ozetta Thomas, by and through counsel, Hon. Collins Pettaway, Jr. and states the following:

1. Plaintiff relies upon the amended complaint filed separately herein.

2. Plaintiff's complaint stated a Title VII action against the Farm Service Agency (federal agency) and a Bivens claim against Defendant Danny Crawford.  See <u>Bivens vs. Six Unknown Names Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 397 91 S. Ct 1999, 2005. (1970) (Action brought against a federal agent while acting under color of federal law, directly under the Constitution).

3. The references under § 42 U.S.C. 1981 were mispointed and deleted, however, 42 U.S.C. 1983 is used to bring about the action under the Constitution in conjunction with the <u>Bivens</u> judicial remedy.

4. The amended complaint makes clear that the FSA is being sued under Title VII for discrimination and retaliation.  Defendant Crawford is sued for his actions under <u>Bivens</u>, which allows for such suits when Fourth, Fifth and

Eighth Amendment rights are violated.  See <u>Davis vs. Passman</u>, 442 U.S. 228, 99 S. Ct. 2264 (1979)(5th Amendment) and <u>Carlson v. Green</u>, 446 U.S. 14, 100 S. Ct. 1468(1980)(8th Amendment).  Damages under <u>Bivens</u> are permissible.  <u>Stephens vs. Dept of Health and Human Services</u>, 901 F. 2d 1571, (11th Cir. 1990), cert denied 498 U.S. 998, 111 S. Ct. 555(1990).

Wherefore, Plaintiff request that the court will deny defendants' motion to dismiss.

Respectfully submitted,

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.

<u>/s/ Collins Pettaway, Jr.</u>
Collins Pettaway, Jr.(PETTC9796)
Attorney for Plaintiff
P. O. Box 1290
Selma, AL 36702-1290
334.875.9264

## CERTIFICATE OF SERVICE

This is to certify that I have on this the 23rd day of August 2005 filed electronically this response with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

<u>/s/ Collins Pettaway, Jr.</u>
OF COUNSEL