IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

OZETTA THOMAS,

    Plaintiff,

vs.

CASE NO. 05-cv-411

MIKE JOHANNS, ET AL.,

    Defendants.

_____/

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Comes now Plaintiff, Ozetta Thomas, by and through counsel, Hon. Collins Pettaway, Jr. and states the following:

1. The plaintiff desires to amend the complaint so there will be no confusion as to what claims are being made against which defendant.

2. The merits of the action have not changed and have been corrected.

3. The ends of justice will be better-served and judicial economy afforded by allowing such amendment which is attached.

**MOTION GRANTED**
THIS 30th DAY OF August, 20 05
_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.

/s/ Collins Pettaway, Jr.
Collins Pettaway, Jr.(PETTC9796)
Attorney for Plaintiff
P. O. Box 1290
Selma, AL 36702-1290
334.875.9264

## CERTIFICATE OF SERVICE

This is to certify that I have on this the 29th day of August 2005 filed electronically this motion for leave with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

/s/ Collins Pettaway, Jr.
OF COUNSEL