IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OZETTA THOMAS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-411-F |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| United States Department of Agriculture, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is presently before the court on the motion to dismiss filed by defendants on August 8, 2005 (Doc. # 12). In view of plaintiff's amended complaint, which renders many of defendants' arguments moot, it is

ORDERED that the motion to dismiss is DENIED as MOOT.[1]

DONE this 1st day of September, 2005.

                                                           /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Defendants may, of course, address any remaining or new issues presented by the amended complaint in a motion to dismiss the amended complaint.