IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-411-F |
| | ) |
| | ) |
| MIKE JOHANNS, SECRETARY, | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, FARM SERVICE, | ) |
| AGENCY, (FSA) AND | ) |
| DANNY F. CRAWFORD, | ) |
| INDIVIDUALLY AND IN HIS | ) |
| OFFICIAL CAPACITY AS AGENT | ) |
| AND SUPERVISOR FOR THE FSA, | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT'S MOTION TO DISMISS ALL PLAINTIFF'S CLAIMS AGAINST DEFENDANT CRAWFORD

**COMES NOW** the above named Defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to dismiss all Plaintiff's claims against Defendant Crawford, in both his individual and official capacity, in Plaintiff's Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, Defendant shows that Plaintiff's claims are barred, as a matter of law, by plain and binding legal authority, and that these claims must be dismissed for failure to state claims upon which relief may be granted.

A memorandum in support of this motion is being filed contemporaneously herewith.

WHEREFORE, Defendant's Motion is due to be and should be granted.

Respectfully submitted this 14th day of September, 2005.

LEURA G. CANARY
United States Attorney

By:   s/James J. DuBois
JAMES J. DUBOIS
Assistant United States Attorney
Georgia Bar No. 231445
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail: james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Collins Pettaway, Jr., Esq.

s/James J. DuBois
Assistant United States Attorney

- 2 -