IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OZETTA THOMAS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV411-F |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| United States Department of Agriculture, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is presently before the court on the motion to dismiss filed by defendants on September 14, 2005. Upon consideration of the motion, it is

ORDERED that plaintiff may respond to the motion on or before September 23, 2005.[1]

Done, this 15th day of September, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion will be submitted for decision without oral argument. Should the court determine that oral argument is necessary, a hearing date will be scheduled later.