**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                        TELEPHONE (334) 954-3600

January 23, 2007

# NOTICE OF DEFICIENCY

To:     Attorney Collins Pettaway

From:   Clerk's Office

Case Style:  Thomas v. Johanns et al

Case Number:  2:05-cv-00411-WKW

**Referenced Pleading: Third Amended Complaint**

**Docket Entry #   36**

**The following deficient pleading was filed on January 5, 2007.**

**Third Amended Complaint.**

**You do not have leave of court to file this amended complaint.  Pursuant to the Federal Rules, you must file a motion requesting leave of court to allow this pleading.**