## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OZETTA THOMAS,<br>    Plaintiff,<br><br>vs.<br><br>MIKE JOHANNS, SECRETARY,<br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE, FARM SERVICE<br>AGENCY, (FSA),<br>    Defendant. | CASE NO. 05-cv-411 |

### MOTION FOR LEAVE
### TO FILE THIRD AMENDED COMPLAINT

Comes now the Plaintiff, by and through counsel, and request leave of court to file Third Amended Complaint. As grounds:

1. The plaintiff desires to amend her complaint prior to the deadline in the pretrial order.

2. Defendant Danny Crawford deleted as a party defendant and all applicable counts per the court's order on defendant's motion to dismiss.

3. The claim for damages needed clarification.

                    Respectfully submitted,

                    CHESTNUT, SANDERS, SANDERS,
                    PETTAWAY & CAMPBELL, L.L.C.

/s/ Collins Pettaway, Jr.
Collins Pettaway, Jr.(PETTC9796)
Attorney for Plaintiff
Post Office Box 1290
Selma, Alabama 36702-1290
(334) 875-9264

**CERTIFICATE OF SERVICE**

     This is to certify that I have on this the 23rd day of January 2007 filed electronically this amended complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

/s/ Collins Pettaway, Jr.
OF COUNSEL