IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 2:05-cv-411-WKW |
| MIKE JOHANNS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the plaintiff's Motion for Leave to File Third Amended Complaint (Doc. # 39), it is ORDERED that the motion is GRANTED. The plaintiff shall file electronically **on or before January 31, 2007**, an exact duplicate of the third amended complaint previously filed on January 5, 2007.

DONE this 30th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE