IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-411-F |
| | ) |
| MIKE JOHANNS, SECRETARY, | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, FARM SERVICE, | ) |
| AGENCY, (FSA), | ) |
| | ) |
|     Defendant. | ) |

## JOINT MOTION TO EXTEND DEADLINES

COMES NOW Plaintiff, by and through counsel of record, and Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully request that the Court extend the deadlines in this case. As grounds for said motion, the parties show unto the Court the following:

1. This is a discrimination lawsuit brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., in which Plaintiff alleges she was subjected to discrimination due to her race and gender and retaliation for filing EEO complaints. Defendant denies these contentions and asserts that all decisions were made for legitimate, non-discriminatory reasons. The Court's November 1, 2006, Scheduling Order set the dispositive motion deadline for November 26, 2007, the pretrial conference for February 20, 2008, and the trial for the March 24, 2008 trial term.

2. During the pendency of this lawsuit, Plaintiff has been pursuing some EEO claims against the United States Department of Agriculture ("USDA") in the administrative forum and has explored settlement with the USDA at the administrative level to see if all her claims could be

resolved. To avoid potentially unnecessary use of resources, to prevent the claims from proceeding in two fora at the same time, and to see if matters could be mutually-resolved administratively, the parties have delayed scheduling depositions and engaging in extensive discovery in this lawsuit. The parties, however, have exchanged some written discovery and have had discussions regarding discovery matters. For the convenience of counsel, parties, and witnesses, the parties have agreed to work together in good faith to schedule depositions of Plaintiff and federal officials on mutually-convenient dates in November and December 2007.

3. Through this Motion, the parties request an extension of time to allow the parties sufficient time to complete the deposition of Plaintiff and Federal officials at mutually convenient times and to allow the parties to obtain accurate transcripts and finalize the full briefing by both parties of any dispositive motions before the pertinent deadlines. Defendant's counsel carries a full defensive caseload in the U.S. Attorney's Office as lead counsel with obligations in other cases, assists other Assistant United States Attorneys on cases including a medical malpractice case with multiple expert witnesses, and has obligations relating to his role as civil health care fraud coordinator. Defendant's counsel has a case set for trial in October, and a previously-scheduled vacation in September. Plaintiff's counsel likewise has numerous commitments and obligations in other cases in the coming months. Moreover, some of the Federal officials who Plaintiff may depose have obligations throughout the State of Alabama that the parties would like to accommodate.

4. The requested extension, which is the first one the parties have sought in this case, will move the dispositive motion deadline from November 26, 2007, to February 7, 2008, which is within 90-days of the Court's February 20, 2008, pretrial conference. To adhere to this District's practice of having dispositive motions due more than 90 days before any pretrial conference, the

parties request that the Court correspondingly extend the other deadlines in the Scheduling Order, including moving the pretrial conference and moving the trial from the March 4, 2008 trial term to a date during the subsequent trial term. This rescheduling causes no prejudice and promotes efficient use of the time and resources of the Court, parties, counsel, and witnesses.

6. The proposed new schedule is presented below arranged in accordance with the sections in the current Amended Scheduling Order:

**Section 1**. Trial is currently set for the term commencing on March 24, 2008. The parties propose that trial be moved to the Court's next available jury trial term commencing on **July 28, 2008.** The parties propose that the Court schedule a pretrial conference during the week of **June 23, 2008.**

**Section 2.** Dispositive motions are currently due on November 26, 2007. The parties propose that dispositive motions be filed no later than **February 8, 20008**.

**Section 3**. The parties propose that they conduct a face-to face settlement conference on or before **February 29, 2008**, and file a Notice Concerning Settlement Conference and Mediation not more than five days later.

**Section 4.** The deadline to amend the pleadings or add parties has passed and no change is proposed in this section.

**Section 5.** The deadline for motions for class certification has passed and no change is proposed in this section.

**Section 6.** No change is proposed.

**Section 7.** The discovery deadline is currently February 6, 2008. The parties propose that discovery be extended to **April 6, 2008.**

**Section 8.**  The expert report deadline is currently November 26, 2007, for Plaintiff and December 24, 2007, for Defendant.  The parties propose that Plaintiff's expert report (s) be due on **January 31, 2008**, and that Defendant's expert report be due on **March 3, 2008.**

**Section 9.**  The parties propose that these deadlines be re-set to fall a week before the rescheduled pretrial conference.

**Section 10.**  The parties propose that these deadlines be re-set to fall a week before the rescheduled pretrial conference.

**Section 11.**  The parties propose that these deadlines be re-set to fall a week before the rescheduled pretrial conference.

WHEREFORE, for good cause shown and in the interests of minimizing inconvenience to parties and witnesses and preserving judicial efficiency and economy, the parties jointly move this Court to grant this Motion and extend the deadlines in this case.

Respectfully submitted this 11th day of September, 2007.

| | |
|---|---|
| /s/Collins Pettaway, Jr., Esq. | s/James J. DuBois |
| Collins Pettaway, Jr., Esquire | JAMES J. DUBOIS |
| Chestnut, Sanders, Sanders, | Assistant United States Attorney |
| Pettaway & Campbell, P.C. | Georgia Bar No. 231445 |
| P.O. Box 1290 | United States Attorney's Office |
| Selma, Alabama 36702-1290 | Post Office Box 197 |
| | Montgomery, AL 36101-0197 |
| | Telephone: (334) 223-7280 |
| | Facsimile: (334) 223-7418 |
| | E-mail:  james.dubois2@usdoj.gov |
| **Attorney for Plaintiff** | **Attorney for Defendant** |

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Collins Pettaway, Jr.

              s/James J. DuBois
              Assistant United States Attorney