IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-CV-411-WKW |
| | ) |
| MIKE JOHANNS, SECRETARY, | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, FARM SERVICE, | ) |
| AGENCY, (FSA), | ) |
| | ) |
| Defendant. | ) |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

Comes now the Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama and shows unto the Court that the parties are required to disclose pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, or the parties have requested or may request pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, subject to compulsory legal process by this Court, certain records which are deemed private and confidential under the Federal Privacy Act (5 U.S.C. § 552a). The information sought may be within the proper scope of discovery, however, disclosure would be in violation of the Privacy Act unless authorized by this Court. 5 U.S.C. § 552a (b) (11). Defendant has contacted Plaintiff's counsel, and he has indicated that Plaintiff does not oppose this Motion.

WHEREFORE, Defendant requests the Court to enter an Order authorizing the Defendant, his agents and employees to release the requested records and information to

Plaintiff's attorney. A proposed order is attached.

Respectfully submitted this 11th day of September, 2007.

>LEURA G. CANARY
>United States Attorney
>
>By: s/James J. DuBois
>JAMES J. DUBOIS
>Assistant United States Attorney
>GA Bar Number: 231445
>Post Office Box 197
>Montgomery, AL  36101-0197
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail: **James.DuBois2@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney.

>   s/James J. DuBois
>Assistant United States Attorney