IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OZETTA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-411-WKW |
| | ) | |
| MIKE JOHANNS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the parties' Joint Motion to Extend Deadlines (Doc. # 43), it is

ORDERED that the motion is GRANTED. The Court's Uniform Scheduling Order (Doc. #35) is

amended as follows:

1.　The pretrial conference is continued from February 20, 2008, to **June 23, 2008.** The

trial will be moved from the trial term commencing March 24, 2008, to the trial term

commencing **July 28, 2008.**

2.　The deadline in Section 2 of the Uniform Scheduling Order for dispositive motions

is continued from November 26, 2007, to **February 8, 2008.**

3.　The deadline in Section 3 of the Uniform Scheduling Order for the face-to-face

settlement conference is continued from December 17, 2007, to **February, 29, 2008.**

The plaintiff shall file a notice with the Court concerning this conference not later

than five days following the conference.

4.　The deadline in Section 7 of the Uniform Scheduling Order for completion of

discovery is continued from February 6, 2008, to **April 6, 2008.**

5.      The deadline in Section 8 of the Uniform Scheduling Order for Plaintiff's expert report is continued from November 26, 2007, to **January 31, 2008.** The deadline in Section 8 of the Uniform Scheduling Order for Defendant's expert report is continued from December 24, 2007, to **March 3, 2008.**

6.      The deadlines in Sections 9, 10 and 11 of the Uniform Scheduling Order are continued from February 13, 2008, to **June 16, 2008.**

All other deadlines remain the same.

DONE this 12th day of September, 2007.

    /s/  W.  Keith Watkins    
UNITED STATES DISTRICT JUDGE