IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-411-WKW |
| | ) |
| MIKE JOHANNS, SECRETARY, | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, et. al., | ) |
| | ) |
| Defendants. | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Defendant, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☒    This party is a governmental entity, or

☐    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported: None.

Dated this the 5th day of December, 2007.

        LEURA G. CANARY
        United States Attorney

By: s/James J. DuBois
    JAMES J. DUBOIS
    Assistant United States Attorney
    GA Bar Number: 231445
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: **James.DuBois2@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Collins Pettaway, Jr., Esquire.

        s/James J. DuBois
        Assistant United States Attorney