IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **OZETTA THOMAS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.: 2:05-CV-411-F** |
| ) | |
| **MIKE JOHANNS, SECRETARY,** ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **AGRICULTURE, FARM SERVICE,** ) | |
| **AGENCY, (FSA) AGENCY,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION FOR EXTENSION OF DEADLINE
## FOR FILING SUMMARY JUDGMENT

Comes now Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court for an extension of time in which to file his Motion for Summary Judgment, to and including February 26, 2008. In support of this Motion, the undersigned counsel shows unto the Court the following:

1. This is a discrimination lawsuit brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., in which Plaintiff alleges that she was subjected to discrimination due to her race and gender and retaliation for filing EEO complaints. Defendant denies these contentions and asserts that all decisions were made for legitimate, non-discriminatory reasons. The Court's current scheduling order sets the dispositive motion deadline for February 8, 2008, the pretrial conference for June 23, 2008, and the trial for the July 28, 2008, trial term.

2. Defendant now moves to extend the dispositive motion deadline from February 8, 2008, to and including February 26, 2008, for two reasons. First, Defendant's counsel is currently set to serve as co-counsel in a medical malpractice trial during the February 4, 2008, trial term. More

specifically, the Civil Division of the United States Attorney's Office has a Civil Chief and two Assistant United States Attorneys who handle general defensive litigation, and the Civil Chief handling the February 4, 2008, trial requires the undersigned's assistance at this trial as the undersigned has assisted throughout the litigation to this juncture. This medical malpractice case involves numerous expert and lay witnesses and will require extensive time. Second, Defendant's counsel has been unable to complete the summary judgment in this case prior to preparation for this medical malpractice trial because he is still obtaining and reviewing transcripts of depositions that are necessary for any such pleading. Defendant's counsel took Plaintiff's deposition on November 29, 2007; however, the court reporter for a number of reasons was unable to provide a transcript until January 7, 2008. Furthermore, Plaintiff's counsel completed five depositions on January 10, 2008, but Defendant has yet to obtain these transcripts. Plaintiff's counsel also has one pending deposition, which may proceed during the week of January 21, 2008, and it will take at least a week after any such deposition to obtain the transcript.

3. An extension of the summary judgment deadline would serve the interests of judicial and party economy and would not cause any prejudice. Notably, the new summary judgment deadline will be approximately 120 days before the pretrial conference, and thus it will be in compliance with the Court's requirement that all summary judgment motions be filed more 90 days prior to the pretrial conference.

4. Plaintiff's counsel has been contacted and has no objection to Defendant's extension request.

5. Based on the foregoing, the undersigned counsel respectfully moves the Court to extend the summary judgment deadline from February 8, 2008, to and including February 26, 2008.

Respectfully submitted this 18th, day of January, 2008.

                LEURA G. CANARY
                United States Attorney

By: s/James J. DuBois
    JAMES J. DUBOIS
    Assistant United States Attorney
    GA Bar Number: 231445
    Attorney for Defendant
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail:  **James.DuBois2@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    Collins Pettaway, Jr., Esquire
    Chestnut, Sanders, Sanders,
    Pettaway & Campbell, P.C.
    P.O. Box 1290
    Selma, Alabama 36702-1290

                /s/ James J. DuBois
                Assistant United States Attorney