IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-cv-411-WKW |
| | ) |
| MIKE JOHANNS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the defendant's Motion for Extension of Deadline for Filing Summary Judgment (Doc. # 51), it is ORDERED that the motion is GRANTED. The deadline for dispositive motions is extended from February 8, 2008 to **February 26, 2008.** All other deadlines remain the same.

DONE this 18th day of January, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE