IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:05-CV-411-F |
| ) | |
| MIKE JOHANNS, SECRETARY, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, FARM SERVICE, ) | |
| AGENCY (FSA), ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR SEVEN-DAY EXTENSION OF DEADLINE
FOR FILING SUMMARY JUDGMENT**

Comes now Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court for a seven-day extension of time in which to file his Motion for Summary Judgment, to and including March 4, 2008. In support of this Motion, the undersigned counsel shows unto the Court the following:

1. This is a discrimination lawsuit brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., in which Plaintiff alleges that she was subjected to discrimination due to her race and gender and retaliation for filing EEO complaints. Defendant denies these contentions and asserts that all decisions were made for legitimate, non-discriminatory reasons. The Court's current scheduling order sets the dispositive motion deadline for February 26, 2008, the pretrial conference for June 23, 2008, and the trial for the July 28, 2008, trial term.

2. Defendant now moves to extend the dispositive motion deadline from February 26, 2008, to and including March 4, to allow time to obtain a deposition transcript from a witness deposition taken by Plaintiff on February 14, 2008, and review it prior to filing. The parties had attempted, in good faith, to complete this deposition on two previous occasions (January 10, 2008,

and January 29, 2008), but had to reschedule both depositions at the last minute due to an accident and then a death of family members of the witness and counsel, respectively. The Court Reporter informed Defendant's counsel that she would not have a deposition transcript available until February 29, 2008. Defendant's counsel require at least one day to review this transcript and incorporate its cites into any pleading.

3. A seven-day extension of the summary judgment deadline would serve the interests of judicial and party economy and would not cause any prejudice. Notably, the new summary judgment deadline will remain approximately 111 days before the pretrial conference, and thus it will be in compliance with the Court's requirement that all summary judgment motions be filed more than 90 days prior to the pretrial conference.

4. Plaintiff's counsel has no objection to Defendant's extension request.

5. Based on the foregoing, the undersigned counsel respectfully moves the Court to extend the summary judgment deadline from February 26, 2008, to and including March 4, 2008. In connection with moving the deadline, counsel also request that the Court move the date of their mandatory Settlement Conference from February 29, 2008, to March 14, 2008.

Respectfully submitted this 19th, day of February, 2008.

        LEURA G. CANARY
        United States Attorney

By: s/James J. DuBois
    JAMES J. DUBOIS
    Assistant United States Attorney
    GA Bar Number: 231445
    Attorney for Defendant
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: **James.DuBois2@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

>Collins Pettaway, Jr., Esquire
>Chestnut, Sanders, Sanders,
>Pettaway & Campbell, P.C.
>P.O. Box 1290
>Selma, Alabama 36702-1290

>/s/ James J. DuBois
>Assistant United States Attorney