IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-cv-411-WKW |
| | ) |
| MIKE JOHANNS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the defendant's Unopposed Motion for Seven-Day Extension of Deadline for Filing Summary Judgment (Doc. # 53), it is ORDERED that the motion is GRANTED. The deadline for dispositive motions is extended from February 26, 2008 to **March 4, 2008.** All other deadlines remain the same.

DONE this 21st day of February, 2008.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE