IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:05-CV-411-WKW ) |
| ED SCHAFER, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, (FSA)[1], | ) ) ) ) ) ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Schafer, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to grant summary judgment in his favor pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this Motion, Defendant submits the depositions, declarations and exhibits attached to Defendant's Evidentiary Submission in Support of Summary Judgment and the memorandum brief which are being filed contemporaneously herewith.

WHEREFORE, premises considered, Defendant's Motion for Summary Judgment is due to be and should be granted and the costs of this litigation taxed to the Plaintiff.

Respectfully submitted this 4th day of March, 2008.

---

[1] Ed Schafer became the Secretary of USDA on January 28, 2008. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Ed Schafer should, therefore, be substituted for Secretary Mike Johanns as the defendant in this suit.

LEURA G. CANARY  
United States Attorney

By: _____  
JAMES J. DUBOIS  
Georgia Bar No. 231445  
Assistant United States Attorney  
Attorney for Defendant  
Post Office Box 197  
Montgomery, AL 36101-0197  
Telephone No.: (334) 223-7280  
Facsimile No.: (334) 223-7418  
E-mail: james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2008, I filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following:

Collins Pettaway, Jr., Esquire  
Chestnut, Sanders, Sanders, Pettaway & Campbell, P.C.  
P.O. Box 1290  
Selma, Alabama 36702-1290

_____  
Assistant United States Attorney