IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-CV-411-WKW |
| | ) |
| ED SCHAFER, SECRETARY, | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, FARM SERVICE | ) |
| AGENCY, (FSA)[1], | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF SUMMARY JUDGMENT

Comes now Defendant Schafer and submits the following exhibits in support of his motion for summary judgment filed herewith:

A. Deposition of Ozetta Thomas, with corresponding exhibits, taken November 29, 2007;

B. Deposition of Danny Crawford taken January 10, 2008;

C. Deposition of Deborah T. Williams taken February 14, 2008;

D. Deposition of Irean Bennett taken January 10, 2008;

E. Declaration of Danny Crawford, with corresponding exhibits;

F. Declaration of Deborah T. Williams, with corresponding exhibits;

G. Declaration of Verdell Zeigler, with corresponding exhibits;

H. Declaration of Irean Bennett, with corresponding exhibits;

---

[1] Ed Schafer became the Secretary of USDA on January 28, 2008. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Ed Schafer should, therefore, be substituted for Secretary Mike Johanns as the defendant in this suit.

I.  Declaration of Mary W. Reynolds;

J.  Declaration of Vicky Anthony Lane; and

K.  Declaration of Sharrie Peterson.

Respectfully submitted this the 4th day of March, 2008.

>LEURA G. CANARY
>United States Attorney

By: /s/ James J. DuBois
>JAMES J. DUBOIS
>Assistant United States Attorney
>Georgia Bar No. 231445
>United States Attorney's Office
>Post Office Box 197
>Montgomery, AL 36101-0197
>Telephone: (334) 223-7280
>Facsimile: (334) 223-7418
>E-mail: james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2008, I filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following:

Collins Pettaway, Jr., Esquire
Chestnut, Sanders, Sanders,
Pettaway & Campbell, P.C.
P.O. Box 1290
Selma, Alabama 36702-1290

/s/ James J. DuBois
Assistant United States Attorney