# DX 18

DEFENDANT'S EXHIBIT 18
CASE NO.
EXHIBIT NO.

# AGENDA
## State Farm Bill Training
## September 23-26, 2002
## Tuscaloosa, AL

| Welcome/Opening Remarks |
|---|
| Richard Burge, District Director (District 3)<br>Danny Crawford, State Executive Director, Alabama |

| State Farm Bill Training/General Session | |
|---|---|
| General Training Information/ Farm Bill Overview | Danny Crawford |
| Communications | Vicki Anthony |
| e-Funds Control Applications | Joan Grider |

| Common Programs Session | | |
|---|---|---|
| Part 1 | Equitable Relief | Judy Norris |
| Part 2 | Required Acreage Reports | Ronnie Davis |
| Part 3 | Payment Limitation/Adjusted Gross Income (AGI)/Controlled Substance | Sharrie Peterson |
| Part 4 | Software for Payment Limitation/AGI/Controlled Substance | Sharrie Peterson |
| Part 5 | Conservation Compliance | Judy Norris |
| Part 6 | Eligibility Flags | Bill Browning |
| Part 7 | Signature Requirements | Walda Messer |
| Part 8 | Appeals | Joan Grider |
| Part 9 | Beneficial Interest | Kathy Steadmon |

| Questions and Answers |
|---|
| Q & A Index Cards are located in the back of the room for your convenience.<br>Please deposit them in the fish bowl on the back table.<br><br>Your input is vital to the success of this training session |

# DX 19

Copy To SED
EO

2629 Highway 14, East
Selma, AL 36703
December 31, 2002

Dear Mr. Crawford,

As you are aware, I am to return to my role as Chief of Production Adjustment/Compliance Division on Monday, January 6, 2003 as a result of the Mediation Agreement we made from my EEO complaint against you as State Executive Director of the Alabama Farm Service Agency. You are also aware that I have requested a reinstatement of this complaint due to noncompliance, along with other acts of reprisal against me.

When I left the State Office a year ago, I was a nervous wretch and in poor health due to the harassment, humiliation and intimidation that I had to endure. I really was hoping for a resolution to the situation before such time of the expiration of the agreement, and that has not happened. My attorney also recently requested an indefinite extension of the detail to OCR/PCIB from the Department of Civil Rights, Employment Compliance and Technical Assistance Division.

In the event we have not received a response to our request by Friday, January 3, 2003, I am requesting that you allow me to work at a location outside of the State Office. I cannot subject myself to such an uncomfortable environment to cause further detriment to my physical and mental health. If this request is unfeasible, I am enclosing a signed request for sick leave for your approval. I am requesting leave beginning January 6, 2003 until such time a resolution can be reached. I do plan to stay on board until some favorable resolution is reached. Your immediate attention is needed, and your cooperation with me in this matter will be appreciated.

Sincerely,

Ozetta C. Thomas

Ozetta C. Thomas

Enclosure

Cc: Doug Frago, DAFO
John Chott, Deputy DAFO
Jeffrey C. Robinson, Esq.

DEFENDANT'S EXHIBIT

CASE NO. 17

EXHIBIT NO.

# Request for Leave or Approved Absence

1. Name (*Last, first, middle*)
Thomas, Ozetta C.

2. Employee or Social Security Number
[redacted]

3. Organization
USDA/FSA

4. **Type of Leave/Absence**

| Check appropriate box(es) and enter date and time below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Accrued annual leave | | | | | |
| ☐ Restored annual leave | | | | | |
| ☐ Advance annual leave | | | | | |
| ☑ Accrued sick leave | 01-06-03 | -- | 7:30 a.m. | 5:00 p.m. | |
| ☐ Advance sick leave | | | | | |

**Purpose:**
☐ Illness/injury/incapacitation of requesting employee
☐ Medical/dental/optical examination of requesting employee
☐ Care of family member, including medical/dental/optical examination of family member, or bereavement
☐ Care of family member with a serious health condition
☐ Other

| | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Compensatory time off | | | | | |
| ☐ Other paid absence (*specify in remarks*) | | | | | |
| ☐ Leave without pay | | | | | |

5. **Family and Medical Leave**

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

☐ I hereby invoke my entitlement to family and medical leave for:
☐ Birth/Adoption/Foster care
☐ Serious health condition of spouse, son, daughter, or parent
☐ Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks

7. **Certification:** I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature
[signature: Ozetta C. Thomas]

7b. Date signed
12/31/2002

8a. Official action on request ☐ Approved ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for disapproval

8c. Signature

8d. Date signed

**Privacy Act Statement**
Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

# DX 20

USDA

Attachment 5, P. 1

United States Department of Agriculture

Farm and Foreign Agricultural Services

Farm Service Agency

Alabama State FSA Office
P. O. Box 235013
Montgomery, AL 36123-5013

334-279-3500
334-279-3550 (FAX)

Date: January 6, 2003

TO : Ozetta Thomas, Agricultural Program Specialist

FROM : Danny F. Crawford, State Executive Director

SUBJECT : Request for Sick Leave

Attached is the Request for Leave or Approved Absence, SF-71, you submitted for indefinite sick leave beginning January 6, 2003. This request has been disapproved due to the lack of supporting medical documentation. You must provide medical documentation to substantiate any request for sick leave in excess of three days in accordance with Handbook 17-PM. Failure to provide adequate medical documentation will result in a charge of Absence Without Leave (AWOL) beginning Thursday, January 9, 2003.

DEFENDANT'S EXHIBIT
CASE NO. 20
EXHIBIT NO.

Attachment

USDA is an Equal Opportunity Provider and Employer

Exhibit 6a
Page 18 of 25

166r

Attachment 5, Pg. 2

# Request for Leave or Approved Absence

1. Name (*Last, first, middle*)
Thomas, Ozetta C.

2. Employee or Social Security Number
[redacted]

3. Organization
USDA/FSA

4. Type of Leave/Absence

| Check appropriate box(es) and enter date and time below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Accrued annual leave | | | | | |
| ☐ Restored annual leave | | | | | |
| ☐ Advance annual leave | | | | | |
| ☑ Accrued sick leave | 01-06-03 | -- | 7:30 a.m. | 5:00 p.m. | |
| ☐ Advance sick leave | | | | | |

Purpose: ☐ Illness/injury/incapacitation of requesting employee
☐ Medical/dental/optical examination of requesting employee
☐ Care of family member, including medical/dental/optical examination of family member, or bereavement
☐ Care of family member with a serious health condition
☐ Other

| | | | | | |
|---|---|---|---|---|---|
| ☐ Compensatory time off | | | | | |
| ☐ Other paid absence (*specify in remarks*) | | | | | |
| ☐ Leave without pay | | | | | |

5. Family and Medical Leave

If annual leave, sick leave, or leave with pay will be used under the Family and Medical Leave Act of 1993 (FMLA), plea provide the following information:

☐ I hereby invoke my entitlement to family and medical leave for:
☐ Birth/Adoption/Foster care
☐ Serious health condition of spouse, son, daughter, or pa
☐ Serious health condition of se

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements ar responsibilities under the FMLA. Medic certification of a serious health conditic may be required by your agency.*

6. Remarks

7. **Certification:** I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with r employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature
[signature] Ozetta C. Thomas

7b. Date signed
12/31/2002

8a. Official action on request ☐ Approved ☒ Disapproved (*If disapproved, give reason. If annual leave, initiate action to reschedule.*)

8b. Reason for disapproval
Lack of medical documentation for timeframe requested

8c. Signature
[signature]

8d. Date signed
1/6/03

**Privacy Act Statement**
Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemploymer compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Feder agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well a other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnish on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purpose:

# DX 21

# REQUEST FOR LEAVE OR APPROVED ABSENCE

1. NAME (*Last, First, Middle Initial*): Thomas [illegible]

2. EMPLOYEE OR SOCIAL SECURITY NUMBER: [redacted]

3. ORGANIZATION: [illegible]

| 4. TYPE OF LEAVE/ABSENCE (*Check appropriate box(es) below.*) | DATE From | DATE To | TIME From | TIME To | TOTAL HOURS |
|---|---|---|---|---|---|
| ☐ Accrued Annual Leave | | | | | |
| ☐ Restored Annual Leave | | | | | |
| ☐ Advance Annual Leave | | | | | |
| ☑ Accrued Sick Leave | 01/06/03 | 01/08/03 | 7:30 | 5:00 | 27 |
| ☐ Advance Sick Leave | | | | | |
| ☐ Compensatory Time Off | | | | | |
| ☐ Other Paid Absence (*Specify in Remarks*) | | | | | |
| ☐ Leave Without Pay | | | | | |

Purpose: ☐ Medical/dental/optical examination of requesting employee ☐ Other

☐ Care of family member/bereavement, including medical/dental/optical examination of family member

5. FAMILY AND MEDICAL LEAVE

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information:

☐ I hereby invoke my entitlement to Family and Medical Leave for:

☐ Birth/Adoption/Foster Care

☐ Serious Health Condition of Spouse, Son, Daughter, or P

☐ Serious Health Condition of

Contact your supervisor and/or your personnel office to obtain additional information about your entitlement and responsibilities under the Family and Medical Leave Act of 1993.

DEFENDANT'S EXHIBIT 21

CASE NO.

EXHIBIT NO.

6. REMARKS:

7. CERTIFICATION: I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purp[ose] indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documen[tation] including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

EMPLOYEE SIGNATURE [signature] DATE 01/09/03

8. OFFICIAL ACTION ON REQUEST: ☑ APPROVED ☐ DISAPPROVED

(*If disapproved, give reason. If annual leave, initiate action to reschedule.*)

SIGNATURE [signature] DATE

PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll o[ffice to] approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compe[nsation] regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits c[arriers] regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal [law;] a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Offic[e] the information is required for evaluation of leave administration; or to the General Services Administration in connection with its responsibilities for [records] management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnish[ing the] information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement re[flecting] those purposes.

NSN 7540-00-753-5067
PREVIOUS EDITION MAY BE USED

STANDARD FORM 71 (Rev
PRESCRIBED BY OFFICE OF PERSONNEL MANAGEMENT, 5 CFR P[ART]

REPRODUCE LOCALLY. *Include form number and date on all reproductions.*

**FSA-958** (09-15-98)

U.S. DEPARTMENT OF AGRICULTURE
Farm Service Agency

# WORK SCHEDULE LOG

**PRIVACY ACT STATEMENT**

Collection of your social security number is authorized by Executive Order 9397 and will be used solely for the purpose of positive identification. Furnishing this information is voluntary.

| NAME OF EMPLOYEE | SOCIAL SECURITY NO. |
|---|---|
| Thomas, Ozetta | [redacted] |

| PAY PERIOD | YEAR | WORK SCHEDULE TYPE |
|---|---|---|
| 26 | 2002 | Maxiflex |

| REGULAR TIME/ PAY STATUS LEAVE | FIRST WEEK HOURS SUN | MON | TUES | WED | THUR | FRI | SAT | SECOND WEEK HOURS SUN | MON | TUES | WED | THUR | FRI | SAT | TC | TOTAL HOURS WEEK ONE | TOTAL HOURS WEEK TWO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (01) REGULAR TIME | | 9 | 4 | | 9 | 8 | | | | | | 9 | — | | 01 | 30 | 9 |
| (61) ANNUAL LEAVE | | | 3 | 1 | | | | | | | | | | | 61 | 4 | |
| (62) SICK LEAVE | | | | | | | | | 9 | 9 | 9 | | | | 62 | | |
| (50) CREDIT HOURS USED | | | | | | | | | | | | | | | 50 | | |
| (66) Holiday | | | 2 | 8 | | | | | | | | | | | 66 | 10 | |
| ( ) | | | | | | | | | | | | | | | TOTAL | 44 | |
| **NONPAY STATUS** | | | | | | | | | | | | | | | | | |
| (29) CREDIT HRS. EARNED | | | | | | | | | | | | | | | 29 | | |
| (32) COMP. TIME EARNED | | | | | | | | | | | | | | | 32 | | |
| (71) LWOP | | | | | | | | | | | | | | | 71 | | |
| ( ) | | | | | | | | | | | | | | | TOTAL | | |

| | FIRST WEEK REGULAR TIME IN | OUT | CREDIT HOURS IN | OUT | OVERTIME/COMP.TIME IN | OUT | SECOND WEEK REGULAR TIME IN | OUT | CREDIT HOURS IN | OUT | OVERTIME/COMP.TIME IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | | | | | |
| MON | 7:30 | 5:30 | | | | | S/L | | | | | |
| TUES | 10:30 | 3:00 | | | | | ↓ | | | | | |
| WED | Holiday | | | | | | ↓ | | | | | |
| THUR | 7:30 | 5:00 | | | | | 7:20 | 5:00 | | | | |
| FRI | 8:00 | 4:30 | | | | | OFF | | | | | |
| SAT | | | | | | | | | | | | |

| SIGNATURE OF EMPLOYEE | DATE | SUPERVISOR'S INITIALS | DATE | TIMEKEEPER'S INITIALS | DATE |
|---|---|---|---|---|---|
| Ozetta C. Thomas | 01/13/03 | QTC | 1/13/03 | | |

# DX 22



United States
Department of
Agriculture

Foreign
Agricultural
Services

Farm Service Agency

Alabama State FSA
Office
P. O. Box 235013
Montgomery, AL
36123-5013

334-279-3500
334-279-3550 (FAX)

**Date:** December 31, 2002

**TO** : Ozetta Thomas, Agricultural Program Specialist

**FROM** : Danny F. Crawford, State Executive Director

**SUBJECT** : Termination of Detail

In accordance with the resolution agreement made by and between you and the U. S. Department of Agriculture, Farm Service Agency, dated December 5, 2001, your detail to the Civil Rights and Small Business Utilization Staff, Program Complaints Branch in Montgomery, Alabama, as a Program Complaint Specialist will terminate on January 4,.2003.

Our office has processed a SF-52, Notification of Personnel Action, to return you to your former position effective January 5, 2003. We look forward to seeing you on Monday, January 6, 2003.

If you have any questions or need assistance, please feel free to contact me.

DEFENDANT'S EXHIBIT 72
CASE NO. ______
EXHIBIT NO. ______

# DX 23

# ALABAMA STATE FSA OFFICE ORGANIZATIONAL CHART

December 30, 2002

DEFENDANT'S EXHIBIT 23
CASE NO.
EXHIBIT NO.

**STATE FSA COMMITTEE**

Chairperson - Cynthia Fain -Geneva
Member - Cecil Ralph Reaves - Camden
Member - John C. Goodson, Jr. - Brent
Member - Douglas Moore - Montgomery
Member - Murray Hood Harris - Courtland

**STATE EXECUTIVE DIRECTOR**

(334) 279-3500 or (334) 279-3501
Danny F. Crawford, SED -- 279-3524; cell phone -- 462-2958
Irean Bennett – Executive Secretary – 279-3502
Deborah Williams, Executive Officer – 279-3510
Vickie Lane - Public Relations/Outreach Specialist – 279-3508

**ADMINISTRATIVE DIVISION**

(334) 279-3504
(334) 279-3550 - fax

Verdell Zeigler, Chief Administrative Officer – 279-3511
Jackie M. Watson, Administrative Specialist – 279-3509
Mary W. Reynolds, Computer Specialist - 279-3543
Marlys Oliver - Computer Specialist - 279-3437
Betty K. Stevens, Purchasing Agent – 279-3544
Debra Jenkins, Human Resource Assistant - 279-3622
Valerie Moses, Human Resource Assistant - 279-3505
Judy I. Centers, Electronic Duplicating System Operator – 279-3506
Jesse Colvin, Supply Technician – 279-3507

**CONSERVATION/PRICE SUPPORT DIVISION**

(334) 279-3515
(334) 279-3489 - fax

Joan G. Grider, Chief Agricultural Program Specialist – 279-3516
Kathy Steadmon, Agricultural Program Specialist – 279-3517
Susan Tranum, Agricultural Program Specialist – 279-3518
Yolanda Farrier, Program Technician – 279-3533

**FARM LOAN PROGRAM DIVISION**

(334) 279-3434
(334) 279-3631 - fax

Bill Sewell, Farm Loan Chief – 279-3432
Anthony Plemons, Farm Loan Specialist – 279-3433
Richard Nazary, Farm Loan Specialist – 279-3435
Caryn Melton, Program Technician – 279-3438

**PRODUCTION ADJUSTMENT/COMPLIANCE DIVISION**

(334) 279-3523
(334) 279-3489 - fax

Ozetta Thomas, Chief Agricultural Program Specialist – 279-3529
Sharrie G. Peterson, Agricultural Program Specialist – 279-3528
Walda Messer, Agricultural Program Specialist – 279-3520
Judy Norris, Agricultural Program Specialist – 279-3534
Pamela M. Polke, Program Technician — 279-3527

**DISTRICT DIRECTORS**

Johnny Raby - District I - Lawrence County
Philip Thrower - District II - Talladega County
Richard P. Burge - District III - Tuscaloosa County
Jack Crawley - District IV - Dale County

**MANAGEMENT & PROGRAM ANALYSTS**

Carolyn Brown - Morgan County
Cozia Heard - Tallapoosa/Coosa County

# DX 24

**SED STAFF MEETING**

**January 23, 2003**

**8:20 A.M.**

The following were present for this staff meeting: Danny Crawford, Vickie Lane, Joan Grider, Ozetta Thomas, Bill Sewell, Verdell Zeigler, and Irean Bennett.

**SED**

**Danny** discussed the following items with staff members:

Danny told about office closures due to the weather. He updated everyone on DCP signup; several counties were way behind and may need assistance from the STO to meet the April 1 deadline. The STO would work through the DDs to find which counties needed someone detailed to help.

There was discussion on Notice CM-454 on software. PA should discuss how to see if the counties were having problems.

DCP reviews were being done. One had been received from Carolyn Brown on Lawrence County. Danny felt most of the findings were routine. However, if the staff saw anything in the report that needed to be addressed or changed in the way the DCP was being handled, they should get that information out to the counties.

FLOT interviews would be held the next week for two FLOT positions.

The 2002 award winners would be announced in the next day or two. The awards would be retroactive to pay period 1. Verdell advised that TOAs must be used within a year, and the time cannot be restored or paid.

The Federal Government was still under a continuing resolution, and loan money was being prorated.

Danny briefed everyone on a disaster bill that the Senate was expected to pass. The President was expected to sign it January 28. FSA was expected to quickly implement the bill and get payments out. All Alabama counties were included in disaster declarations.

Joan and Danny discussed the National CRP Farm Bill training that was being planned. Alabama would go the last week of February. Joan, Kathy, Susan and one county office employee would attend. State training was also discussed.

Danny briefed everyone on plans for the upcoming CRP/GIS training.

The State Conference was discussed, including some possible training. Danny asked Verdell to check on someone to cover long term care and health benefits. He also planned to ask some commodity groups to speak to the employees during the conference.

**ADMIN**

**Verdell** briefed the SED on activities in the Admin Section.

**CONS/PS**

**Joan** briefed Danny on activities in her division.

**FLP**

**Bill** reported on activities in his division.

**PA/CP**

Danny welcomed Ozetta back.

**Ozetta** informed the SED of activities in her division, including taking calls from farmers on QBOP. Walda was checking to see what payment codes had been downloaded for NAP. Ozetta advised the SED of an appeal hearing with Willie James Brown in Elmore County on watermelons. The SED asked Ozetta to research on NAP what input we have in setting up programs. Counties had been directed to send someone out periodically to look at crops.

*The meeting continued, but the minutes end here because the secretary had to leave for an appointment at 9:35 A.M.*

Danny F. Crawford, SED

# DX 25



DEFENDANT'S
EXHIBIT
CASE
NO.
25
EXHIBIT
NO.

*SED STAFF MEETING*

**February 18, 2003**

The following were present for this staff meeting: Danny Crawford, Debbie Williams, Vickie Lane, Joan Grider, Ozetta Thomas, Bill Sewell, Jackie Watson, Mary Reynolds, Marlys Oliver, and Irean Bennett.

**SED**

**Danny** discussed the following items with staff members:

He briefed the staff on a new disaster program and advised them that there may be National training on the program. He would forward the information on the program to the Chiefs.

Danny reported on a conference call that dealt with office closures. There was a mandate to close 200 office nationwide by October 1. Mary was to provide the SED with a copy of the OIP.

There was discussion on upcoming CRP/GIS training in the State. Also discussed were National and State CRP Farm Bill training. The SED would not attend the National training. The State training would be in Orange Beach April 1-4. Each county would need to bring a computer to the training site. Signup dates had not yet been decided.

Ozetta and Danny discussed the DCP signup. Johnny Raby's district needed assistance to complete the signup. The April 1 deadline would not be extended; however, producers could be put on a register to sign up after April 1.

FSA Administrator Jim Little would be in Alabama on Thursday and Friday, February 20-21, to attend and speak at the annual Farmers Conference in Tuskegee.

The State Advisory Committee would meet March 5 at the STO. Those scheduled to attend were: the SED, DDs, STO Chiefs, ALASCOE Board members, and AACS officers. Danny asked the chiefs to review questions they had received at prior employee council meetings before this meeting.

Danny asked Ozetta to research whether farmers could initial a common appendix or notate somewhere on the paperwork for the DCP that they had read it so that the counties would not have to print out so many pages after each producer signs up. He also advised her that a report on reconstitutions was no longer needed.

Sharon Stiles had been selected for the FLOT position in Coffee County, and Kathleen Brumlet was hired as the FLOT in Elmore/Montgomery. Mike Holtzclaw in Baldwin/Mobile had announced he would be retiring as the FLO in that county.

Danny informed Bill that time would be scheduled with the DDs in March to discuss the contingency plan on the 1165 series.

**Debbie** briefed the SED on her plans for the week.

**Vickie** informed the SED she was preparing for the farmers' conference in Tuskegee. She also advised the SED she would be on a panel on women in agriculture. She said that Alabama had one summer intern slot. She had not received any information on the HAACU yet; Danny asked that she request a HAACU student again this year. Vickie would be traveling to Huntsville, Mobile and Dothan this week for recruitment seminars. She would also be at a cotton expo on Friday. Vickie briefed the SED on a seminar she had attended and done a presentation at in Huntsville. Vickie advised Danny that she had not sent anything out to update the State directory since county offices were so busy right now. He agreed with her that this could wait until October. Danny asked Vickie to schedule a time when she is in south Alabama to do a story on Debra Nicholson, this year's employee of the year. Vickie asked Mary to check her computer to see why she could not log on to get her email when she is out of the office.

## ADMIN

**Jackie** briefed the SED on activities in the Admin Section. She advised everyone that the government was still under a continuing resolution. Jackie would speak to Betty about county office equipment requests. Debbie asked Jackie to provide her with a report on overtime. Jackie and Danny discussed training on civil rights -- every employee has to do this every five years -- and COC training -- Jackie had emailed the PowerPoint presentation she had received from the PAS on this to Verdell.

**Marlys** informed the SED that money was still available for computers; it would possibly be as late as August before the STO receives funds for CCE equipment. There was an August 15, 2003, deadline for converting to Windows XP. Marlys had received a request for refresher training on computers at the state conference.

**Mary** updated the SED on the XP migration. She went over plans to attend training the next two weeks. When the SED asked about digital cameras and GIS equipment being in the budget, Mary responded she had heard they would be in the next group.

## CONS/PS

**Joan** briefed Danny on activities in her division. The discussed the peanut meeting she would attend in Ozark on February 21. Joan advised the SED that the Grassland Protection Program was not yet ready to go out. There was discussion regarding net meeting training scheduled for 9:00 the next morning. Susan would be online for this.

# DX 26

Subject: Re: [Fwd: Cotton Expo]
Date: Thu, 16 Jan 2003 09:46:34 -0600
From: Danny Crawford <danny.crawford@al.usda.gov>
Organization: USDA-FSA
To: Ozetta Thomas <ozetta.thomas@al.usda.gov>

Attachment 6

```
That will be fine, thanks.

Ozetta Thomas wrote:
>
> I would be glad to attend this meeting.  However, I was not in on the
> ground floor of the DCP program, and have only focused on it since my
> return last week.  I found that the program is a lot to decipher, and I
> am reading the handbook and talking to the staff in familiarizing myself
> with it; although, I will put someone on standby just in case.
>
> Ozetta
> Danny Crawford wrote:
> >
> > If I'm not available, national CRP training is scheduled that week,
> > could you handle this meeting in Dothan?
> >
> >   ------------------------------------------------------------------------
> >
> > Subject: Cotton Expo
> > Date: Tue, 14 Jan 2003 13:19:19 -0600
> > From: Virginia Payne <virginia.payne@al.usda.gov>
> > Organization: USDA-FSA
> > To: danny.crawford@al.usda.gov
> >
> > Danny,
> >
> > Eric Crowder, Dale County CES, asked me this morning if I would invite
> > someone from our agency to speak at the Cotton Expo.  The meeting will
> > be February 28, 2003 at 9:00 A.M. at the Peanut Festival Building in
> > Dothan, Alabama.
> >
> > Will you be able to attend (and speak) this meeting or will you get
> > someone from the STO to attend?  He wants somebody to speak about the
> > DCP Program or anything pertaining to cotton.  Please let me know as
> > soon as you can.
> >
> > Thank you so much.
> >
> > Virginia
```

DEFENDANT'S
EXHIBIT
26
CASE
NO.
EXHIBIT
NO.

12.
Exhibit
Page

# DX 27

REPROD LOCALLY. *Include form number and date on all reproductions.*

**FSA-958** (09-15-98)

U.S. DEPARTMENT OF AGRICULTURE
Farm Service Agency

# WORK SCHEDULE LOG

Jan. 13-24

**PRIVACY ACT STATEMENT**

Collection of your social security number is authorized by Executive Order 9397 and will be used solely for the purpose of positive identification. Furnishing this information is voluntary.

NAME OF EMPLOYEE: Thomas, Ozetta C.

SOCIAL SECURITY NO.: [redacted] 8655

PAY PERIOD: 1

YEAR: 2003

WORK SCHEDULE TYPE: Maxi Flex

| REGULAR TIME & PAY STATUS LEAVE | FIRST WEEK HOURS SUN | MON | TUES | WED | THUR | FRI | SAT | SECOND WEEK HOURS SUN | MON | TUES | WED | THUR | FRI | SAT | TC | TOTAL HOURS WEEK ONE | TOTAL HOURS WEEK TWO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (01) REGULAR TIME | | 9 | 9 | 9 | 9 | 5 | | | | | 9 | 7.5 | OFF | | 01 | 41 | 16.2 |
| (61) ANNUAL LEAVE | | | | | | 3 | | | 1 | 9 | | 1.5 | | | 61 | 3 | 11.2 |
| (62) SICK LEAVE | | | | | | | | | | | | | | | 62 | | |
| (50) CREDIT HOURS USED | | | | | | | | | | | | | | | 50 | | |
| (66) Holiday | | | | | | | | | 8 | | | | | | 66 | | 8.0 |
| ( ) | | | | | | | | | | | | | | | TOTAL | 44 | 36.0 |
| **NONPAY STATUS** | | | | | | | | | | | | | | | | | |
| (29) CREDIT HRS. EARNED | | | | | | | | | | | | | | | 29 | | |
| (32) COMP. TIME EARNED | | | | | | | | | | | | | | | 32 | | |
| (71) LWOP | | | | | | | | | | | | | | | 71 | | |
| ( ) | | | | | | | | | | | | | | | TOTAL | | |

| | FIRST WEEK REGULAR TIME IN | OUT | CREDIT HOURS IN | OUT | OVERTIME/COMP.TIME IN | OUT | SECOND WEEK REGULAR TIME IN | OUT | CREDIT HOURS IN | OUT | OVERTIME/COMP.TIME IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | | | | | |
| MON | 7:30 | 5:00 | | | | | Holiday | | | | | |
| TUES | 7:35 | 5:10 | | | | | Leave | | | | | |
| WED | 7:40 | 5:10 | | | | | 7:30 | 5:00 | | | | |
| THUR | 7:40 | 5:30 | | | | | 7:35 | 3:35 | | | | |
| FRI | 10:30 | 4:00 | | | | | OFF | | | | | |
| SAT | | | | | | | | | | | | |

SIGNATURE OF EMPLOYEE: [signature] | DATE: 01/27/03 | SUPERVISOR'S INITIALS: OJ [signature] | DATE: 1/27/03 | TIMEKEEPER'S INITIALS:

**DEFENDANT'S EXHIBIT** 27

CASE NO.

EXHIBIT NO.

# Request for Leave or Approved Absence

1. Name (*Last, first, middle*): Thomas, Ozetta C.

2. Employee or Social Security Number: [redacted]-8655

Organization: USDA/FSA

4. Type of Leave/Absence

| Check appropriate box(es) and enter date and time below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☑ Accrued annual leave | 01-17-03 | 01-17-03 | 7:30 a.m | 10:30 a.m | 3.00 |
| ☐ Restored annual leave | | | | | |
| ☐ Advance annual leave | | | | | |
| ☐ Accrued sick leave | | | | | |
| ☐ Advance sick leave | | | | | |

**Purpose:**
- ☐ Illness/injury/incapacitation of requesting employee
- ☐ Medical/dental/optical examination of requesting employee
- ☐ Care of family member, including medical/dental/optical examination of family member, or bereavement
- ☐ Care of family member with a serious health condition
- ☐ Other

| | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Compensatory time off | | | | | |
| ☐ Other paid absence (*specify in remarks*) | | | | | |
| ☐ Leave without pay | | | | | |

5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

☐ I hereby invoke my entitlement to family and medical leave for:

- ☐ Birth/Adoption/Foster care
- ☐ Serious health condition of spouse, son, daughter, or parent
- ☐ Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks

7. **Certification:** I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature: [signature]

7b. Date signed: 01/17/2003

8a. Official action on request: ☑ Approved ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for disapproval

8c. Signature: [signature]

8d. Date signed: 1/17/03

**Privacy Act Statement**
Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

# REQUEST FOR LEAVE OR APPROVED ABSENCE

1. NAME *(Last, First, Middle Initial)*: Thomas, Curtis C.

2. EMPLOYEE OR SOCIAL SECURITY NUMBER: [redacted]5625

3. ORGANIZATION: USAFFSA

| 4. TYPE OF LEAVE/ABSENCE *(Check appropriate box(es) below.)* | DATE From | DATE To | TIME From | TIME To | TOTAL HOURS |
|---|---|---|---|---|---|
| [X] Accrued Annual Leave | 01/21 | 01/21 | 7:30 | 5:00 | *9 / 10 |
| [ ] Restored Annual Leave | | | | | |
| [ ] Advance Annual Leave | | | | | |
| [ ] Accrued Sick Leave | | | | | |
| [ ] Advance Sick Leave | | | | | |
| Purpose: [ ] Medical/dental/optical examination of requesting employee [ ] Other [ ] Care of family member/bereavement, including medical/dental/optical examination of family member | | | | | |
| [ ] Compensatory Time Off | | | | | |
| [ ] Other Paid Absence *(Specify in Remarks)* | | | | | |
| [ ] Leave Without Pay | | | | | |

5. FAMILY AND MEDICAL LEAVE

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information:

[ ] I hereby invoke my entitlement to Family and Medical Leave for:

[ ] Birth/Adoption/Foster Care

[ ] Serious Health Condition of Spouse, Son, Daughter, or Parent

[ ] Serious Health Condition of Se[lf]

Contact your supervisor and/or your personnel office to obtain additional information about your entitlement and responsibilities under the Family and Medical Leave Act of 1993.

6. REMARKS: * 1.0 hr. holiday

7. CERTIFICATION: I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

EMPLOYEE SIGNATURE Curtis C. Thomas DATE 01/16/03

8. OFFICIAL ACTION ON REQUEST: [X] APPROVED [ ] DISAPPROVED
*(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

SIGNATURE Danny J. Crawford DATE 1/17/03

## PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or to the General Services Administration in connection with its responsibilities for records management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnishing information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

# REQUEST FOR LEAVE OR APPROVED ABSENCE

| 1. NAME (Last, First, Middle Initial) | 2. EMPLOYEE OR SOCIAL SECURITY NUMBER |
|---|---|
| Thomas, [illegible] C. | [redacted] [illegible] |

3. ORGANIZATION
USDA/FSA

| 4. TYPE OF LEAVE/ABSENCE (Check appropriate box(es) below.) | DATE From | DATE To | TIME From | TIME To | TOTAL HOURS |
|---|---|---|---|---|---|
| ☐ Accrued Annual Leave | 01/23 | 01/23 | 3:35 | 5:05 | 1.5 |
| ☐ Restored Annual Leave | | | | | |
| ☐ Advance Annual Leave | | | | | |
| ☐ Accrued Sick Leave | | | | | |
| ☐ Advance Sick Leave | | | | | |
| Purpose: ☐ Medical/dental/optical examination of requesting employee ☐ Other ☐ Care of family member/bereavement, including medical/dental/optical examination of family member | | | | | |
| ☐ Compensatory Time Off | | | | | |
| ☐ Other Paid Absence (Specify in Remarks) | | | | | |
| ☐ Leave Without Pay | | | | | |

5. FAMILY AND MEDICAL LEAVE

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information:

☐ I hereby invoke my entitlement to Family and Medical Leave for:

☐ Birth/Adoption/Foster Care

☐ Serious Health Condition of Spouse, Son, Daughter, or Parent

☐ Serious Health Condition of Self

Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the Family and Medical Leave Act of 1993.

6. REMARKS:

7. CERTIFICATION: I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

EMPLOYEE SIGNATURE [signature] DATE 01/23/03

8. OFFICIAL ACTION ON REQUEST: ☑ APPROVED ☐ DISAPPROVED
(If disapproved, give reason. If annual leave, initiate action to reschedule.)

SIGNATURE [signature] DATE 1/24/03

PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or to the General Services Administration in connection with its responsibilities for records management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnishing information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

REPRODU[illegible] LOCALLY. Includ[illegible] form number and date on all reproductions.

**FSA-958** (09-15-98)

U.S. DEPARTMENT OF AGRICULTURE
Farm Service Agency

# WORK SCHEDULE LOG

**PRIVACY ACT STATEMENT**

Collection of your social security number is authorized by Executive Order 9397 and will be used solely for the purpose of positive identification. Furnishing this information is voluntary.

NAME OF EMPLOYEE: Thomas Ozetta C.

SOCIAL SECURITY NO.:

PAY PERIOD: 2

YEAR: 2003

WORK SCHEDULE TYPE: Maxiflex

| REGULAR TIME / PAY STATUS LEAVE | FIRST WEEK HOURS SUN | MON | TUES | WED | THUR | FRI | SAT | SECOND WEEK HOURS SUN | MON | TUES | WED | THUR | FRI | SAT | TC | TOTAL HOURS WEEK ONE | TOTAL HOURS WEEK TWO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (01) REGULAR TIME | | 9 | 9 | 9 | 9 | 8 | | | 9 | 9 | 8.1 | 7.0 | | | 01 | 44 | 33.1 |
| (61) ANNUAL LEAVE | | | | | | | | | | | | 2.0 | | | 61 | | 2.0 |
| (62) SICK LEAVE | | | | | | | | | | | | | | | 62 | | |
| (50) CREDIT HOURS USED | | | | | | | | | | | 0.3 | | | | 50 | | 0.3 |
| (66) | | | | | | | | | | | | | | | 66 | | |
| ( ) | | | | | | | | | | | | | | | TOTAL | 44.0 | 34.0 |
| NONPAY STATUS | | | | | | | | | | | | | | | | | |
| (29) CREDIT HRS. EARNED | | | 0.1 | 0.2 | | | | | | | | | | | 29 | 0.3 | |
| (32) COMP. TIME EARNED | | | | | | | | | | | | | | | 32 | | |
| (71) LWOP | | | | | | | | | | | | | | | 71 | | |
| ( ) | | | | | | | | | | | | | | | TOTAL | | |

| | FIRST WEEK REGULAR TIME IN | OUT | CREDIT HOURS IN | OUT | OVERTIME/COMP.TIME IN | OUT | SECOND WEEK REGULAR TIME IN | OUT | CREDIT HOURS IN | OUT | OVERTIME/COMP.TIME IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | | | | | |
| MON | 7:35 | 5:15 | | | | | 7:40 | 5:15 | | | | |
| TUES | 7:30 | 5:15 | | | | | 7:35 | 5:05 | | | | |
| WED | 7:35 | 5:40 | | | | | 8:10 | 5:00 | | | | |
| THUR | 7:45 | 5:25 | | | | | 8:00 | 4:00 | | | | |
| FRI | 8:00 | 4:30 | | | | | OFF | | | | | |
| SAT | | | | | | | | | | | | |

SIGNATURE OF EMPLOYEE: Ozetta C. Thomas

DATE: 02/06/03

SUPERVISOR'S INITIALS: JYC

DATE: 2/6/03

TIMEKEEPER'S INITIALS:

DATE:

# Request for Leave or Approved Absence

1. Name (*Last, first, middle*)
Thomas, Ozetta C.

2. Employee or Social Security Number
[redacted]8655

3. Organization
USDA/FSA

4. **Type of Leave/Absence**

| Check appropriate box(es) and enter date and time below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| [✓] Accrued annual leave | 02-06-03 | 02-06-03 | "See remark | | 2.00 |
| [ ] Restored annual leave | | | | | |
| [ ] Advance annual leave | | | | | |
| [ ] Accrued sick leave | | | | | |
| [ ] Advance sick leave | | | | | |

**Purpose:**
- [ ] Illness/injury/incapacitation of requesting employee
- [ ] Medical/dental/optical examination of requesting employee
- [ ] Care of family member, including medical/dental/optical examination of family member, or bereavement
- [ ] Care of family member with a serious health condition
- [ ] Other

| | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| [ ] Compensatory time off | | | | | |
| [ ] Other paid absence (*specify in remarks*) | | | | | |
| [ ] Leave without pay | | | | | |

5. **Family and Medical Leave**

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

[ ] I hereby invoke my entitlement to family and medical leave for:
- [ ] Birth/Adoption/Foster care
- [ ] Serious health condition of spouse, son, daughter, or parent
- [ ] Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks
7:30 a.m. - 8:00 = 0.2, 12:00 p.m. - 12:30 p.m. = 0.2, 4:00 p.m. - 5:00 p.m. = 1.0

7. **Certification:** I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature
[signature: Ozetta C. Thomas]

7b. Date signed
02/06/2003

8a. Official action on request
[✓] Approved [ ] Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for disapproval

8c. Signature
[signature]

8d. Date signed
2/6/03

**Privacy Act Statement**
Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

# Request for Leave or Approved Absence

1. Name (Last, first, middle)
Thomas, Czetta C.

2. Employee or Social Security Number
[redacted]-6655

3. Organization
USDA/FSA

4. Type of Leave/Absence

| Check appropriate box(es) and enter date and time below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Accrued annual leave | | | | | |
| ☐ Restored annual leave | | | | | |
| ☐ Advance annual leave | | | | | |
| ☐ Accrued sick leave | | | | | |
| ☐ Advance sick leave | | | | | |

Purpose:
☐ Illness/injury/incapacitation of requesting employee
☐ Medical/dental/optical examination of requesting employee
☐ Care of family member, including medical/dental/optical examination of family member, or bereavement
☐ Care of family member with a serious health condition
☐ Other

| | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Compensatory time off | | | | | |
| ☑ Other paid absence (specify in remarks) | 02-05-03 | 02-05-03 | 7:30 a.m. | 8:15 a.m. | 0.30 |
| ☐ Leave without pay | | | | | |

5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

☐ I hereby invoke my entitlement to family and medical leave for:
☐ Birth/Adoption/Foster care
☐ Serious health condition of spouse, son, daughter, or parent
☐ Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks
Credit time

7. **Certification:** I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature
[signature]

7b. Date signed
02/05/2003

8a. Official action on request ☑ Approved ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for disapproval

8c. Signature
[signature]

8d. Date signed
2/6/03

**Privacy Act Statement**
Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

REPRODUCE LOCALLY. Include form number and date on all reproductions.

**FSA-958** (09-15-98)

U.S. DEPARTMENT OF AGRICULTURE
Farm Service Agency

# WORK SCHEDULE LOG

**PRIVACY ACT STATEMENT**

Collection of your social security number is authorized by Executive Order 9397 and will be used solely for the purpose of positive identification. Furnishing this information is voluntary.

NAME OF EMPLOYEE: Thomas Ozetta C.

SOCIAL SECURITY NO.: [redacted] 5655

PAY PERIOD: 3

YEAR: 2003

WORK SCHEDULE TYPE: Maxiflex

| REGULAR TIME/PAY STATUS LEAVE | FIRST WEEK HOURS SUN | MON | TUES | WED | THUR | FRI | SAT | SECOND WEEK HOURS SUN | MON | TUES | WED | THUR | FRI | SAT | TC | TOTAL HOURS WEEK ONE | TOTAL HOURS WEEK TWO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (01) REGULAR TIME | | | | | | | | | | 9 | | | | | 01 | | 9 |
| (61) ANNUAL LEAVE | | | | | | | | | 1 | | | | | | 61 | | 1 |
| (62) SICK LEAVE | | 9 | 9 | 9 | 9 | 8 | | | | | 9 | 9 | | | 62 | 44 | 18 |
| (50) CREDIT HOURS USED | | | | | | | | | | | | | | | 50 | | |
| (66) Holiday | | | | | | | | | 8 | | | | | | 66 | | 8 |
| ( ) | | | | | | | | | | | | | | | TOTAL | 44 | 36 |
| **NONPAY STATUS** | | | | | | | | | | | | | | | | | |
| (29) CREDIT HRS. EARNED | | | | | | | | | | | | | | | 29 | | |
| (32) COMP. TIME EARNED | | | | | | | | | | | | | | | 32 | | |
| (71) LWOP | | | | | | | | | | | | | | | 71 | | |
| ( ) | | | | | | | | | | | | | | | TOTAL | | |

| | FIRST WEEK REGULAR TIME IN | OUT | CREDIT HOURS IN | OUT | OVERTIME/COMP.TIME IN | OUT | SECOND WEEK REGULAR TIME IN | OUT | CREDIT HOURS IN | OUT | OVERTIME/COMP.TIME IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | | | | | |
| MON | S/L | | | | | | 7:30 | 5:10 (HOLIDAY) | | | | |
| TUES | | | | | | | | | | | | |
| WED | | | | | | | S/L | | | | | |
| THUR | | | | | | | S/L | | | | | |
| FRI | | | | | | | OFF | | | | | |
| SAT | | | | | | | | | | | | |

| SIGNATURE OF EMPLOYEE | DATE | SUPERVISOR'S INITIALS | DATE | TIMEKEEPER'S INITIALS | DATE |
|---|---|---|---|---|---|
| Ozetta C. Thomas | 02/24/03 | [illegible] | 2/24/03 | | |

# REQUEST FOR LEAVE OR APPROVED ABSENCE

1. NAME *(Last, First, Middle Initial)*
Thomas [illegible]

2. EMPLOYEE OR SOCIAL SECURITY NUMBER
[redacted]

3. ORGANIZATION
USDA/FSA

| 4. TYPE OF LEAVE/ABSENCE *(Check appropriate box(es) below.)* | DATE From | DATE To | TIME From | TIME To | TOTAL HOURS |
|---|---|---|---|---|---|
| ☐ Accrued Annual Leave | | | | | |
| ☐ Restored Annual Leave | | | | | |
| ☐ Advance Annual Leave | | | | | |
| ☑ Accrued Sick Leave | 02/10/03 | 02/14/03 | 7:30 | 5:00 | 44 |
| ☐ Advance Sick Leave | | | | | |
| ☐ Compensatory Time Off | | | | | |
| ☐ Other Paid Absence *(Specify in Remarks)* | | | | | |
| ☐ Leave Without Pay | | | | | |

Purpose: ☐ Medical/dental/optical examination of requesting employee ☐ Other
☐ Care of family member/bereavement, including medical/dental/optical examination of family member

5. FAMILY AND MEDICAL LEAVE

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information:

☐ I hereby invoke my entitlement to Family and Medical Leave for:
☐ Birth/Adoption/Foster Care
☐ Serious Health Condition of Spouse, Son, Daughter, or Pare[nt]
☐ Serious Health Condition of Se[lf]

Contact your supervisor and/or you[r] personnel office to obtain additiona[l] information about your entitlement and responsibilities under the Fami[ly] and Medical Leave Act of 1993.

6. REMARKS:
* See attached

7. CERTIFICATION: I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpos[e] indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentat[ion] including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

EMPLOYEE SIGNATURE [signature] DATE 02/18/03

8. OFFICIAL ACTION ON REQUEST: ☑ APPROVED ☐ DISAPPROVED
*(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

SIGNATURE [signature] DATE

## PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll offic[e] approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensa[tion] regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits car[riers] regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal la[w] a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office w[hen] the information is required for evaluation of leave administration; or to the General Services Administration in connection with its responsibilities for rec[ords] management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnishing information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement refle[cting] those purposes.

**SELMA DOCTORS CLINIC, P.C.**
**CERTIFICATE TO RETURN TO WORK**

NAME Ozetta Thomas

HAS BEEN UNDER MY CARE FROM 2-10-03 TO 2-14-03

AND WILL BE ABLE TO RETURN TO WORK ON 2-17-03

NATURE OF ILLNESS OR INJURY ______

______ Restrictions ______ Light work

COMMENTS ______

Dr. Park T. Chittom, M.D. Dr. Daniel C. Clower, M.D.

Dr. Park T. Chittom, II, M.D. Dr. Robert E. Anderson, M.D.

ADDRESS 509 PARKMAN AVE, SELMA, AL 36701 Phone 874-9064

DATE: 2-10-03