DX 43



**USDA**

J States
*ment of
ture

nd Foreign
ultural
Services

Farm Service Agency

Alabama State FSA
Office
P. O. Box 235013
Montgomery, AL
36123-5013

334-279-3500
334-279-3550 (FAX)

**Date**: April 24, 2002

**TO**        :    Ozetta C. Thomas

**FROM**      :    Danny F. Crawford, State Executive Director

**SUBJECT**   :    BIG Conference

Attached is your request of April 3, 2002 to attend the Blacks In Government (BIG) Conference on August 26-30, 2002 in Atlanta, Georgia.

I was advised last year that we could authorize only two employees from our state to attend this conference. As discussed with you at that time, I would like to afford any interested employees the opportunity to attend. Therefore, since you attended the conference last year, the attached request is denied.

If, for some reason, the other interested employees are unable to attend, I will withdraw the denial and you will be authorized to attend.

cc:  Carlton O'neal, Branch Chief, CR&SBUS



DEFENDANT'S
EXHIBIT 93

CASE
NO.

EXHIBIT
NO.

*(Exhibit 6 G)*
Copy To  SED
         Verdell

April 03, 2002

TO:      Danny Crawford, FSA State Executive Director
THRU :   Carlton O'neal, Branch Chief, CR & SBUS

FROM:    Ozetta Thomas, Chief Production Adjustment/Program Complaints
         Specialist

SUBJECT:  BIG Conference

I am very much interested in attending the Blacks In Government (BIG)
Conference again this year. The conference is held in Atlanta, GA on
August 26-30, 2002.

I am submitting this request to you as my immediate supervisor for your
approval of my attending. Then, please forward this request to Danny for
approval of disbursement of funds. I have attached Form AD-202 for
advance travel authorization.

Please indicate your decision below and return to me. This must be done
before I can submit my pre-registration form to Washington, D. C.

Your favorable consideration will be greatly appreciated.

Approved: /✓/  Disapproved: /__/  _Carlton O'neal_    04-03-02
                                   Carlton O'neal          (Date)

Approved: /__/  Disapproved: /__/  _Danny Crawford_  4/23/02
                                   Danny Crawford          (Date)

4.

Exhibit  6
Page 3 of 133

(Exhibit 1, Pg. 2)

Note: Traveler is liable for the value of the tickets issued until all tickets or coupons are properly accounted for on the Travel Voucher.

## 1. ACTION CODE (Indicate one type only)

| | | | | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|
| E = Establish | C = Cancel | | | | | |
| A = Amend | V = Advance Only (Complete Sections A, E, and F Only) | 2. AUTHORIZATION DATE | | 04/03/02 | | |

## SECTION A - IDENTIFICATION

| 3. TRAVEL AUTHORIZATION NO. | 4. SOCIAL | 5. NAME (Last) | (First) | (Middle Initial) | 6. AGENCY CODE |
|---|---|---|---|---|---|
| | | THOMAS, | OZETTA | C. | FA |

| 7. AGENCY OON | 8. ESTIMATED DATES OF TRAVEL EXPENSES | | 10. TYPE TRAVEL (Indicate one type only) | 11. GOVERNMENT CREDIT CARD HOLDER |
|---|---|---|---|---|
| AGFAFA0513 | FROM | THRU | DM = Domestic   GR = Escorted Group | Y = Yes |
| 8. TRAVELER OON | Month | Day | Year | Month | Day | Year | FO = Foreign   OC = Outside Cont. U.S. | Y | N = No |
| | 8/25/02 | 8/31/02 | DM | FT = Foreign Transfer   TS = Transfer of Station | |
| | | | RT = Return Travel   OT = Outside CONUS ToS | |

| 12. TRAINING DOCUMENT NO. (For Purpose of Travel Code 3 Only) | 13. OFFICIAL DUTY STATION CITY AND STATE | 14. RESIDENT CITY AND STATE (If other than official station) |
|---|---|---|
| | MONTGOMERY, AL | SELMA, AL |

## SECTION B - EMPLOYMENT STATUS (Check the appropriate employment status block.)

| ✔ 15. PAYROLLED BY NFC | 16. NOT PAYROLLED BY NFC | 17. NEW HIRE | 18. SPECIAL APPOINTEE | 19. NONGOVERNMENT |
|---|---|---|---|---|

## SECTION C - ITINERARY AND ESTIMATED EXPENDITURES

| 20. FROM | | 21. TO | | | | 23. AUTHORIZED EXPENDITURES | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY | ST | CNTRY CD | CITY CD | CITY, COUNTY or REGION | ST | Subsistence | CODE | LODGING | M and IE | RATE | NO. DAYS | ESTIMATED AMOUNT |
| SELMA, | AL | | | ATLANTA, | GA | P | 93.00 + | 38.00 = | 131.00 x | 6.0 = $ | 786 00 |
| | | | | | | Prov. Diem | | | + | = | 0.00 x | = | 0 00 |
| | | | | | | Act/Local Subsistence | | | + | = | 0.00 x | = | 0 00 |
| | | | | | | | | | + | = | 0.00 x | = | 0 00 |
| | | | | | | Subsistence | | | + | = | 0.00 x | = | 0 00 |
| | | | | | | Special Rate | | | + | = | 0.00 x | = | 0 00 |
| | | | | | | | | | + | = | 0.00 x | = | 0 00 |

| 22. PURPOSE OF TRAVEL (Give explanation) | | Total Subsistence | $ | 786 00 |
|---|---|---|---|---|
| | | ✔ POV Rate | .365 | |

## SECTION D - ACCOUNTING CLASSIFICATION

| 25. Distribute Total Estimated Expenditures from Section C to the applicable Purpose of Travel Code and Accounting Classification line. | | | | Rate | | |
|---|---|---|---|---|---|---|
| PURPOSE OF TRAVEL CODES | 1 = Site Visit | 6 = Relocation | 11 = Pre-employment | Rate | | |
| | 2 = Information Meeting | 7 = Entitlement/Home leave | 12 = First post of duty | Rate | 164 25 | |
| | 3 = Training attendance | 8 = Special mission travel | 13 = Rest & Recuperation | | | |
| | 4 = Speech or presentation | 9 = Emergency travel | 14 = Educational | ✔ Other (Specify) Tr. Fee. Rm. Tax. et | 465 00 |
| | 5 = Conference attendance | 10 = Other travel | 15 = Informal Training | Unaccompanied Baggage | | |

| PURPOSE CODE | ACCOUNTING CLASSIFICATION | PERCENTAGE | Car Rental | | |
|---|---|---|---|---|---|
| | | % | Common Carrier Tickets | | |
| | | | Transportation Unde | Method of Purchase | |
| | | | Use of Non-contract Airline | | |
| | | | Excess Fare | | |
| | | | Excess Baggage | | |
| | | | GSA Auto | | |
| THESE PERCENTAGES MUST EQUAL | 100% | 24. Total Est. Expenditures Authorized | $ | 1,415.25 |

## SECTION E - TRAVEL ADVANCE

| 26. ADVANCE REQUEST METHOD (Select one method only) | 32. ADVANCE MAILING ADDRESS OPTIONS: | | | | | | |
|---|---|---|---|---|---|---|---|
| C = Check or DO/EFT | SALARY ADDRESS | TSA CONTACT POINT | SPECIAL ADDRESS | (Required for new hires, special appointees, and nonGovernment travelers) | FOREIGN ADDRESS | TRAVEL EFT ACCOUNT | |
| T = Travelers Checks | | | | | | | |
| I = Imprest Fund | 1. (35) | | | | | | |
| E = Emergency (Wire) | | | | | | | |
| W = Wire Confirmation | 2. (35) | | | | | | |
| S = Embassy Issued Advance | | | | | | | |
| L = Embassy Collect. Advance | 3. (City) (20) | | State (2) | Zip Code (9) | | | |

| 27. AMOUNT OF ADVANCE APPLIED FOR | 33. IMPREST FUND CASHIER | | |
|---|---|---|---|
| $ | SOCIAL SECURITY NO. | SIGNATURE | |
| 28. BALANCE FROM PREVIOUS ADVANCE | | | Exhibit ___6___ |
| $ | 34. ADVANCE RECEIVED (Cash or Travelers Checks) | | |
| 29. TOTAL ADVANCE AMOUNT | DATE RECEIVED Month | Day | Year | APPLICANT'S SIGNATURE | Page 37 of 133 |
| $ 0.00 | | | |
| 30. APPLICANT'S SIGNATURE | | 31. DATE APPLIED FOR Month | Day | Year | SEE PRIVACY ACT STATEMENT ON REVERSE |

## SECTION F - AGENCY APPROVAL

| 35. APPROVING OFFICER'S NAME AND TITLE (Last, First, Middle Initial) (Type or Print) | AGENCY CODE | 36. SOCIAL SECURITY NO. | 37. DATE APPROVED Month | Day | Year | 38. PHONE (Area Code & No.) |
|---|---|---|---|---|
| | | | | |
| 39. APPROVING OFFICER'S SIGNATURE | | 40. CONTACT PERSON'S NAME | | 41. PHONE (Area Code & No.) |
| | | | | 5. |
| 42. REMARKS | | 070 | | |

Upon completion and approval, submit original to:
USDA – National Finance Center, P.O. Box 60,000, New Orleans, LA 70160
This form was electronically produced by National Production Services Staff

FORM AD-202 (USDA) (Rev. 11/96)
Exception to SF 1038 approved by GSA 11/70/96

DX 44

Blacks In Government Conference

$(Exhibit \ 5)$

**Subject: Blacks In Government Conference**
**Date:** Tue, 21 May 2002 14:53:51 -0500
**From:** Verdell Zeigler <verdell.zeigler@al.usda.gov>
**Organization:** USDA-FSA
**To:** "Moses, Valerie" <valerie.moses@al.usda.gov>,
"Watson, Jacqueline" <jacqueline.watson@al.usda.gov>,
"Colvin, Jesse" <jesse.colvin@al.usda.gov>,
"Thomas, Ozetta" <ozetta.thomas@al.usda.gov>,
"Anthony, Vickie" <vickie.anthony@al.usda.gov>, chantae.alfred@al.usda.gov,
"McInnis, Mary" <mary.mcinnis@al.usda.gov>,
"cliff.warren" <cliff.warren@al.usda.gov>, "Braggs, Mary" <mary.braggs@al.usda.gov>,
gretchen.thomas@al.usda.gov, michelle.simmons@al.usda.gov,
sandra.coolie@al.usda.gov, faye.woods@al.usda.gov, beverly.fraser@al.usda.gov,
"Sanders, Lillie" <lillie.sanders@al.usda.gov>, cozia.heard@al.usda.gov,
"Fitzpatrick, Stephanie" <stephanie.fitzpatrick@al.usda.gov>,
james.currington@al.usda.gov, minnie.hudgins@al.usda.gov,
"Bryant, Belinda" <belinda.bryant@al.usda.gov>, sheryl.dansby@al.usda.gov
**CC:** "Crawford, Danny" <danny.crawford@al.usda.gov>

```
Thank you for your response and interest in the upcoming BIG
Conference.  Please accept my apologies for the delay in notifying the
rest of you of the selections.  Cozia Heard and Beverly Fraser were
selected to attend the conference in Atlanta this year.  The selections
were based on seniority and after receiving some declinations, we were
pleased to offer the opportunity to Cozia and Beverly.  If you have any
questions, please feel free to contact me.  Thanks again for your
interest.  Also, if you have specific questions about the conference,
Vickie and Ozetta attended the conference last year in California and
I'm sure they would be more than happy to answer your questions.
```

DEFENDANT'S
EXHIBIT

CASE
NO.        44

EXHIBIT
NO.

# DX 45

*Case # 040175*
*Attachment IV*
*Pgs. 1-11*



EXHIBIT

1

2629 Highway 14, East
Selma, Alabama 36703
May 29, 2002.

Mr. Claude McKenzie, EEO Counselor
355 E. Hancock Avenue
Athens, Georgia 30601

Dear Mr. McKenzie:

Please consider this as my official complaint (reprisal) based on race (black), color and sex against the Alabama Farm Service Agency. Mr. Danny Crawford, State Executive Director continues to retaliate against me since the mediation on December 5, 2001.

I am a member of USDA Chapter XI of Blacks in Government (BIG) based in Washington D.C. As you may recall, I attended the BIG Conference last year (August 2001) in Los Angeles. Vicky Anthony and I attended as delegates. We had been approved to run for delegate by the former SED, Daniel Robinson, before he retired. Although, by the time for the BIG Conference, I had a new SED (Danny Crawford) due to the change in Administration. This is to say that, when you are chosen as a delegate to BIG, its mandated that you attend the conference for the voting of BIG's business.

The BIG Conference will be held on August 26-30, 2002, in Atlanta, GA. On April 3, 2002, I submitted a request (**Exhibit 1, Pp. 1-2**) to attend to Mr. Crawford, through my immediate supervisor, Dr. Carlton O'neal. My immediate supervisor approved the request and forwarded it to Mr. Crawford to approve disbursement of funds (advanced travel authorization) since I was still employed by the State Office.

On April 5, 2002, the Administrative Officer, Verdell Zeigler, under the directives of SED Danny Crawford, forwarded an e-mail message (**Exhibit 2, Pp. 1-2**) to all African American employees within the State. I believe, and I maintain that this message was sent out only to seek other blacks that may have been interested deliberately to deny me after receiving my request. If I had not requested to attend, this message would have never gone out. There were only **two** BIG members within the State, which included Vickie Anthony Lane and I, which were the only two requesting to attend last year. And, as stated above, we both served as delegates. I realize that the BIG Conference is also open to non-members, the registration fees are just considerably higher. I responded (**Exhibit 3**) to Ms. Zeigler's e-mail message on April 22, 2002, with a CC to Mr. Crawford. I noted for informational purposes in my response that the e-mail could be considered discriminatory, because it only went out to African American employees when it should have gone to **all** government employees. I also indicated that BIG is open not only to African Americans.

DEFENDANT'S EXHIBIT

CASE NO.

EXHIBIT NO.

3

REPRISAL, cont'd.                                                    Page 2.

On April 24, 2002, I received a response **(Exhibit 4)** of denial since I attended last year. Mr. Crawford informed me that he was advised **last year** that we could authorize only two employees from our State to attend the conference, but the memorandum attached to the e-mail message indicated that we were authorized for two to attend **this year**. So, which one is correct, last year, or this year? Again, I believe the SED used this process to invite other blacks solely to deny me. This only shows his continued pattern of retaliation, and isolation

Mr. Crawford initially left the disapproval open to withdraw the denial if other interested employees were unable to attend. My Chapter President informed me that authorization for the conference (training) depends on the budget for training. On May 21, 2002, I received the e-mail message **(Exhibit 5)** from Mrs. Zeigler, naming the employees who were selected to attend. Ms. Cozia Heard, County Office Reviewer, is a federal employee (State Office), wherein her training will come from the State Office budget, but Ms. Beverly Fraser is a Program Technician in the County Office (Limestone) where Mr. Crawford was former CED. Ms. Fraser's training will come from the County Office budget, and will not have any affect on the State Office budget at all. Also, Ms. Fraser's supervisor (County Executive Director) could have approved her to attend the training, and only needed the SED's approval because the training was outside her district. This scenario is so crystal clear, any one can see that these actions were clearly to deny me. And, it's all because I have filed several complaints. I don't consider myself as a habitual complainer; I am only after Justice.

Mr. Crawford was not really interested in blacks being interested in BIG. And, I am sad to report that BIG is obviously not a favorite of Mr. Crawford and some of his white employees, especially his State Office white employees, and field cronies who are conspiring along with him to get me out of the workforce. I say this because BIG was downplayed by some of the white employees (to include those same co-conspirators in my EEO complaint), during a State Conference held in September 2000. Apparently, they were so irritated that the former SED (who is black) issued an apology in a State Office Newsletter **(Exhibit 6).** I understand that there were some threats to file a discrimination complaint against him (former SED) because he invited the black employees to his room after hours to discuss BIG.

I am submitting this to you because my attorney is out of the Country, and when he returns, I will be out of State, and I don't want time to pass us by, for I received the notice of disapproval on April 24, 2002. Everything should be forwarded through my attorney. I am hopeful that he does not mine me doing this, but he knows I am an aggressor.

2.

Exhibit 6
Page 34 of 133

REPRISAL, cont'd.                                                    Page 3.

Always,


*Odetta C. Thomas*
Odetta C. Thomas

CC:  Jeffery Robinson, Attorney at Law
One Union Street
Selma, AL 36701

05/29/02
(Date)


3.

Exhibit  6
Page 35 of 133

DX 46



DEFENDANT'S
EXHIBIT
6

CASE
NO.

EXHIBIT
NO.

Case #040175
Attachment XI
Pgs. 1-13

EU 751411083 US

2629 Highway 14, East
Selma, AL 36703
April 07, 2003

Director, Office of Civil Rights
1400 Independence Ave., S.W., Rm. 326W
Washington, D. C. 20250-9410

Re:    EEO Complaint – Hostile Work Place Environment (Forced Retirement)
       based on race (black), sex (female), and age (55yrs.)

Dear Sir/Madam

As referenced above, please accept this as my official EEO complaint filed against Danny
Crawford, State Executive Director of the Alabama Farm Service Agency. I am a 55
year-old black female with 35 years of service with the Alabama Farm Service Agency.

Unfortunately, due to a hostile working environment, which caused physical and
emotional stress, I retired on February 24, 2003. I served as Chief Agricultural Program
Specialist of the Production Adjustment/Compliance Division of the Alabama State
Office since October 1998. Due to a settlement agreement from a Mediation Hearing on
December 05, 2001, I was detailed to the Office of Civil Rights/Program Complaints
Inquiry Branch (OCR/PCIB) in Montgomery, AL as a Program Complaints Specialist.
The detail ran from December 17, 2001 to January 03, 2003. I was forced to return to a
hostile working environment at the end of the detail. I am sure the year detail was given
as an agreement with the Mediator, Hope Light and SED, Danny Crawford to allow me
the opportunity to reach the age of retirement. During my caucus with Ms. Light, I
requested a reassignment to OCR/PCIB. After she caucused with Mr. Crawford and his
Executive Officer, Debbie Williams, Ms. Light informed me that she could not get the
approval from Washington to reassign me, but she could detail me for that timeframe. At
that time, I would have accepted anything to get out of the environment I was in. Even
after the detail, I filed several complaints (reprisals), and requested a reassignment each
time.

At the end of the detail, I was not emotionally ready to return to the State Office to the
same environment I had just gotten out of, and to work with an all white staff that had
conspired with the SED in the first place to rid me of my position, nor was I financially
ready to retire. Despite all the effort made to stay with OCR/PCIB, management failed
me again (when they could have done something) and didn't acknowledge any of my
requests. The efforts made were:

> On December 09, 2002, my attorney requested (see attachment 1, item 2) an
> indefinite extension of the detail along with the non-compliance request to Ms.
> Carol Fields, Chief Employment Compliance and Technical Assistance Division.
> On January 03, 2003 (the very last day of the detail), I received a response from
> Mr. David Winningham, Director OCR, addressing the non-compliance, but made

Exhibit 1, 6
Page 44 of 133

EEO COMPLAINT – Ozetta C. Thomas                                    Page 2.

no mention of the extension of the detail. Remind you, I had filed other
complaints requesting reassignment that were, and still is pending.

On December 13, 2002, Dr. Carlton Oneal, Chief of OCR/PCIB requested (see
attachment 2) an extension of my detail and forwarded justification for the
extension to Ms. Sharon Holmes, MS, Director, OCR. Dr. Oneal informed me that
he did not receive any written response to his letter. I verbally spoke with Ms.
Holmes during the week of January 12, 2003, when she visited the Alabama
Office, but she informed me that it was nothing she could do to help me.

On December 31, 2002, I wrote SED Danny Crawford a letter (see attachment 3)
and personally hand delivered it to Debbie Williams. I reminded him of my
return to the State Office. On the same date (see attachment 4), I received a letter
reminding me that the detail had ended. I received the letter by regular mail and
certified mail the very next day. In my letter to Danny, I informed him that I did
not want to come back to the same hostile environment to cause further detriment
to my physical and mental health. I requested that he allow me to work at a
location outside the State Office (which he could have done), or place me on sick
leave if the first request was unfeasible and I attached a Request for Leave or
Approved Absence.

On January 07, 2003, I received Danny's memorandum dated January 06, 2003
(see attachment 5) by federal express returning my sick leave request and
informing me of the disapproval due to the lack of supporting medical
documentation. That memorandum was written as if he only received a sick leave
request. He did not address any of the contents of my letter. He did not address
my first request to work at a location outside the State Office, nor did he assure
me of a pleasant working environment.

Now, I know and anyone else who has access to all of my complaints know that Mr.
Crawford and his co-conspirators including my staff did not want me to return to that
position. He and those that conspired with him to rid me of the workplace never
acknowledged me in the Chief's position. After returning, the SED never had a
conference with me one time, he never personally communicated with me with the
exception of one email (see attachment 6) the second week I was back. And, that was to
show further humiliation and intimidation by assigning a task that I knew nothing about.
It was a meeting to speak on the new Farm Bill. Remind you, I was on detail during the
National Farm Bill Training, therefore, I was not familiar enough with the subject matter
to speak on it.

The SED and others never intended for me to return to work in the State Office. He
wanted that position for a younger white male. As soon as I was detailed, Danny named
Jeff Knotts, a younger white male on my staff as Acting. Then, he announced the

Exhibit  6
Page 47 of 133

EEO COMPLAINT -- Ozetta C. Thomas                                  Page 3.

position temporarily for one year or it could become permanent. Danny hired Jeff Knotts in the position to give him some supervisory experience to prepare him for a vacancy in his home county as a County Executive Director (CED). After about three months, Jeff applied and was hired as CED in his home county, and that left an all white female staff in the State Office. Mr. Crawford did not refill the vacancy with one of the females after Jeff left.

My return to the State Office for those two months was a confirmation on how much damage was done on my reputation and integrity. From January 6 through February 24, I received one official call from the field. Although, I was out on sick leave approximately 10 to 12 days due to anxiety from the hostile environment. Due to little to no involvement, I deemed my service as chief was useless, and I was playing no active role for the salary I was being paid. This within itself was demoralizing, stifling my ability and further under minding my supervisory responsibilities to the staff, and most of all, the loss of my livelihood (MY JOB).

To settle this complaint, I am asking that management first discipline the SED and co-conspirators (to be named at a later date). This disciplinary action should include some accountability as well. I am also asking for monetary compensation ($300,000.00) for compensatory damages, plus attorney fees.

Sincerely,

Ozetta C. Thomas

Cc:    Jeffrey Robinson, Esq.

Exhibit ___6___

3.

Page 110 of 122

*Attachment 1.*
*Pg.1*

# CHESTNUT, SANDERS, SANDERS, PETTAWAY, CAMPBELL & ALBRIGHT, L.L.C.
### ATTORNEYS AND COUNSELORS AT LAW
### ONE UNION STREET — SELMA, ALABAMA 36702-1290

J. L. CHESTNUT, JR.
HENRY SANDERS
ROSE M. SANDERS
COLLINS PETTAWAY, JR.
KATY SMITH CAMPBELL
APRIL ENGLAND-ALBRIGHT

December 9, 2002

MAILING ADDRESS:

P. O. BOX 1290
SELMA, ALABAMA 36702-1290
[334] 875-9264
TELECOPIER: [334] 875-9375
TELECOPIER: [334] 875-9853

---

JEFFREY C. ROBINSON
PRINCE D. CHESTNUT
MARILYN M. GARNER

*Jim Little . 202-720-3467*
*FAX 202-720-*

Ms. Carol A. Fields, Chief Employment
Compliance and Techinal Assistance Division
Suite 250, Room 246
300 7th Street, S.W.
Washington, D.C. 20024

*David Winningham . 202-720-52*
*FAX 202-205-*

RE:    Ozetta Thomas/non-compliance request

Dear Ms. Fields:

This letter is written relative to the above-referenced matter. Please note the following:

On September 13, 2001, Ms. Thomas filed a verbal EEO complaint against the Alabama FSA Executive Director, Mr. Danny Crawford. Subsequently, on or about September 19, 2001, she formally filed her complaint with Mr. Claude McKenzie, EEO Counselor in Athens, Georgia. Mediation was held on December 5, 2001, at 8:30am in Montgomery, Alabama. After the mediation, an agreement was issued (see attached agreement). Then, on or about January 11, 2002, Ms. Ozetta Thomas requested a reinstatement for non-compliance, asking the EEO to revisit her complaint. This brings us to where we are now. (See attached letter of January 11, 2002)

After the agreement was issued, Mr. Danny Crawford failed to comply with and adhere with several things specified therein. Thus, Ms. Thomas now seeks the following:

1.    Reinstatement of her complaint;
2.    An indefinite extension on her present detail in the Civil Rights and Small Business Utilization Staff, Program Branch in Montgomery, Alabama;
3.    All of her previous requests in her January 11, 2002 letter;

**Exhibit** 64.
Page 49 of 133

*Attachment 1.*
*B. 2*

4.    All other relief equitably possible.

Finally, please note that the EEO has failed to respond timely to Ms. Thomas' request for reinstatement of her complaint as more than 180 (one hundred and eighty) days has elapsed.

If you have any questions, do not fail to give me a call.

With kindest regards, I am...

Yours truly,

Jeffrey C. Robinson, Esq.

JCR/tth

Enclosures

CC:   Ms. Ozetta Thomas
       Claude McKenzie
       Debra Lambardino

Exhibit 5. 6
Page 50 of 133



Attachment 2.

December 13, 2002

United States
Department of
Agriculture

Farm and Foreign
Agricultural
Services

Farm Service Agency

Office of
Civil Rights
4121 Carmichael Rd
Suite 603, Sterling Ctr
Montgomery, AL
36106

Tel· (334) 279-3601
Fax (334) 279-3698

TO:     Sharon L. Holmes, MS
        Director, Office of Civil Rights

FROM:   *Carlton O'neal*
        Carlton O'neal
        Chief, Program Complaints Inquiry Branch

SUBJECT: Ozetta C. Thomas
         Program Complaints Specialist

Ozetta C. Thomas was detailed to the Program Complaints Inquiry Branch on December 17, 2001. Mrs. Thomas was detailed to this branch from the FSA State Office in Alabama as part of a resolution to an EEO complaint. It is my understanding that a final resolution to Mrs. Thomas complaint has not been determined at this time. The detail of Ozetta Thomas is scheduled to terminate on January 3, 2002.

During the past fiscal year, the PCIB completed 85 investigations; and conducted 11 EEO/CR Management and Compliance Reviews. Mrs. Thomas is the only Program Complaints Specialist in this branch with an extensive career background with the legacy ASCS programs. As a result, the PCIB utilized Mrs. Thomas in the completion of seven investigations; and five EEO/CR Management Reviews. In my opinion, it would be advantageous to the Agency if the detail of Mrs. Thomas was extended until a final decision was reached regarding the EEO complaint for the following additional reasons: 1) personnel shortage in PCIB. Roy C. Brown, Program Complaints Specialist is presently on a military assignment; and the recent death of Barbara Estes, Program Complaints Specialist, and 2) the projected increase in the number of complaints that will be filed by clientele that involves farm program issues.

Please advise if additional information is needed by PCIB.

cc: Deborah Lombardino
    Chief, Counseling and Mediation Branch

USDA is an Equal Opportunity Provider and Employer

Exhibit ₆₆

Attachment 3.
8.1

2629 Highway 14, East
Selma, AL 36703
December 31, 2002

Dear Mr. Crawford,

As you are aware, I am to return to my role as Chief of Production
Adjustment/Compliance Division on Monday, January 6, 2003 as a result of the
Mediation Agreement we made from my EEO complaint against you as State Executive
Director of the Alabama Farm Service Agency. You are also aware that I have requested
a reinstatement of this complaint due to noncompliance, along with other acts of reprisal
against me.

When I left the State Office a year ago, I was a nervous wretch and in poor health due to
the harassment, humiliation and intimidation that I had to endure. I really was hoping for
a resolution to the situation before such time of the expiration of the agreement, and that
has not happened. My attorney also recently requested an indefinite extension of the
detail to OCR/PCIB from the Department of Civil Rights, Employment Compliance and
Technical Assistance Division.

In the event we have not received a response to our request by Friday, January 3, 2003, I
am requesting that you allow me to work at a location outside of the State Office. I
cannot subject myself to such an uncomfortable environment to cause further detriment to
my physical and mental health. If this request is unfeasible, I am enclosing a signed
request for sick leave for your approval. I am requesting leave beginning January 6, 2003
until such time a resolution can be reached. I do plan to stay on board until some
favorable resolution is reached. Your immediate attention is needed, and your
cooperation with me in this matter will be appreciated.

Sincerely,

Ozetta C. Thomas

Enclosure

Cc:  Doug Frago, DAFO
      John Chott, Deputy DAFO
      Jeffrey C. Robinson, Esq.

7

Exhibit 6

Attachment 3, B. 2

## Request for Leave or Approved Absence

| 1. Name (Last, first, middle) | 2. Employee or Social Security Number |
|---|---|
| Thomas, Ozetta C. | 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 |

3. Organization

USDA/FSA

| 4. | Type of Leave/Absence | | | | | | 5. | Family and Medical Leave |
|---|---|---|---|---|---|---|---|---|

| Check appropriate box(es) and enter date and time below: | Date | | Time | | Total Hours | | |
|---|---|---|---|---|---|---|---|
| | From | To | From | To | | |
| ☐ Accrued annual leave | | | | | | If annual leave, sick leave, or annual pay will be used under the Family and Medical Leave Act of 1993 (FMLA), provide the following information: |
| ☐ Restored annual leave | | | | | | |
| ☐ Advance annual leave | | | | | | |
| ☑ Accrued sick leave | 01-06-03 | -- | 7:30 a.m. | 5:00 p.m | | ☐ I hereby invoke my entitlement to family and medical leave for: |
| ☐ Advance sick leave | | | | | | |

Purpose: ☑ Illness/injury/incapacitation of requesting employee
☐ Medical/dental/optical examination of requesting employee
☐ Care of family member, including medical/dental/optical examination of family member, or bereavement
☐ Care of family member with a serious health condition
☐ Other

☐ Birth/Adoption/Foster care

☐ Serious health condition of spouse, son, daughter, or

☐ Serious health condition of

| ☐ Compensatory time off | | | | | |
|---|---|---|---|---|---|
| ☐ Other paid absence (specify in remarks) | | | | | |
| ☐ Leave without pay | | | | | |

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlement and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks

7. Certification: I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

| 7a. Employee signature | 7b. Date signed |
|---|---|
| *Ozetta C. Thomas* | 12/31/2002 |

| 8a. Official action on request | ☐ Approved   ☐ Disapproved | *(If disapproved, give reason. If annual leave, initiate action to reschedule.)* |
|---|---|---|

8b. Reason for disapproval

**Exhibit** 6

**Page** 53 **of** 132

| 8c. Signature | 8d. Date signed |
|---|---|

**Privacy Act Statement**

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

| Office of Personnel Management 5 CFR 630 | Local Reproduction Authorized | OP... |
|---|---|---|

8.

Formerly Standard Form



United States
Department of
Agriculture

Farm and Foreign
Agricultural
Services

Farm Service Agency

Alabama State FSA
Office
P. O. Box 235013
Montgomery, AL
36123-5013

334-279-3500
334-279-3550 (FAX)

*Attachment 4.*

**Date**:  December 31, 2002

**TO**       :   Ozetta Thomas, Agricultural Program Specialist

*Danny D. Crawford*

**FROM**   :   Danny F. Crawford, State Executive Director

**SUBJECT**  :   Termination of Detail

In accordance with the resolution agreement made by and between you and the U. S. Department of Agriculture, Farm Service Agency, dated December 5, 2001, your detail to the Civil Rights and Small Business Utilization Staff, Program Complaints Branch in Montgomery, Alabama, as a Program Complaint Specialist will terminate on January 4, 2003.

Our office has processed a SF-52, Notification of Personnel Action, to return you to your former position effective January 5, 2003.  We look forward to seeing you on Monday, January 6, 2003.

If you have any questions or need assistance, please feel free to contact me.

**Exhibit** __6__
**Page** __54__ of __133__

USDA is an Equal Opportunity Provider and Employer

9.



United States
Department of
Agriculture

Farm and Foreign
Agricultural
Services

Farm Service Agency

Alabama State FSA
Office
P. O. Box 235013
Montgomery, AL
36123-5013

334-279-3500
334-279-3550 (FAX)

Attachment 5, B.1

Date:  January 6, 2003

**TO**          :  Ozetta Thomas, Agricultural Program Specialist

**FROM**    :  Danny F. Crawford, State Executive Director

**SUBJECT**  :  Request for Sick Leave


Attached is the Request for Leave or Approved Absence, SF-71, you submitted for

indefinite sick leave beginning January 6, 2003.  This request has been disapproved

due to the lack of supporting medical documentation.  You must provide medical

documentation to substantiate any request for sick leave in excess of three days in

accordance with Handbook 17-PM.  Failure to provide adequate medical

documentation will result in a charge of Absence Without Leave (AWOL) beginning

Thursday, January 9, 2003.


Attachment


Exhibit ___6___
Page 55 of 133

USDA is an Equal Opportunity Provider and Employer

10.

088

*Attachment 5, Pg. 2*

## Request for Leave or Approved Absence

| 1. Name (Last, first, middle) | 2. Employee or Social Security Numbe |
|---|---|
| Thomas, Ozetta C. | 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 |

3. Organization

USDA/FSA

| 4. | Type of Leave/Absence | | | | | 5. | Family and Medical Leave |
|---|---|---|---|---|---|---|---|

| Check appropriate box(es) and enter date and time below | Date | | Time | | Total Hours | If annual leave, sick leave, or leave pay will be used under the Family Medical Leave Act of 1993 (FMLA), provide the following information: |
|---|---|---|---|---|---|---|
| | From | To | From | To | | |
| ☐ Accrued annual leave | | | | | | |
| ☐ Restored annual leave | | | | | | |
| ☐ Advance annual leave | | | | | | |
| ☑ Accrued sick leave | 01-06-03 | -- | 7:30 a.m. | 5:00 p.m. | | ☐ I hereby invoke my entitleme to family and medical leave |
| ☐ Advance sick leave | | | | | | |

Purpose: 
- ☐ Illness/injury/incapacitation of requesting employee
- ☐ Medical/dental/optical examination of requesting employee
- ☐ Care of family member, including medical/dental/optical examination of family member, or bereavement
- ☐ Care of family member with a serious health condition
- ☐ Other

☐ Birth/Adoption/Foster ca

☐ Serious health condition spouse, son, daughter,

☐ Serious health condition

*Contact your supervisor and/or y personnel office to obtain additio information about your entitleme responsibilities under the FMLA. certification of a serious health co may be required by your agency*

| ☐ Compensatory time off | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Other paid absence (specify in remarks) | | | | | | |
| ☐ Leave without pay | | | | | | |

6. Remarks

7. Certification: I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including med certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including remo

| 7a. Employee signature | 7b. Date signed |
|---|---|
| *Ozetta C. Thomas* | 12/31/2002 |

| 8a. Official action on request | ☐ Approved  ☒ Disapproved | (If disapproved, give reason. If annual lea initiate action to reschedule.) |
|---|---|---|

8b. Reason for disapproval

Lack of medical documentation for timeframe requested

| 8c. Signature | 8d. Date signed |
|---|---|
| *Danny J. Crawford* | 1/6/03 |

**Privacy Act Statement**
Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: T Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemplo compensation regarding a claim; to Federal Life Insurance and Health Benefits carriers regarding a claim; to a Federal, Stat local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a F agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the Ge Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social secu number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as w other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information fur on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purp

| Office of Personnel Management 5 CFR 630 | Local Reproduction Authorized | Exhibit 11.6 Formerly Standard |
|---|---|---|

Subject: Re: [Fwd: Cotton Expo]
        Date: Thu, 16 Jan 2003 09:46:34 -0600
        From: Danny Crawford <danny.crawford@al.usda.gov>
Organization: USDA-FSA
        To: Ozetta Thomas <ozetta.thomas@al.usda.gov>

*Attachment 6*

That will be fine, thanks.

Ozetta Thomas wrote:
>
> I would be glad to attend this meeting.  However, I was not in on the
> ground floor of the DCP program, and have only focused on it since my
> return last week.  I found that the program is a lot to decipher, and I
> am reading the handbook and talking to the staff in familiarizing myself
> with it; although, I will put someone on standby just in case.
>
> Ozetta
> Danny Crawford wrote:
> >
> > If I'm not available, national CRP training is scheduled that week,
> > could you handle this meeting in Dothan?
> >
> > --------------------------------------------------------------------------
> >
> > Subject: Cotton Expo
> > Date: Tue, 14 Jan 2003 13:19:19 -0600
> > From: Virginia Payne <virginia.payne@al.usda.gov>
> > Organization: USDA-FSA
> > To: danny.crawford@al.usda.gov
> >
> > Danny,
> >
> > Eric Crowder, Dale County CES, asked me this morning if I would invite
> > someone from our agency to speak at the Cotton Expo.  The meeting will
> > be February 28, 2003 at 9:00 A.M. at the Peanut Festival Building in
> > Dothan, Alabama.
> >
> > Will you be able to attend (and speak) this meeting or will you get
> > someone from the STO to attend?  He wants somebody to speak about the
> > DCP Program or anything pertaining to cotton.  Please let me know as
> > soon as you can.
> >
> > Thank you so much.
> >
> > Virginia

12.
Exhibit 6
Page 57 of 133

of 1

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**POST OFFICE TO ADDRESSEE**

*E U 7 5 L 4 1 1 0 8 3 U S*

SEE REVERSE SIDE FOR
SERVICE GUARANTEE AND
INSURANCE COVERAGE LIMITS

ORIGIN (POSTAL USE ONLY)

| | | |
|---|---|---|
| Zip Code | Day of Delivery ☑ First ☐ Second | Flat Rate Envelope |
| Time In | ☑ 12 Noon ☐ 3 PM | Postage $ 13.65 |
| | Military | Return Receipt Fee |
| AM ☑ PM | ☐ 2nd Day ☐ 3rd Day | |
| | Int'l Alpha Country Code | COD Fee    Insurance Fee |
| Delivery | Acceptance | Total Postage & Fees $ 13.65 |

CUSTOMER USE ONLY

METHOD OF PAYMENT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

FROM: (PLEASE PRINT)    PHONE (334) 875-3947

...ta C. Thomas
... Hwy 14 East
Sel..., AL 36703

SELMA AL
APR 7 2003
USPS 36703

TO: (PLEASE PRINT)    PHONE

Director
Office of Civil Rights
1400 ...
Room 136 W
Washington D.C.

ZIP + 4

| 2 | 0 | 2 | 0 | • | 0 | 0 | 1 | 0 |

FOR PICKUP OR TRACKING CALL 1-800-222-1811    www.usps.com    EMS

Exhibit __6__
Page _58_ of _133_

SELMA POSTAL STORE
SELMA, Alabama
367033802

04/07/2003    (334)874-4678    02

———— Sales Receipt ————
Product        Sale    Unit
Description     Qty    Price

WASHINGTON DC 20250
Express Mail PO-ADD
   Serial Number    EU751411083US
   Next Day Noon  / Normal
   Delivery

                    Issue PVI:    --

Total:

Paid by:
Cash
Change Due:

Bill#: 1000400875398
Clerk: 21

   Refunds only per DMM P01A
—— Thank you for your busines
      Customer Copy

DX 47

# CHESTNUT, SANDERS, SANDERS, PETTAWAY, & CAMPBELL, L.L.C.
### ATTORNEYS AND COUNSELORS AT LAW
##### ONE UNION STREET  ---  SELMA, ALABAMA 36702-1290

J. L. CHESTNUT, JR.
HENRY SANDERS
ROSE M. SANDERS
COLLINS PETTAWAY, JR.
KATY SMITH CAMPBELL

MAILING ADDRESS:

P. O. BOX 1290
SELMA, ALABAMA 36702-1290
(334) 875-9264
TELECOPIER: (334) 875-9375
TELECOPIER: (334) 875-9853

June 18, 2003

JEFFREY C. ROBINSON
PRINCE D. CHESTNUT
MARILYN M. GARNER
KINDAKA J. SANDERS
CHRISTMAS Y. GREEN

## CERTIFIED MAIL

USDA, Office of Civil Rights
Chief, Employment Complaint and Adjudication Division
Reporters Building Room # 607
300 7th Street, SW
Washington, D.C. 20024

```
┌─────────────────────────┐
│   DEFENDANT'S           │
│     EXHIBIT             │
│                  47     │
│  CASE                   │
│  NO.                    │
│                         │
│  EXHIBIT                │
│  NO.                    │
└─────────────────────────┘
```

RE:   Formal Complaint
      FSA Case #

To Whom It May Concern:

     I represent Ms. Ozetta Thomas in her complaint. Please find enclosed herewith a copy of the formal complaint of discrimination as well as attachments to said complaint. Note that this case needs to be assigned a case number. Further, please direct all correspondence to me as well as copies to Ms. Thomas.

     With kindest regards, I am ...

Yours truly,

Jeffrey C. Robinson, Esq.

JCR/tth

Cc:   Ms. Ozetta Thomas

Exhibit **1a**
Page **1 of 3**

19a

07/24/03  14:54 FAX 4018035          OCR/DDE          ☑039

USDACR 030478

## FORMAL COMPLAINT OF DISCRIMINATION
### FSA CASE # (INSERT CASE NUMBER)

| Name of Complainant (Last, First, Middle Initial) | Name of Representative (Last, First, Middle Initial) |
|---|---|
| **Thomas, Ozetta** | **Robinson, Jeffrey C.** |

| Address | Address |
|---|---|
| **2629 Highway 14, East**<br>**Selma, Alabama 36703** | **Post Office Box 1290**<br>**Selma, Alabama 36702-1290** |

| Home Telephone No. | Work Telephone No. | Home Telephone No. | Work Telephone No |
|---|---|---|---|
| **334-875-3947** | **N/A** | **N/A** | **334-875-9264** |

| Name and Address of Agency Which You Believe Discriminated Against You | Name and Telephone Number of EEO Counselor Who Attempted Resolution |
|---|---|
| **Farm Service Agency**<br>**Montgomery, Alabama** | **Claude McKenzie**<br>**(706) 546-2303** |

| Responding Official (Alleged Discriminating Official) | Date You Received the Notice of Right to File a Formal Complaint |
|---|---|
| **Danny Crawford, SED** | **June 11, 2003 by certified Mail** |

Reason(s)/Basis(es) You Believe You Were Discriminated Against

**Race, Sex, and Age**



An Equal Opportunity Employer

13795

19b

Exhibit ___1a___
Page ___2___ of ___3___

07/2?/03  14:54 FAX 4018035              OCR/DDE                              ☒040

How Were You Discriminated Against? (Explain how you were treated differently from other employees or applicants because of your race, color, religion, national origin, marital status, disability, sex, age, reprisal, or sexual orientation. If your complaint involves more than one allegation of discrimination, list and number each allegation separately and furnish specific, factual information in support of each). **Specifically, after being detailed to OCR, Client was placed back in the same hostile working environment in the Alabama State Office; hence, this caused physical and mental stress and, thus, Client was forced into retirement. (See attachments for details)**

(Use additional sheets, if necessary)

Specific Corrective Action You Want Taken on your Complaint (If more than one allegation is being made, state overall corrective action desired and the specific correction action desired for each separate allegation). **Client seeks three hundred thousand dollars ($300,000.00) and attorney fees.**

If Applicable to This Complaint, Please Check the Statement(s) Below

| | |
|---|---|
| | I filed a grievance through the negotiated grievance procedure. |
| | I filed an appeal with the Merit Systems Protection Board. |
| | I filed a civil action in U.S. District Court. |
| Signature of Complainant (You must sign this form unless your representative is an attorney). | Date<br>June 18, 2003 |
| Signature of Attorney | Date<br>June 18, 2003 |

Privacy Act Statement (6 USC 552a)

This form is subject to the Privacy Act of 1974.
Authority: 42 USC 2000B-16
Principal Purpose: To establish the case records and assist in the processing of the complaint
Routine Use: Used by EEO officials, administrative judges, investigators, the Equal Employment Opportunity Commission, and/or the Department of Justice for processing the complaint and appeal.
Disclosure is Voluntary: If the individual does not furnish the information requested, there will be no adverse consequences. However, failure to furnish information requested on the form may delay or impair processing of the complaint.

An Equal Opportunity Employer

Exhibit 1a
Page 3 of 3

19c