DX 48



**DEFENDANT'S EXHIBIT**
CASE NO.
EXHIBIT NO.

United States Department of Agriculture

Office of the Assistant Secretary for Civil Rights

Office of Civil Rights

1400 Independence Avenue SW

Washington, DC 20250

Mr. Jeffrey C. Robinson, Esquire
Chestnut, Sanders, Sanders, Pettaway &
Campbell, L.L.C.
Attorneys and Counselors At Law
One Union Street
Selma, Alabama 36702-1290

DEC 9 2003

Re: EEO Complaint of Ozetta Thomas #030475

Dear Mr. Robinson:

The subject Equal Employment Opportunity (EEO) complaint of discrimination against the Farm Service Agency (FSA) dated June 18, 2003 is considered filed on June 18, 2003. It has been assigned the complaint number shown above. Please refer to this complaint number in any future communication on the subject EEO complaint.

We are accepting[1] and referring for investigation the following claim:

Whether the agency subjected the complainant to discrimination based on reprisal for prior EEO activity when:

1. on or about January 3, 2003 her request for an extension for the reassignment to the Office of Civil Rights/Program Complaints Inquiry Branch (OCR/PCIB) in Montgomery, Alabama was denied;

2. since January 6, 2003, her request to be indefinitely detailed to OCR/PCIB has been denied;

3. on January 6, 2003, her request for indefinite sick leave was denied;

4. her supervisor undermined her ability to perform her duties as a Branch Chief when:

    a. on January 21, 2003, she was not asked to attend a meeting concerning a 2002 NAP payment, in spite of the fact that she was serving as the Chief of the Program;

    b. on January 23, 2003, her supervisor undermined her when during a meeting with black farmers concerning NAP payments the District Director in the presence of the farmers asked her to send a subordinate employee back to the meeting and told her the she (complainant) could come back to the meeting if she wanted to;

Exhibit 6
Page 11 of 133

104

---

[1] This complaint raises an allegation of non-compliance with a Negotiated Settlement Agreement which has been dismissed for having been addressed in a prior EEO complaint. Further, based upon the Commission's guidance regarding reprisal allegations, the denial of request for reassignment to OCR/PCIB issue is also being accepted and processed as a "new" complaint.

2.

AN EQUAL OPPORTUNITY EMPLOYER

   b. on or about January 5, 2003, when she returned from her detail to OCR/PCIB, field activities were not notified that she had returned;

5. on or about February 24, 2003, she was "forced" to retire; and

6. the agency did not provide her with a retirement celebration as they did a similarly situated employee?

The Department of Agriculture (Department) is required, under 29 C.F.R. §1614.108 to complete an impartial, factual and appropriate investigation of the accepted claim(s) within 180[2] days of the date the subject EEO complaint was filed. An appropriate factual record is one that allows a reasonable fact finder to draw conclusions as to whether discrimination occurred. The complainant and the Department may voluntarily extend the 180-day time period not to exceed an additional 90 days. In addition, the Department may unilaterally extend the 180-day time period or any period of extension for not more than 30 days where it must sanitize a complaint file that contains classified information.

When the investigation begins, the complainant will be contacted by an investigator. The complainant is required to fully cooperate with the investigator. Failure to do so may result in dismissal of this EEO complaint. The complainant must present to the investigator all information (s)he wishes considered relevant to the accepted claim(s). Also, the complainant must provide the investigator with the names of any witnesses (s)he believes should be contacted.

The complainant must keep the agency informed of their and your current address. If the Department is unable to locate the complainant, it may dismiss this EEO complaint under 29 C.F.R. §1614.107(a)(6).

When the complainant receives the investigation report, (s)he will be notified of their right to elect either an agency decision based on the record or a hearing with a decision from an Equal Employment Opportunity Commission (EEOC) administrative judge. The notification will provide the complainant with specifics on how to exercise their election rights.

If the complainant has not received the investigation report after 180 days from filing the last of the subject EEO complaints or 360 days after filing the first of the subject EEO complaints, (s)he has the right to request a hearing from an EEOC administrative judge. Should the complainant request a hearing, (s)he must send the request to the EEOC office designated in the initial letter we sent acknowledging receipt of this complaint. As instructed in that letter, the complainant must also certify to the EEOC that a copy of the hearing request was sent to the following address:

---

[2] All references to days refer to calendar days unless specified otherwise.

3

        United States Department of Agriculture
        Farm Service Agency
        Civil Rights Director
        Mail Stop: 0509
        1400 Independence Avenue, SW
        Washington, DC 20250

In the instant case, you also raised a claim of non-compliance with a Negotiated Settlement Agreement. However, on your formal discrimination complaint you also stated that on December 9, 2002, you requested an indefinite extension of a detail along with a non-compliance request to the Chief Employment Compliance and Technical Assistance Division. You further stated that on January 3, 2003, you received a response from the Director of Civil Rights that addressed the non-compliance issue. Inasmuch as the issue of non-compliance has been previously addressed in complaint number AL-01-001E, filed on September 14, 2001 and is pending before or has been decided by the agency, the allegation is dismissed. The regulatory basis for this decision is found at 29 C.F.R. §1614.107(a)(1).

If the complainant desires, he may submit a written statement concerning the agency's articulation of the claim. Any such statement must be submitted within 7 calendar days from receipt of this letter and will be included in the complaint file. The statement should be sent to the following address:

        United States Department of Agriculture
        Office of Civil Rights
        Employment Complaints Division
        **Intake, Accept/Dismiss Branch**
        1400 Independence Avenue, S.W.
        Stop Code 9440
        Washington, DC 20250-9440

Please also be advised that, consistent with EEOC Regulations and the Secretary of Agriculture's strong commitment to the early resolution of EEO complaints, parties are encouraged to seek resolution to complaint(s) at any stage of the EEO complaint process. Settlement discussions may take place throughout the administrative complaint process. If a resolution is achieved, a copy of the settlement agreement must be provided to this office promptly to avoid unnecessary confusion and additional cost. Likewise, if at any stage of the EEO complaint process if you wish to voluntarily withdraw your complaint, you must promptly provide to this office, a written request to withdraw their EEO complaint. The withdrawal request must be signed, dated, and include the EEO complaint number. To ensure prompt receipt, please fax a copy of the voluntary settlement agreement or voluntary withdrawal directly to the **Employment Adjudication Division, at Fax Number (202) 401-8035.**

Ex. 4.
Exhibit 6
106
Page 73 of 133

4

If you have any questions or concerns regarding the status of your complaint, you may submit them in writing or call 1-800-795-3272. All written status requests **must be marked ATTN: CUSTOMER SERVICE UNIT**.

Sincerely,

*Elvia Mata*

Larry W. Newell
Chief, Employment Complaints Division
Office of Civil Rights

cc:   Ms. Ozetta Thomas
      2629 Highway 14, East
      Selma, AL 36703

      Civil Rights Director, FSA

# DX 49

*(Attachment 5, pg.1)*

Close Window

# YAHOO! Mail 

**Date:** Tue, 22 Apr 2003 10:37:38 -0500
**From:** "Katherine Colvin" <katherine.colvin@al.usda.gov>
**To:** Ozettat@yahoo.com
**Subject:** [Fwd: Retirement of Richard Nazary]

---

**Forwarded Message**

**Date:** Thu, 17 Apr 2003 14:32:51 -0500
**From:** "William Sewell" <william.sewell@al.usda.gov>
**To:** "All FSA Employees" <allfsaemp@al.usda.gov>, alindemp@al.usda.gov, "Spencer Swann" <sswann@farmcreditbank.com>, "Camp Powers" <rpowers@firstsouthfarmcredit.com>, "Roger Chappell" <rchappell@firstsouthfarmcredit.com>, "David Howse" <dhowse@farmcreditbank.com>, "Veldon Hall" <Veldon_Hall@wdc.usda.gov>, "Jim Radintz" <jim_radintz@wdc.fsa.usda.gov>
**Subject:** Retirement of Richard Nazary

---

**Plain Text Attachment**

---

Attached is a copy of the letter announcing the retirement of Richard E.
Nazary, FLP Specialist. Some of you have known Richard for years and
have worked with him before. You might just want to write him a note
saying farewell or you may want to contribute to his retirement gift.
Whatever, you feel like doing.

If you know of any retirees that have worked with Richard in the past,
please see that they are aware of his forthcoming retirement.

Thanks,

Bill Sewell


**Attachment**



**z_Richard_Nazary_Outing.doc**
.doc file



DEFENDANT'S
EXHIBIT 49
CASE NO.
EXHIBIT NO.



(Attachment 5, Pg 2)

April 17, 2003

United States
Department of
Agriculture

Farm and Foreign
Agricultural
Services

Farm Service Agency

Alabama State Office
P. O. Box 235013
Montgomery, AL
36123-5013

Tel: (334) 279-3500
Fax: (334) 279-3550

TO: All Alabama FSA Employees, RD Employees and Retirees

FROM: /s/ Danny F. Crawford, State Executive Director

SUBJECT: Wellness Day and Retirement Party

The State Office is planning a "Wellness Outing and Retirement Party" on May 28, 2003, from 10:00 a.m. - 2:00 p.m. in Montgomery. It will be at the Ida Bell Young Park, which is located on Vaughn Road between St. James and Catholic High Schools. A walking path and other outdoor activities are available at the park. The outing is to help reduce some of the stress at the State Office and to recognize the retirement of Richard E. Nazary, FLP Specialist. Richard is retiring on June 3, 2003, after 35 years of service. He will surely be missed! Farewell cards, letters and cash contributions should be sent to Caryn Melton at the State Office. Checks should be made payable to Caryn Melton. A gift certificate will be purchased with the funds provided; and I will present the gift certificate, cards and letters to Richard at the "Wellness Outing."

The Farm Loan Program Staff will cook hamburgers during this outing. The price of the meal will be $5.00 per person. If you plan to eat lunch with us, please contact Caryn Melton at (334) 279-3438, so that we will know how much food to buy.

If you have any questions, please contact the State Office, Farm Loan Division.

USDA is an Equal Opportunity Provider and Employer

100

Exhibit 9.
Page 67 of 133

# DX 50

| PAID BY | OFFICE OF PERSONNEL MANAGEMENT<br>RETIREMENT SERVICES PROGRAM<br>P.O. BOX 45<br>BOYERS, PA 16017-0045 | **STATEMENT OF ANNUITY PAID**<br>Copy C - For annuitant's records. This information is being furnished to the U.S. Internal Revenue Service. | **2003** |
|---|---|---|---|

| Annuitant's Social Security No.<br>###-##-8655 | 11. Federal Income Tax withheld<br>3141.00 | Gross annuity amount<br>37458.00 |
|---|---|---|

| Health Insurance Premiums<br>890.37 | PAID TO → | OZETTA C THOMAS<br>2629 AL HIGHWAY 14 E<br>SELMA, AL 36703-1414 |
|---|---|---|

| Retirement Claim No.<br>CS A4110706 | |
|---|---|
| Distribution Code<br>7-NONDISABILITY | |

| State 1 | State income tax withheld<br>NONE |
|---|---|
| State 2 | State income tax withheld<br>NONE |
| | Original contributions<br>72465.00 |
| | Taxable annuity<br>35646.39 |
| | PAYER'S Federal Identification Number<br>52-6083699 |

Form CSA 1099R (Rev. 1/2004)
This information is being furnished to the Department of Treasury - Internal Revenue Service

To separate, tear on perforation

---

**FORM W-2 Wage and Tax Statement 2003**

| EMPLOYER'S NAME, ADDRESS, AND ZIP CODE | EMPLOYEE'S NAME, ADDRESS, AND ZIP CODE |
|---|---|
| U.S. DEPARTMENT OF AGRICULTURE<br>NATIONAL FINANCE CENTER<br>P.O. BOX 60000, NEW ORLEANS, LA. 70160 | THOMAS, OZETTA C<br>2629 HIGHWAY 14 EAST<br>SELMA, AL 36701-0000 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 22,998.01 | 4,600.12 |
| 3 Social security wages | 4 Social security tax withheld |
| | |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 24,098.32 | 349.45 |

Employer's ID 72-0564834     Employee's SSN ###-##-8655

| 7 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits | 12C Taxable life insurance | 12D 401K TSP<br>1,093.79 | 12E 403B TIAA |
|---|---|---|---|---|---|

| ...ing allowance NT | 13 Statutory Employee / Retirement Plan [X] / Third Party Sick Pay | 14A Moving allowance taxed | 14B NT Health benefits<br>225.74 | 14C COLA |
|---|---|---|---|---|

| Employer's State ID#<br>AL 000000057179 | 16 State wages, tips, etc.<br>22,998.01 | 17 State income tax<br>818.03 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name/Locality ID# |
|---|---|---|---|---|---|

Department of the Treasury-Internal Revenue Service     Copy C - For employee's records     OMB No. 1545-0008     AGENCY FA
See insert for important information

DEFENDANT'S EXHIBIT
CASE NO.  50
EXHIBIT NO.

## 2004 Statement of Annuity Paid

**PAID BY:** OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT SERVICES PROGRAM
P.O. BOX 45
BOYERS, PA 16017-0045

**STATEMENT OF ANNUITY PAID** — Copy C - For annuitant's records. This information is being furnished to the U.S. Internal Revenue Service.

- Annuitant's Social Security No.: ###-##-8655
- 11. Federal Income Tax withheld: 2784.00
- Gross annuity amount: 50778.00
- Health Insurance Premiums: 1264.38
- Retirement Claim No.: CS A4110706
- Distribution Code: 7-NONDISABILITY
- PAID TO: OZETTA C THOMAS, 2629 AL HIGHWAY 14 E, SELMA, AL 36703-1414
- State 1 State income tax withheld: NONE
- State 2 State income tax withheld: NONE
- Original contributions: 72471.00
- Taxable annuity: 48362.28
- PAYER'S Federal Identification Number: 52-6083699

Form CSA 1099R (Rev. 1/2005)



## 2005 Statement of Annuity Paid

**PAID BY:** OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT SERVICES PROGRAM
P.O. BOX 45
BOYERS, PA 16017-0045

**STATEMENT OF ANNUITY PAID** — Copy C - For annuitant's records. This information is being furnished to the U.S. Internal Revenue Service.

- Annuitant's Social Security No.: ###-##-8655
- 11. Federal Income Tax withheld: 2868.00
- Gross annuity amount: 52128.00
- Health Insurance Premiums: 1314.52
- Retirement Claim No.: CS A4110706
- Distribution Code: 7-NONDISABILITY
- PAID TO: OZETTA C THOMAS, 2629 AL HIGHWAY 14 E, SELMA, AL 36703-1414
- State 1 State income tax withheld: NONE
- State 2 State income tax withheld: NONE
- Original contributions: 72471.00
- Taxable annuity: 49712.28
- PAYER'S Federal Identification Number: 52-6083699

Form CSA 1099R (Rev. 1/2006)



## 2006 Statement of Annuity Paid

**PAID BY:** OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT SERVICES PROGRAM
P O BOX 45
BOYERS, PA 16017-0045

**STATEMENT OF ANNUITY PAID** — Copy C - For annuitant's records. This information is being furnished to the U.S. Internal Revenue Service.

- Annuitant's Social Security No.: ###-##-8655
- 11. Federal Income Tax withheld: 3060.00
- Gross annuity amount: 54264.00
- Health Insurance Premiums: 1493.89
- Retirement Claim No.: CS A4110706
- Distribution Code: 7-NONDISABILITY
- PAID TO: OZETTA C THOMAS, 2629 HIGHWAY 14 EAST, SELMA, AL 36703-1414
- State 1 State income tax withheld: NONE
- State 2 State income tax withheld: NONE
- Original contributions: 72471.00
- Taxable annuity: 51848.28
- PAYER'S Federal Identification Number: 52-6083699



RI 20-53 (REV. 12/06)

# NOTICE OF ANNUITY ADJUSTMENT

This notice informs you of a change in the amount of your payments. Please read the back of the notice. If you have questions, call us or write to the address shown below.

| | GROSS MONTHLY ANNUITY | MONTHLY HEALTH BENEFITS | MONTHLY MEDICARE | OTHER DEDUCTIONS OR ADDITIONS* | | | | NET MONTHLY PAYMENT | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CODE | AMOUNT | CODE | AMOUNT | | |
| OLD STATUS | | | | LI | -5.85 | | | | YOUR PAYMENT BEFORE ADJUSTMENT |
| | | | | 17 | -155.55 | | | | |
| | | | | 46 | -27.63 | | | | |
| | | | | 20 | -300.00 | | | | |
| | | | | 31 | -255.00 | | | | |
| | 4522.00 | -125.82 | | | | | | 3652.15 | |
| NEW STATUS | | | | LI | -5.85 | | | | YOUR PAYMENT AFTER ADJUSTMENT |
| | | | | 17 | -155.55 | | | | |
| | | | | 46 | -27.63 | | | | |
| | | | | 20 | -300.00 | | | | |
| | | | | 31 | -267.00 | | | | |
| | 4671.00 | -125.82 | | | | | | 3789.15 | |

*SEE BACK FOR CODES FOR OTHER DEDUCTIONS OR ADDITIONS

YOUR PAYMENT DATED 01/02/2007

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT OPERATIONS CENTER
PO BOX 45
BOYERS PA 16017-0045

REFER TO THIS NUMBER WHENEVER YOU CONTACT OPM

CLAIM NUMBER
CSA 4 110706 0

Reason for adjustment.   *You may use this notice as proof of your current rate of annuity.*

- YOUR NEW GROSS MONTHLY ANNUITY REFLECTS THE 3.3% COST-OF-LIVING ADJUSTMENT. BY LAW, THE INCREASE IS ROUNDED DOWN TO THE NEXT WHOLE DOLLAR.

  THE AMOUNT OF FEDERAL INCOME TAX WITHHELD FROM YOUR ANNUITY HAS CHANGED FOR ANY OF THE FOLLOWING REASONS: YOUR ANNUITY AMOUNT HAS CHANGED, THE IRS TAX WITHHOLDING RATES HAVE CHANGED FOR PAYMENTS MADE AFTER DECEMBER 31, 2006, OR YOU HAVE SUBMITTED A REVISED WITHHOLDING REQUEST.

  THE NET AMOUNT OF YOUR FEBRUARY 2007 PAYMENT WILL REFLECT THE CHANGE IN HEALTH INSURANCE PREMIUMS AND ANY OPEN SEASON CHANGE YOU MAY HAVE MADE.

*[handwritten:] 4671 x 6 mos. = $28,026.00 for (Jan.-June 2007)*

To call our toll-free number, dial 1-888-767-6738 (TDD 1-800-878-5707).

************* ALL FOR AADC 360
OZETTA C THOMAS
2629 HIGHWAY 14 EAST
SELMA AL 36703

RECEIVED 

# RESOLUTION AGREEMENT

This agreement made by and between Ozetta Thomas, (hereafter referred to as Complainant) and the U. S. Department of Agriculture, Farm Service Agency (hereafter referred to as the Agency), constitutes a full, complete, and final resolution of all the employment concerns raised in the Complainant's informal EEO complaint filed on September 14, 2001, before EEO mediator, Hope C. Light. The issues and basis of complaint #AL-01-001E are: non-sexual harassment and performance evaluation based on race (black)

This resolution agreement does not prevent the Agency from pursuing any issues of alleged misconduct raised in the complaint, nor from initiating any preventive corrective or disciplinary action against Agency officials, if warranted.

The parties wish to set forth the terms of the agreement in writing. This neither determines nor implies a finding of or admission that discrimination occurred.

This agreement is authorized under 29 C.F.R. §1614, regulations on processing EEO complaints in the Federal Government, and the EEOC's Management Directive (MD)-110.

The Agency agrees to:

1. Detail the complainant to the Civil Rights and Small Business Utilization Staff, Program Complaints Branch in Montgomery, Alabama, effective December 16, 2001, as a Program Complaint Specialist, GS-301-13. The duration of the detail to be effective through January 4, 2003 to return to her former position effective January 5, 2003. The State Executive Director will process the SF-52 within (10) ten days of the signing of this agreement.

2. Pay the complainant the sum of $1,500 (one thousand five hundred dollars). The parties agree that this sum represents a total and complete settlement of all money issues payable to the complainant or to her attorney in this matter. The State Executive Director agrees to process the payment of attorney fees within 30 days of receipt of the detailed bill.

3. Grant the complainant a Within-Grade-Increase from a Supervisory Program Specialist GS-1145-13/6 to a GS-1145-13/7 with an effective date of January 13, 2002. The State Executive Director will process the SF-52 within ten (10) days of the signing of this agreement.

4. Expunge all references in all records maintained by the Agency of the performance related matters concerning the complainant since May 21, 2001. Remove the Opportunity to Improve dated November 6, 2001 and replace the Performance Work Plan dated November 6, 2001, with a Performance Work Plan rating of achieved in all performance plan elements.

5. Place the complainant on paid administrative leave effective December 6, 2001 through December 15, 2001.

The Complainant agrees to:

1. Withdraw the informal EEO complaint initiated on September 14, 2001 and agrees not to raise any new complaint about the above cited issues.

2. Submit a detailed bill for attorney's fees to the State Executive Director within ten (10) days of the signing of this agreement.

3. Release, waive and withdraw any and all complaints, grievances, appeals or civil actions against the Agency, its employees and officers in their individual or official capacities for any concerns arising out of these (or related) employment situations prior to the signing of this agreement. This agreement does not prevent the Complainant from exercising their rights under 29 C.F.R. §1614, in any other matter that arises after the signing of this agreement.

Both parties agree:

1. To respect the privacy rights of all individuals involved in the matter. The fact that the case was voluntarily resolved in a manner acceptable to both sides may be communicated to others. Explicit terms of the agreement will not be discussed with, disclosed or released to anyone who does not need the information to implement the agreement, without the express permission of the other party.

2. To cooperate and communicate in good faith to complete implementation of this agreement and to abide by the terms of this agreement.

3. To declare this complaint resolved through this resolution agreement. There are no other agreements between the parties, either expressed or implied, oral or written.

4. That after the agreement is fully implemented, the Agency will within 30 calendar days, provide the Complainant with a written notice explaining the specific actions taken to implement the agreement. A copy of the notice will be provided to: FSA-CR&SBUS, Attn: Debbie Lombardino, 1400 Independence Avenue, SW, Stop Code 0509, Washington, D.C. 20250. If the Complainant has any questions about the implementation actions after receiving the notice, and the questions are not satisfactorily addressed by the Agency, the Complainant may raise these questions with the FSA-CR&SBUS at the address above or by calling FSA-CRSBUS at (202) 401-7220.

5. That if the terms of this agreement are not carried out, through no fault of the Complainant, the Complainant may request enforcement of the terms of the agreement, or that the complaint be reinstated at the point at which it was closed by this agreement. This request must be filed within 30 calendar days of the alleged failure to implement this agreement with the Employment Complaint Division, Office of Civil Rights, Employment Compliance and Technical Assistance Division, 1400 Independence Avenue, SW, Stop 9440, Washington, D.C. 20250-9440. The request should include a copy of this agreement, an explanation of which particular term(s) of the agreement have not been implemented, why the Complainant believes the term(s) have not

been implemented, and any relevant documents. A copy of the request should also be provided to the individual who signed this agreement on behalf of the Agency.

6. That they are entering into this agreement voluntarily, without coercion or duress, and fully understand the terms of this agreement.

_____  12/05/01
Ozetta Thomas                    DATE
Complainant

_____  12/05/01
Jeffrey C. Robinson              DATE
Attorney-at-Law

_____  12/05/01
Danny F. Crawford                DATE
State Executive Director

_____  12/05/01
William A. March                 DATE
Resolving Official