IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 2:05-CV-411-WKW |
| | ) |
| | ) |
| MIKE JOHANNS, SECRETARY, | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, FARM SERVICE, | ) |
| AGENCY, (FSA), | ) |
| | ) |
|     Defendant. | ) |

## DECLARATION OF VERDELL ZEIGLER

    I, Verdell Zeigler, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury that the following statement is true and correct based on my personal knowledge:

1.

    I am Chief Administrative officer for the United States Department of Agriculture, Farm Service Agency ("USDA/FSA"), in Alabama. I have held this position since early 2001. Prior to becoming Chief of the Administrative Division, I served as Assistant Administrative Officer for approximately five years. I have been an employee with the USDA in Alabama since 1978.

2.

    In my position, I supervise the Administrative Division staff and I oversee all administrative functions in the Alabama State Office. My Division has responsibility for handling, among other things, purchasing, benefits, retirement, leasing, real property, inventory, mailing supply, budget, travel, and life insurance. My direct supervisor since May 2002 has been Danny Crawford, the State

Page 1 of 5

Executive Director.

3.

I receive annual Equal Employment Opportunity training by the USDA. The training covers what conduct is prohibited and explains how employees may file complaints and the time-frame for filing the complaints. There are also posters in the USDA/FSA office with this information.

4.

I am an African-American female. I have never filed an EEO complaint.

5.

I have never heard any racially offensive or sexually offensive comments by Mr. Crawford or any other USDA/FSA employees, nor seen any racially or sexually offensive pictures or emails. I have never heard anyone make any negative comments about anyone using the USDA's EEO process. Nobody has ever complained to me about anyone at USDA making any racially or sexually offensive comments, or any negative comments about the EEO process.

6.

In 2002, Mr. Crawford asked me to prepare a memorandum about the Blacks in Government ("BIG") Conference to send to African-American FSA employees in Alabama. FSA in Alabama had only been authorized to send two employees to the BIG Conference, and Mr. Crawford advised me that the most senior employees who wished to attend who had not previously attended a BIG Conference would be given the two spots. My understanding is that Mr. Crawford wanted to broaden opportunities to attend the BIG Conference each year, so the same two employees would not be attending every year. I thought this process was the fairest way to make the selection decisions and allow everyone a chance to attend the BIG Conference.

7.

I sent an email to all African-American FSA employees about the BIG Conference on April 5, 2002, with the memorandum I had written for Mr. Crawford attached. A true and accurate copy of my email, and the attached memorandum (except for an inaccurate date of April 22, 2002, which appears to have been automatically generated by a later printing of my original April 5, 2002 email attachment) is attached to this Declaration as Exhibit A. My request asked the employees to respond by the close of business on April 12, 2002, either positively or negatively, whether they were interested in attending the Conference.

8.

I received responses from a number of employees prior to the close of business on April 12, 2002. Attached as Exhibit B are true and accurate copies of the email responses that I received.

9.

My assistant Jackie Watson and I reviewed the personnel files of the responding employees to determine their seniority. Attached as Exhibit C is a chart that indicates the names of the employees who responded, the date they began working for USDA, and whether their request was accepted or declined. The chart lists the employees from most senior to least senior. Two of the three most senior employees, Ms. Thomas and Ms. Lane, had attended a BIG Conference in 2001, and as a result they were not considered for the 2002 Big Conference. The most senior employee who had not attended a BIG Conference was Ms. McInnis, but when I talked to her again about attending she indicated that she actually did not wish to go to the BIG Conference. The next most senior employee who had not attended a BIG Conference was Beverly Fraser, and she indicated she still wished to attend and so she was selected to attend. The next most senior employee was Ms.

Watson, my assistant in the Administrative Division. She decided she did not want to attend the Big

Conference, so we moved to the next most senior employee who was Cozia Heard. Ms. Heard told

me she still wanted to attend, so she was selected.

10.

I told Mr. Crawford that Ms. Fraser and Ms. Heard were the two most senior employees who

wanted to attend the BIG Conference who had not previously attended a BIG Conference, and they

were both selected to attend the 2002 Big Conference.

11.

On or about May 21, 2002, I sent an email to all the African-American FSA employees,

notifying them that Ms. Fraser and Ms. Heard had been selected to attend the 2002 Big Conference.

A true and accurate copy of my email is attached to this Declaration as Exhibit D.

12.

FSA in Alabama has used this same selection process every year since 2002, basing the

decisions on who could attend on seniority and prior attendance. I am in charge, each year, of

sending out a notice to employees inviting responses from interested employees and then

determining the most senior employees who had not previously attended a Big Conference.

13.

In my position as Chief of the Administrative Division, I attend SED staff meetings attended

by Mr. Crawford, Ms. Williams, Ms. Bennett (who generally takes minutes), and the other Division

Chiefs. I never noticed Mr. Crawford treat Ms. Thomas differently than anyone else at these

meetings. I never saw Mr. Crawford treat Ms. Thomas with any disrespect.

14.

I did not have any advance notice that Ms. Thomas was retiring. After she made her retirement decision, I helped her with filling out the retirement forms so that she could receive her retirement annuity payments. She never told me that her decision to retire was not voluntary.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statement of 14 paragraphs is true and correct.

Verdel Zeigler

Executed this _27_ day of February, 2008.

# EXHIBIT A

**Subject:** **Memo - Blacks In Government Conference**
**Date:** Fri, 05 Apr 2002 11:26:11 -0600
**From:** Verdell Zeigler <verdell.zeigler@al.usda.gov>
**Organization:** USDA-FSA
**To:** "Moses, Valerie" <valerie.moses@al.usda.gov>,
"Watson, Jacqueline" <jacqueline.watson@al.usda.gov>,
"Colvin, Jesse" <jesse.colvin@al.usda.gov>,
"Thomas, Ozetta" <ozetta.thomas@al.usda.gov>,
"Anthony, Vickie" <vickie.anthony@al.usda.gov>, chantae.alfred@al.usda.gov,
shelia.dove@al.usda.gov, "McInnis, Mary" <mary.mcinnis@al.usda.gov>,
"cliff.warren" <cliff.warren@al.usda.gov>,
"Braggs, Mary" <mary.braggs@al.usda.gov>, gretchen.thomas@al.usda.gov,
michelle.simmons@al.usda.gov, sandra.coolie@al.usda.gov, faye.woods@al.usda.gov,
beverly.fraser@al.usda.gov, "Sanders, Lillie" <lillie.sanders@al.usda.gov>,
cozia.heard@al.usda.gov,
"Fitzpatrick, Stephanie" <stephanie.fitzpatrick@al.usda.gov>,
james.currington@al.usda.gov, minnie.hudgins@al.usda.gov,
"Bryant, Belinda" <belinda.bryant@al.usda.gov>, johnnie.spain@al.usda.gov,
sheryl.dansby@al.usda.gov
**CC:** "Crawford, Danny" <danny.crawford@al.usda.gov>

```
The attached memo is being forwarded for your information and response.
If you have any questions, please feel free to contact me.  Also, if you
see that a name is missing, please let me know.  Thanks
Verdell
```

| | Name: BIG.doc |
|---|---|
| BIG.doc | Type: Microsoft Word Document (application/msword) |
| | Encoding: base64 |



(Exhibit 2, Pg.2)

April 22, 2002

United States
Department of
Agriculture

Farm and Foreign
Agricultural
Services

Farm Service Agency

Alabama State Office
P. O. Box 235013
Montgomery, AL
36123-5013

Tel: (334) 279-3500
Fax: (334) 279-3550

TO:          Applicable Employees

FROM:       /s/Danny F. Crawford, State Executive
Director

SUBJECT: Blacks In Government's 24th Annual National
Training Conference

Blacks In Government (BIG) will hold its 24th Annual Training Conference
in Atlanta, Georgia, on August 26-30, 2002. This year's theme is *"Accept
the Challenge, Exceed the Standard through Professional Development."*

BIG is an employee support and advocacy organization whose primary
mission is to promote and enhance educational and training opportunities
for African Americans in government. With chapters throughout the United
States and abroad representing more than 2.5 million public employees,
BIG continues to be the largest organization dedicated to the preservation
and enhancement of African American civil servants.

This year's sessions will feature noted lecturers, elected officials, national
leaders, and policy makers. Some of the topics covered include
information technology, communication skills, career development,
personal performance and productivity, management and leadership skills,
and EEO/human resource management.

Our agency supports BIG's efforts and considers the conference as an
effective way to meet the training needs of the Federal workforce. We
have been approved for two employees to attend this year's conference;
therefore, in an attempt to afford an opportunity to interested employees,
we are requesting that you email Verdell Zeigler if you are interested in
attending by COB April 12, 2002. Negative responses are required.

If you would like to find out more about BIG, you may access their website
at www.bignet.org/ntc/index.htm. Also, if you have questions, feel free to
contact me at 334-279-3500.

# EXHIBIT B

**Subject: Re: Memo - Blacks In Government Conference**
**Date:** Thu, 11 Apr 2002 07:11:29 -0500
**From:** Vickie Anthony <vickie.anthony@al.usda.gov>
**Organization:** USDA-FSA
**To:** Verdell Zeigler <verdell.zeigler@al.usda.gov>

```
Verdell,

I am interested in attending BIG, only if no one else wants to go.  If
other employees are interested in going, I prefer that they have that
opportunity.  However, if no one else steps forward to go, and we need a
representative from our State, I will go.

Vickie

Verdell Zeigler wrote:
>
> The attached memo is being forwarded for your information and response.
> If you have any questions, please feel free to contact me.  Also, if you
> see that a name is missing, please let me know.  Thanks
> Verdell
>
>  ------------------------------------------------------------------------
>               Name: BIG.doc
>   BIG.doc     Type: Winword File (application/msword)
>           Encoding: base64
```

**Subject: Re: Memo - Blacks In Government Conference**
**Date:** Tue, 09 Apr 2002 14:11:00 -0500
**From:** Beverly Fraser <Beverly.Fraser@al.usda.gov>
**Organization:** USDA-FSA
**To:** Verdell Zeigler <verdell.zeigler@al.usda.gov>

Verdell,
This reply is for Faye Woods.  She said that she is interested in the
information, but she doesn't want to attend the convention.

Verdell Zeigler wrote:
>
> *The attached memo is being forwarded for your information and response.*
> *If you have any questions, please feel free to contact me.  Also, if you*
> *see that a name is missing, please let me know.  Thanks*
> *Verdell*
>
> ------------------------------------------------------------------------
>               *Name: BIG.doc*
>    *BIG.doc    Type: Winword File (application/msword)*
>         *Encoding: base64*

**Subject: Re: Memo - Blacks In Government Conference**
**Date:** Fri, 05 Apr 2002 12:07:47 -0600
**From:** clifton warren <cliff.warren@al.usda.gov>
**Organization:** USDA-FSA
**To:** Verdell Zeigler <verdell.zeigler@al.usda.gov>

04/16/69

Verdell, also include Mary R. McInnis name to your list of employees
interested in attending this conference. Any consideration given would be
greatly appreciated.

                              Thanks, CLIFF


Verdell Zeigler wrote:

> *The attached memo is being forwarded for your information and response.*
> *If you have any questions, please feel free to contact me.  Also, if you*
> *see that a name is missing, please let me know.   Thanks*
> *Verdell*
>
> *------------------------------------------------------------------------*
> *             Name: BIG.doc*
> *    BIG.doc     Type: Winword File (application/msword)*
> *           Encoding: base64*

**Subject: Re: Memo - Blacks In Government Conference**
**Date:** Mon, 08 Apr 2002 21:56:32 -0500
**From:** Beverly Fraser <Beverly.Fraser@al.usda.gov>
**Organization:** USDA-FSA
**To:** Verdell Zeigler <verdell.zeigler@al.usda.gov>



```
Verdell,
I am interested in attending the conference.  Thanks for the info.
Beverly

Verdell Zeigler wrote:
>
> The attached memo is being forwarded for your information and response.
> If you have any questions, please feel free to contact me.  Also, if you
> see that a name is missing, please let me know.  Thanks
> Verdell
>
>    ------------------------------------------------------------------------
>               Name: BIG.doc
>    BIG.doc    Type: Winword File (application/msword)
>           Encoding: base64
```

**Subject: Re: Memo - Blacks In Government Conference**
**Date:** Tue, 09 Apr 2002 08:05:46 -0500
**From:** Jacqueline Watson <jacqueline.watson@al.usda.gov>
**Organization:** USDA-FSA
**To:** Verdell Zeigler <verdell.zeigler@al.usda.gov>

Yes, I would like to attend the conference.

Jackie                                    10/01/86

Verdell Zeigler wrote:
>
> The attached memo is being forwarded for your information and response.
> If you have any questions, please feel free to contact me.  Also, if you
> see that a name is missing, please let me know.  Thanks
> Verdell
>
>    ------------------------------------------------------------------------
>                 Name: BIG.doc
>    BIG.doc     Type: Winword File (application/msword)
>            Encoding: base64

**Subject: BIG**
   **Date:** Fri, 05 Apr 2002 13:46:24 -0500
   **From:** "Cozia H. Heard" <cozia.heard@al.usda.gov>
   **To:** verdell.zeigler@al.usda.gov

01/15/89

Verdell,

I would like to attend the Annual Training Conference in Atlanta for BIG.

*FED*

**Subject: Re: Memo - Blacks In Government Conference**
   **Date:** Tue, 09 Apr 2002 12:01:05 -0500
   **From:** Gretchen Thomas <gretchen.thomas@al.usda.gov>
      **To:** Verdell Zeigler <verdell.zeigler@al.usda.gov>

Verdell,

I would like to attend the training.

I have previously checked and the three major hotels are already booked and the will are not going to have rooms available until after August 2.

I was already planning to attend.  If you have any information on the room situation please let me know.

Thanks
Gretchen

*SCD*
*02/21/91*

**Subject: Re: Memo - Blacks In Government Conference**
**Date:** Fri, 05 Apr 2002 12:15:02 -0600
**From:** James Currington <james.currington@al.usda.gov>
**Organization:** USDA-FSA
**To:** Verdell Zeigler <verdell.zeigler@al.usda.gov>

04/07/93

Verdell,

I am very interested in going to this training conference.

Thanks, JEC/FLO

Verdell Zeigler wrote:
>
> The attached memo is being forwarded for your information and response.
> If you have any questions, please feel free to contact me.  Also, if you
> see that a name is missing, please let me know.  Thanks
> Verdell
>
>   ----------------------------------------------------------------------
>                 Name: BIG.doc
>     BIG.doc     Type: Microsoft Word Document (application/msword)
>             Encoding: base64

**Subject: Re: Memo - Blacks In Government Conference**
**Date:** Mon, 08 Apr 2002 09:11:33 -0500
**From:** Sandra Coolie <sandra.coolie@al.usda.gov>
**Organization:** USDA-FSA
**To:** Verdell Zeigler <verdell.zeigler@al.usda.gov>

03/12/00

Verdell:

I would be interested in attended the BIG Conference.

**Subject: Re: Memo - Blacks In Government Conference**
**Date:** Mon, 22 Apr 2002 13:29:54 -0500
**From:** Ozetta Thomas <ozetta.thomas@al.usda.gov>
**Organization:** USDA-FSA
**To:** Verdell Zeigler <verdell.zeigler@al.usda.gov>
**CC:** Danny.Crawford@al.usda.gov

Hi Verdell,

I just received this today (April 22, 2002).  I was off on Friday, April
5, when you sent it, then I was out of the state the past two weeks.
Although, I am sure this resulted from my request to Danny to attend the
BIG Conference in a memo dated April 3, 2002.  So, you would already
have my response.

Just FYI, this could be considered discriminatory, it should have gone
to all government employees.  BIG is open not only to African
Americans.  I do hope this will increase the interest in other
employees.

Ozetta

Verdell Zeigler wrote:
>
> *The attached memo is being forwarded for your information and response.*
> *If you have any questions, please feel free to contact me.  Also, if you*
> *see that a name is missing, please let me know.   Thanks*
> *Verdell*
>
> ------------------------------------------------------------------------
>                   Name: BIG.doc
>     BIG.doc    Type: Winword File (application/msword)
>              Encoding: base64

# EXHIBIT C

List of Employees
BIG Conference Responses

| Name | SCD | Acceptance/Declination |
|---|---|---|
| Ozetta Thomas | 4/30/68 | * |
| Mary R. McInnis | 04/16/69 | Declined |
| Vickie Anthony Lane | 11/5/78 | * |
| Beverly Fraser | 04/24/85 | Accepted |
| Jacqueline Watson | 10/01/86 | Declined |
| Cozia H. Heard | 01/15/89 | Accepted |
| Gretchen Thomas | 02/21/91 | |
| James Currington | 04/07/93 | |
| Clifton Warren | 12/23/96 | |
| Sandra Coolie | 03/12/00 | |

*These employees attended the BIG Conference in California last year.

# EXHIBIT D

**Subject: Blacks In Government Conference**
**Date:** Tue, 21 May 2002 14:53:51 -0500
**From:** Verdell Zeigler <verdell.zeigler@al.usda.gov>
**Organization:** USDA-FSA
**To:** "Moses, Valerie" <valerie.moses@al.usda.gov>,
"Watson, Jacqueline" <jacqueline.watson@al.usda.gov>,
"Colvin, Jesse" <jesse.colvin@al.usda.gov>,
"Thomas, Ozetta" <ozetta.thomas@al.usda.gov>,
"Anthony, Vickie" <vickie.anthony@al.usda.gov>, chantae.alfred@al.usda.gov,
"McInnis, Mary" <mary.mcinnis@al.usda.gov>,
"cliff.warren" <cliff.warren@al.usda.gov>, "Braggs, Mary" <mary.braggs@al.usda.gov>,
gretchen.thomas@al.usda.gov, michelle.simmons@al.usda.gov,
sandra.coolie@al.usda.gov, faye.woods@al.usda.gov, beverly.fraser@al.usda.gov,
"Sanders, Lillie" <lillie.sanders@al.usda.gov>, cozia.heard@al.usda.gov,
"Fitzpatrick, Stephanie" <stephanie.fitzpatrick@al.usda.gov>,
james.currington@al.usda.gov, minnie.hudgins@al.usda.gov,
"Bryant, Belinda" <belinda.bryant@al.usda.gov>, sheryl.dansby@al.usda.gov
**CC:** "Crawford, Danny" <danny.crawford@al.usda.gov>

Thank you for your response and interest in the upcoming BIG
Conference. Please accept my apologies for the delay in notifying the
rest of you of the selections. Cozia Heard and Beverly Fraser were
selected to attend the conference in Atlanta this year. The selections
were based on seniority and after receiving some declinations, we were
pleased to offer the opportunity to Cozia and Beverly. If you have any
questions, please feel free to contact me. Thanks again for your
interest. Also, if you have specific questions about the conference,
Vickie and Ozetta attended the conference last year in California and
I'm sure they would be more than happy to answer your questions.