IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-CV-411-WKW |
| | ) |
| MIKE JOHANNS, SECRETARY, | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, FARM SERVICE, | ) |
| AGENCY, (FSA), | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF IREAN BENNETT

I, Irean Bennett, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury that the following statement is true and correct based on my personal knowledge:

1.

I am the Executive Secretary to the State Executive Director ("SED") for the United States Department of Agriculture, Farm Service Agency ("USDA/FSA"), in Alabama. I have held this position since 1991. In this position, my duties include, among other things, opening and sorting mail, making copies, answering the telephone, taking meeting minutes for SED staff meetings, setting up out-of-town training meetings, keeping the SED's calendar, typing and proofing SED correspondence, and updating the FSA State Office Organizational Chart.

2.

One of my duties as SED Secretary is to update the Alabama State FSA Office Organizational Chart. This chart contains the positions and contact information for all the listed

*H*

employees. I update this chart and email it to all FSA employees in Alabama whenever there is any change to the information on it. When Ms. Thomas was on detail to OCR, I emailed organizational charts that listed her Chief of Production Adjustment/Compliance Division as vacant. On or about December 30, 2002, when I knew that Ms. Thomas's detail to the OCR was about to end, I updated the Organizational Chart to list Ms. Thomas again as Chief of Production Adjustment/Compliance. A true and accurate copy of the Chart that I emailed on or about that date to all FSA employees in Alabama is attached as Exhibit A to this Declaration.

3.

One of my duties is to take minutes of the SED staff meetings. I would take the notes in short-hand, and type them up as soon as I could after the meetings. Attached to this declaration as Exhibit B are true and accurate copies of my SED staff meeting minutes from January 23, 2003, and February 18, 2003. The minutes accurately reflect who was in attendance and what was discussed at the meetings. Ozetta Thomas was present at both SED staff meetings, as reflected in the minutes.

4.

I receive annual Equal Employment Opportunity ("EEO") training by USDA. I have never heard Mr. Crawford, Ms. Williams, or any other FSA manager make any racially or sexually offensive comments or any negative comments about anyone using the EEO process.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statement of 4 paragraphs is true and correct.

*Irean Bennett*
Irean Bennett

Executed this 27th day of February, 2008.

# EXHIBIT A

# ALABAMA STATE FSA OFFICE ORGANIZATIONAL CHART
December 30, 2002

**STATE FSA COMMITTEE**
Chairperson - Cynthia Fain - Geneva
Member - Cecil Ralph Reaves - Camden
Member - John C. Goodson, Jr. - Brent
Member - Douglas Moore - Montgomery
Member - Murray Hood Harris - Courtland

**STATE EXECUTIVE DIRECTOR**
(334) 279-3500 or (334) 279-3501
Danny F. Crawford, SED – 279-3524; cell phone -- 462-2958
Irean Bennett – Executive Secretary – 279-3502
Deborah Williams, Executive Officer – 279-3510
Vickie Lane - Public Relations/Outreach Specialist – 279-3508

### ADMINISTRATIVE DIVISION
(334) 279-3504
(334) 279-3550 - fax

Verdell Zeigler, Chief Administrative Officer – 279-3511
Jackie M. Watson, Administrative Specialist – 279-3509
Mary W. Reynolds, Computer Specialist - 279-3543
Marlys Oliver - Computer Specialist - 279-3437
Betty K. Stevens, Purchasing Agent – 279-3544
Debra Jenkins, Human Resource Assistant - 279-3622
Valerie Moses, Human Resource Assistant - 279-3505
Judy I. Centers, Electronic Duplicating System Operator – 279-3506
Jesse Colvin, Supply Technician – 279-3507

### FARM LOAN PROGRAM DIVISION
(334) 279-3434
(334) 279-3631 - fax

Bill Sewell, Farm Loan Chief – 279-3432
Anthony Plemons, Farm Loan Specialist – 279-3433
Richard Nazary, Farm Loan Specialist – 279-3435
Caryn Melton, Program Technician – 279-3438

### PRODUCTION ADJUSTMENT/COMPLIANCE DIVISION
(334) 279-3523
(334) 279-3489 - fax

Ozetta Thomas, Chief Agricultural Program Specialist – 279-3529
Sharrie G. Peterson, Agricultural Program Specialist – 279-3528
Walda Messer, Agricultural Program Specialist – 279-3520
Judy Norris, Agricultural Program Specialist – 279-3534
Pamela M. Polke, Program Technician — 279-3527

### CONSERVATION/PRICE SUPPORT DIVISION
(334) 279-3515
(334) 279-3489 - fax

Joan G. Grider, Chief Agricultural Program Specialist – 279-3516
Kathy Steadmon, Agricultural Program Specialist – 279-3517
Susan Tranum, Agricultural Program Specialist – 279-3518
Yolanda Farrier, Program Technician – 279-3533

### DISTRICT DIRECTORS

Johnny Raby - District I - Lawrence County
Philip Thrower - District II - Talladega County
Richard P. Burge - District III - Tuscaloosa County
Jack Crawley - District IV - Dale County

### MANAGEMENT & PROGRAM ANALYSTS

Carolyn Brown - Morgan County
Cozia Heard - Tallapoosa/Coosa County

# EXHIBIT B

# SED STAFF MEETING

## January 23, 2003

## 8:20 A.M.

The following were present for this staff meeting: Danny Crawford, Vickie Lane, Joan Grider, Ozetta Thomas, Bill Sewell, Verdell Zeigler, and Irean Bennett.

## SED

**Danny** discussed the following items with staff members:

Danny told about office closures due to the weather. He updated everyone on DCP signup; several counties were way behind and may need assistance from the STO to meet the April 1 deadline. The STO would work through the DDs to find which counties needed someone detailed to help.

There was discussion on Notice CM-454 on software. PA should discuss how to see if the counties were having problems.

DCP reviews were being done. One had been received from Carolyn Brown on Lawrence County. Danny felt most of the findings were routine. However, if the staff saw anything in the report that needed to be addressed or changed in the way the DCP was being handled, they should get that information out to the counties.

FLOT interviews would be held the next week for two FLOT positions.

The 2002 award winners would be announced in the next day or two. The awards would be retroactive to pay period 1. Verdell advised that TOAs must be used within a year, and the time cannot be restored or paid.

The Federal Government was still under a continuing resolution, and loan money was being prorated.

Danny briefed everyone on a disaster bill that the Senate was expected to pass. The President was expected to sign it January 28. FSA was expected to quickly implement the bill and get payments out. All Alabama counties were included in disaster declarations.

Joan and Danny discussed the National CRP Farm Bill training that was being planned. Alabama would go the last week of February. Joan, Kathy, Susan and one county office employee would attend. State training was also discussed.

Danny briefed everyone on plans for the upcoming CRP/GIS training.

The State Conference was discussed, including some possible training. Danny asked Verdell to check on someone to cover long term care and health benefits. He also planned to ask some commodity groups to speak to the employees during the conference.

## ADMIN

**Verdell** briefed the SED on activities in the Admin Section.

## CONS/PS

**Joan** briefed Danny on activities in her division.

## FLP

**Bill** reported on activities in his division.

## PA/CP

Danny welcomed Ozetta back.

**Ozetta** informed the SED of activities in her division, including taking calls from farmers on QBOP. Walda was checking to see what payment codes had been downloaded for NAP. Ozetta advised the SED of an appeal hearing with Willie James Brown in Elmore County on watermelons. The SED asked Ozetta to research on NAP what input we have in setting up programs. Counties had been directed to send someone out periodically to look at crops.

*The meeting continued, but the minutes end here because the secretary had to leave for an appointment at 9:35 A.M.*

Danny F. Crawford, SED

## SED STAFF MEETING

### February 18, 2003

The following were present for this staff meeting: Danny Crawford, Debbie Williams, Vickie Lane, Joan Grider, Ozetta Thomas, Bill Sewell, Jackie Watson, Mary Reynolds, Marlys Oliver, and Irean Bennett.

### SED

**Danny** discussed the following items with staff members:

He briefed the staff on a new disaster program and advised them that there may be National training on the program. He would forward the information on the program to the Chiefs.

Danny reported on a conference call that dealt with office closures. There was a mandate to close 200 office nationwide by October 1. Mary was to provide the SED with a copy of the OIP.

There was discussion on upcoming CRP/GIS training in the State. Also discussed were National and State CRP Farm Bill training. The SED would not attend the National training. The State training would be in Orange Beach April 1-4. Each county would need to bring a computer to the training site. Signup dates had not yet been decided.

Ozetta and Danny discussed the DCP signup. Johnny Raby's district needed assistance to complete the signup. The April 1 deadline would not be extended; however, producers could be put on a register to sign up after April 1.

FSA Administrator Jim Little would be in Alabama on Thursday and Friday, February 20-21, to attend and speak at the annual Farmers Conference in Tuskegee.

The State Advisory Committee would meet March 5 at the STO. Those scheduled to attend were: the SED, DDs, STO Chiefs, ALASCOE Board members, and AACS officers. Danny asked the chiefs to review questions they had received at prior employee council meetings before this meeting.

Danny asked Ozetta to research whether farmers could initial a common appendix or notate somewhere on the paperwork for the DCP that they had read it so that the counties would not have to print out so many pages after each producer signs up. He also advised her that a report on reconstitutions was no longer needed.

Sharon Stiles had been selected for the FLOT position in Coffee County, and Kathleen Brumlet was hired as the FLOT in Elmore/Montgomery. Mike Holtzclaw in Baldwin/Mobile had announced he would be retiring as the FLO in that county.

Danny informed Bill that time would be scheduled with the DDs in March to discuss the contingency plan on the 1165 series.

**Debbie** briefed the SED on her plans for the week.

**Vickie** informed the SED she was preparing for the farmers' conference in Tuskegee. She also advised the SED she would be on a panel on women in agriculture. She said that Alabama had one summer intern slot. She had not received any information on the HAACU yet; Danny asked that she request a HAACU student again this year. Vickie would be traveling to Huntsville, Mobile and Dothan this week for recruitment seminars. She would also be at a cotton expo on Friday. Vickie briefed the SED on a seminar she had attended and done a presentation at in Huntsville. Vickie advised Danny that she had not sent anything out to update the State directory since county offices were so busy right now. He agreed with her that this could wait until October. Danny asked Vickie to schedule a time when she is in south Alabama to do a story on Debra Nicholson, this year's employee of the year. Vickie asked Mary to check her computer to see why she could not log on to get her email when she is out of the office.

## ADMIN

**Jackie** briefed the SED on activities in the Admin Section. She advised everyone that the government was still under a continuing resolution. Jackie would speak to Betty about county office equipment requests. Debbie asked Jackie to provide her with a report on overtime. Jackie and Danny discussed training on civil rights -- every employee has to do this every five years -- and COC training -- Jackie had emailed the PowerPoint presentation she had received from the PAS on this to Verdell.

**Marlys** informed the SED that money was still available for computers; it would possibly be as late as August before the STO receives funds for CCE equipment. There was an August 15, 2003, deadline for converting to Windows XP. Marlys had received a request for refresher training on computers at the state conference.

**Mary** updated the SED on the XP migration. She went over plans to attend training the next two weeks. When the SED asked about digital cameras and GIS equipment being in the budget, Mary responded she had heard they would be in the next group.

## CONS/PS

**Joan** briefed Danny on activities in her division. The discussed the peanut meeting she would attend in Ozark on February 21. Joan advised the SED that the Grassland Protection Program was not yet ready to go out. There was discussion regarding net meeting training scheduled for 9:00 the next morning. Susan would be online for this.

## FLP

**Bill** reported on activities in his division. He updated the SED on the farm loan computer alignment. He and Mary would work together on this. Bill also asked that Mary and Marlys get Anthony's computer updated.

## PA/CP

**Ozetta** informed the SED of an appeal hearing and told him that Sharrie would be speaking at a cotton meeting on Friday in Dothan.

The meeting adjourned at approximately 10:20 a.m.


_____
Danny F. Crawford, SED