IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-CV-411-WKW |
| | ) |
| MIKE JOHANNS, SECRETARY, | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, FARM SERVICE, | ) |
| AGENCY, (FSA), | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF MARY W. REYNOLDS

I, Mary W. Reynolds, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury that the following statement is true and correct based on my personal knowledge:

1.

In 2001, I was a computer specialist with the United States Department of Agriculture, Farm Service Agency ("USDA/FSA"), in Alabama. I had held this position in the State Office in Montgomery, Alabama, since January 1, 1989. In my position, I handled computer issues for FSA employees in the State Office and in the Office of Civil Rights.

2.

In early December 2001, the desktop computer assigned to Valerie Moses, the employee who handled time and attendance for the FSA State office, began having problems. I estimated it would take several days to repair. There were no spare computers in the office. I was also aware at the time that Irene Bennett had requested a laptop computer to use on travel status and to work from home.

3.

Debbie Williams asked me to take Ozetta Thomas's laptop and set it up for Ms. Bennett, and take Ms. Bennett's desktop computer and set it up for Ms. Moses, until Ms. Moses's computer could be repaired. It was my understanding that Ms. Thomas was on leave at the time and did not currently need her laptop. I followed these instructions and set up Ms. Thomas's laptop for Ms. Bennett and Ms. Bennett's desktop for Ms. Moses.

4.

At the time, each employee had a unique username and a password to access the network and email. I often had to re-set passwords when employees forgot them or accidentally typed in the wrong password three times and disabled their current passwords. No one asked me to deactivate Ms. Thomas's account or password, and I did not intentionally do so while moving around the computers.

5.

On December 6, 2001, I was told by Ms. Williams that Ms. Thomas had come into the office and asked to check her email, and she asked me to set up Ms. Thomas's computer so she could do so. I retrieved Ms. Thomas's laptop and returned it to Ms. Thomas in her office. I set it up so that she could have full access to her email and all other applications.

6.

Ms. Thomas then told me she was having trouble accessing her account, and asked me to re-set her password. I went to the server and re-set the password for her. I have no idea why she had trouble with her password but after I re-set it she should have had no trouble getting into the system. She did not contact me again with any problems, and I assumed she was able to use her

password and able to check her email.

7.

After Ms. Thomas left the office, I retrieved the laptop and returned it to Ms. Bennett. I am not aware of Ms. Thomas returning to the office again before her detail to the OCR.

8.

Since we had no spare computers, this reassignment of Ms. Thomas's unused laptop was the best use of the office's resources to ensure that the T&A employee had a replacement desktop computer while her computer was down for repairs. I did not take any action to prevent Ms. Thomas from having a computer or accessing her email, and when I learned she wanted access I did everything I could do to make sure she had her computer and her email access.

9.

Ms. Thomas had the same username and password when she reported to her detail at the OCR.

10.

I receive annual Equal Employment Opportunity ("EEO") training by USDA. I have never heard Mr. Crawford (the State Executive Director), or any other FSA employee make any racially or sexually offensive comments or any negative comments about anyone using the EEO process. I have never seen any racially or sexually offensive pictures or emails while working in my position.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statement of 10 paragraphs is true and correct.

*[signature]*
Mary W. Reynolds

Executed this __27__ day of February, 2008.