IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-CV-411-WKW |
| | ) |
| MIKE JOHANNS, SECRETARY, | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, FARM SERVICE, | ) |
| AGENCY, (FSA), | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF VICKIE ANTHONY LANE

I, Vickie Anthony Lane, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury that the following statement is true and correct based on my personal knowledge:

1.

I am the Public Relations/Outreach Specialist for the United States Department of Agriculture, Farm Service Agency ("USDA/FSA"), in Alabama. I have held this position in the State Office in Montgomery, Alabama, since July 1998. I have been with USDA/FSA for 29 years.

2.

I receive annual Equal Employment Opportunity ("EEO") training by USDA. I have never heard Mr. Crawford (the current State Executive Director), Debbie Williams, or any other FSA employee make any racially or sexually offensive comments or any negative comments about anyone using the EEO process. I have never seen any racially or sexually offensive pictures or emails while working in my position.

3.

I am an African-American female. I have never filed an EEO complaint against anyone.

4.

In 2001, I attended the Blacks in Government ("BIG") Conference in Los Angeles, California, and FSA paid for my trip. Ozetta Thomas also attended this Conference.

5.

In August 2002, the BIG Conference was held in Atlanta, Georgia. Verdell Zeigler sent out an email about the BIG Conference in 2002, and I responded that I was interested in attending the conference. I was not selected to attend in 2002. It is my understanding that the selection process was based on the seniority of those employees who wished to go to the BIG Conference who had not attended a Big Conference in the past.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statement of 5 paragraphs is true and correct.

Vickie A. Lane
Vickie Anthony Lane

Executed this 20th day of February, 2008.