IN THE DISTRICT OCURT OF THE UNITED STATES
FOR THE MIDDLE DISTRCIT OF ALABAMA
NORTHERN DIVISION

**OZETTA THOMAS,**

    Plaintiff,

Vs.                                                                             Case No.: CV 05-411

**MIKE JOHANNS, SECRETARY,
UNITED STATES DEPARTMENT OF
AGRICULTURE, FARM SERVICE,
AGENCY (FSA),**

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION
FOR AN EXTENSION OF DEADLINES TO RESPOND
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Comes now Plaintiff, Ozetta Thomas, by and through counsel, Hon. Collins Pettaway, Jr., and moves the court for and extension of time in which to file response to defendant's motion for summary judgment. As follows:

1. Defendant filed a motion for summary judgment and the court entered a scheduling order for Plaintiff to respond by April 1, 2008.

2. Discovery is not complete. The discovery cut-off date is April 6, 2008. There are some outstanding discovery responses due by April 4th, which will be needed to fully respond to the issues, raised in defendant's motion.

3. Plaintiff request that the court re-set the response dates and submission date previously set for seven (7) days, which will have Plaintiff's response due on April 8th.

4. The defendant does not oppose said motion.

WHEREFORE, Plaintiff prays that the court will grant her request for an extension to respond to the summary judgment motion and re-set all response deadlines back by seven (7) days.

                                            Respectfully submitted,

                                            CHESTNUT, SANDERS, SANDERS,
                                            & PETTAWAY, L.L.C.

                                            /s/ Collins Pettaway, Jr.
                                            Collins Pettaway, Jr.(PETTC9798)
                                            Attorney for Plaintiff
                                            P. O. Box 1290
                                            Selma, AL  36702-1290
                                            (334) 875-9264

**CERTIFICATE OF SERVICE**

This is to certify that I have on this 31st day of April 2008 filed the foregoing with the Clerk of the Court using the CM/ECF system that will serve a copy of the same upon all counsel of record.

                                            /s/Collins Pettaway, Jr.
                                            OF COUNSEL