IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| OZETTA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-411-WKW |
| | ) | |
| MIKE JOHANNS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Plaintiff's Unopposed Motion for an Extension of Deadlines to Respond to Defendant's Motion for Summary Judgment, it is ORDERED that the motion is GRANTED. The deadline for plaintiff's response is CONTINUED from April 1, 2008 to **April 8, 2008**. The deadline for the defendant's reply is CONTINUED from April 15, 2008 to **April 22, 2008.**

DONE this 2nd day of April, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE