IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRCIT OF ALABAMA
NORTHERN DIVISION

**OZETTA THOMAS,**

    Plaintiff,

Vs.                                                  Case No.: CV 05-411

**MIKE JOHANNS, SECRETARY,**
**UNITED STATES DEPARTMENT OF**
**AGRICULTURE, FARM SERVICE,**
**AGENCY (FSA),**

    Defendant.
_____/

**PLAINTIFF'S SECOND MOTION**
**FOR AN EXTENSION OF DEADLINES TO RESPOND**
**TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Comes now Plaintiff, Ozetta Thomas, by and through counsel, Hon. Collins Pettaway, Jr., and moves the court for a second extension of time in which to file response to defendant's motion for summary judgment. As follows:

1. The court, on April 2, 2008, granted plaintiff's unopposed request for an extension of time which made the responses due seven (7) days later. Plaintiff's response is due on April 8, 2008 and the defendant's reply is due on April 22, 2008.

2. The request was made in hopes of receiving certain discovery responses due from the defendant by April 4, 2008, no later than the discovery cut-off date, which is April 7, 2008 (April 6, 2008 was a weekend date). To date the discovery responses have not been received. Counsel has sought to contact opposing counsel, Mr. DuBois, but has been unsuccessful. Counsel had

        offered to pick up the responses last week from Mr. DuBois's office but was assured by Mr. DuBois that the responses he would make would be copied and mailed without a problem.

3.     In addition, counsel has a personal hardship in that his assistant, Ms. Arthurene Tyre, is out for a few days as she is with her family attending to one of her brothers who suffered a stroke last night. The prognosis is not good. This is a sudden and untimely development and counsel is getting a replacement to assist him.

4.     Plaintiff request that the court re-set the response dates and submission date previously re-set for three (3) days, which will have Plaintiff's response due on April 11th, and the defendant's reply due by April 25th.

5.     The defendant has not expressed a position on this request as counsel was unsuccessful in speaking with Mr. Dubois. Counsel tried to reach him all afternoon until the close of business prior to filing this motion.

WHEREFORE, Plaintiff prays that the court will grant her request for an extension to respond to the summary judgment motion and re-set all response deadlines back by three (3) days.

                                          Respectfully submitted,

                                          CHESTNUT, SANDERS, SANDERS,
                                          & PETTAWAY, L.L.C.

                                          /s/ Collins Pettaway, Jr.
                                          Collins Pettaway, Jr.(PETTC9798)
                                          Attorney for Plaintiff
                                          P. O. Box 1290
                                          Selma, AL  36702-1290
                                          (334) 875-9264

## **CERTIFICATE OF SERVICE**

    This is to certify that I have on this 7th day of April 2008 filed the foregoing with the Clerk of the Court using the CM/ECF system that will serve a copy of the same upon all counsel of record.

                                                         /s/Collins Pettaway, Jr.
                                                         OF COUNSEL