# Exhibit A

Attorney for Plaintiff
P. O. Box 1290
Selma, AL 36702-1290
(334) 875-9264

## CERTIFICATE OF SERVICE

This is to certify that I have on this the 6th day of March 2008 served a copy of the foregoing by facsimile and depositing the same in the U.S. mail properly addressed with postage prepaid upon:

Mr. James J. DuBois
Assistant U.S. Attorney
U. S. Department of Justice
P. O. Box 197
Montgomery, AL 36101-0197

OF COUNSEL