# Exhibit B

# U.S. Department of Justice

*United States Attorney*
*Middle District of Alabama*

---

131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36104-3429

Telephone: 334/223-7280
Fax: 334/223-7560
Fin Lit Fax: 334/223-7201
Civil Fax 334/223-7418
Criminal Fax: 334/223-7135

**VIA FACSIMILE @ (334) 875-9853,**
**W/O ENCLOSURES & U.S. MAIL**

April 7, 2008

Collins Pettaway, Jr., Esquire
Chestnut, Sanders, Sanders,
Pettaway & Campbell, P.C.
P.O. Box 1290
Selma, Alabama 36702-1290

    Re:    <u>Ozetta Thomas v. Schafer</u>
           Civil Action No. 2:05-CV-411-WKW

Dear Collins:

    Enclosed are Defendant's Responses to Plaintiff's Requests for Production of Documents and copies of the bate-stamped documents being produced by Defendant.

    Please note that the April 4, 2008, due date for these discovery responses referenced last week in Plaintiff's Motion for an Extension is incorrect. Plaintiff's discovery requests were served, by facsimile and mail, on March 6, 2008. Pursuant to Rules 5(b), 6(d), and 34 of the Federal Rules of Civil Procedure, Defendant had thirty days to respond plus three additional days due to the manner of service. Thirty days from March 6, 2008, was Saturday, April 5, 2008. When three days are added to April 5, 2008, the due date for service of the Responses becomes Tuesday, April 8, 2008.

    Please call me if you have any questions.

                                Sincerely,

                                FOR THE UNITED STATES ATTORNEY
                                Leura G. Canary

                                James J. DuBois
                                Assistant United States Attorney

LGC:JJD:dmc