IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-cv-411-WKW |
| | ) |
| MIKE JOHANNS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on Plaintiff's Second Motion for an Extension of the Deadlines to Respond to Defendant's Motion for Summary Judgment (Doc. # 61). Plaintiff seeks a three-day extension for two reasons: to receive discovery and because of a personal hardship to plaintiff attorney's assistant. The defendant opposes the extension on the discovery ground but does not object to an extension because of the hardship. Accordingly, it is ORDERED that for good cause shown, the motion is GRANTED. The deadline for plaintiff's response is CONTINUED from April 8, 2008 to **April 11, 2008**. The deadline for the defendant's reply is CONTINUED from April 22, 2008 to **April 25, 2008.** The court will not grant further extensions of the summary judgment briefing deadlines.

DONE this 9th day of April, 2008.

                                                    /s/   W.  Keith Watkins
                                                   UNITED STATES DISTRICT JUDGE