IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**OZETTA THOMAS,**

    Plaintiff,

Vs.                                              Case No.: 2:05-CV-411-WKW

**ED SCHAFER, SECRETARY
UNITED STATES DEPT. OF
AGRICULTURE, FARM
SERVICE AGENCY (FSA),**

    Defendant.
_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff, Ozetta Thomas, by and through counsel, Hon. Collins Pettaway, Jr. and respond to Defendants Motion For Summary Judgment. As grounds, Plaintiff opposes said motion and relies upon the following:

1. There are genuine issues of material facts present and the defendant is not entitled to judgment as a matter of law.

2. Plaintiff relies upon the attached memorandum.

3. Plaintiff relies upon the attached evidentiary submissions.

WHEREFORE, Plaintiff prays that the court will deny the defendant's motion.

                                            Respectfully submitted,

                                            CHESTNUT, SANDERS, SANDERS,
                                            PETTAWAY & CAMPBELL, L.L.C.


                                            /s/Collins Pettaway, Jr.
                                            Collins Pettaway, Jr.(PETTC9796)

        Attorney for Plaintiff
        P. O. Box 1290
        Selma, AL 36702-1290
        334.875.9264

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this the 11th day of April 2008 served a copy of the foregoing Response with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsels of record.

        /s/Collins Pettaway, Jr.
        Collins Pettaway, Jr.