IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**OZETTA THOMAS,**

    Plaintiff,

Vs.                              Case No.: 2:05-CV-411-WKW

**ED SCHAFER, SECRETARY
UNITED STATES DEPT. OF
AGRICULTURE, FARM
SERVICE AGENCY (FSA),**

    Defendant.
_____/

**PLAINTIFF'S EVIDENTIARY SUBMISSIONS
IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

      Comes now Plaintiff, Ozetta Thomas, by and through counsel, Hon. Collins Pettaway, Jr. and submits the following exhibits in support of her opposition to defendant's motion for summary judgment, to wit:

1. Affidavit of Ozetta Thomas signed 12/29/04 with attachments.

2. Affidavit of Ozetta Thomas signed 8/11/05 with attachments.

3. Affidavit of Carlton O'Neal signed 12/13/04.

4. Affidavit of Danny F. Crawford signed 12/7/04.

5. Affidavit of Sharon S. Ervin signed 12/16/04.

6. Affidavit of Carnell McAlpine signed 12/20/04.

7. Statement prepared by Debbie Williams for Pamela Polke's signature and Pamela Polke's statement.

8. Signed statements by Jeff Knotts, Sharrie Peterson, Walda Messer and Pamela Polke.

9. Various awards for Ozetta Thomas.

10. Ozetta Thomas' Resume.

11. Plaintiff's Request for Production to Defendant.

12. Defendant's Response To Plaintiff's Request For Production of Documents.

Respectfully submitted,

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.


/s/Collins Pettaway, Jr.
Collins Pettaway, Jr.(PETTC9796)
Attorney for Plaintiff
P. O. Box 1290
Selma, AL  36702-1290
334.875.9264

## CERTIFICATE OF SERVICE

This is to certify that I have on this the 11th day of April 2008 served a copy of the foregoing Response with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsels of record.

/s/Collins Pettaway, Jr.
Collins Pettaway, Jr.