Affidavit of Carnell McAlpine

In the matter of EEO complaint of:  )
**Ozetta Thomas**                   )
Complainant                         )
                                    )
V.                                  )
                                    )   Case No. 040175
**USDA-FSA**                        )
Respondent                          )

I, **Carnell McAlpine**, hereby solemnly swear that the information given in response to the following questions are true and complete to the best of my knowledge and belief, so help me God:

Q:   Please state your full name for the record.

A.:  Carnell McAlpine

Q:   What is your race for the record?

A.:  African American

Q:   What is your title and grade?

A.:  Program Complaint Specialist, GS 301-13

Q:   How long have you been in your current position?

A.:  6.5 Years

Q:   What do **you** do on a day to day basis?

Page 1 of 4

initial CM

Exhibit 6

Exhibit 14
Page 1 of 4

197

A.: Investigate discrimination complaints filed by producers against the Farm Service Agency. Complete State Management reviews of Farm Service Agency county offices.

Q.: Do you have any prior EEO activity? If so, please provide details of the complaint and its status.

A.: Yes, I file d a complaint about three years ago concerning the selection of Branch Chief of this office. The complaint was dismissed because of untimely.

Q: Are familiar with Ms. Ozetta Thomas? If so how?

A.: Yes, professionally I have known her for over 25 year. We were co-worker when I was employed with the Farm Service Agency. We were coworkers here in the Program Complaints Inquiry Branch.

Q.: Did you supervise her during her time in your branch?

A.: No

Q.: Ms Thomas applied for and was not selected for the vacant position of Program Complaint Specialist, Vacancy Announcement Number F3 FSA 048. Are you familiar with the announcement? If so, please state what you know about it.

A.: Yes: The position was filed by John Smith. John came from Texas.

Q.: Were you involved in the selection process? If so, how?

A.: No

Q.: Did you have the opportunity to review the BQL or see any of the applications of the prospective candidates concerning the vacant position?

A.: No

Q.: Do you believe Ms. Thomas was the best qualified candidate for the vacant position? If so, why? Please state in full detail.

A.: Yes: Ozetta, had over 30 years experience with program with the Farm Service Agency. She also had previously worked here in the Program Complaints Inquiry Branch as a Specialist. She applied for the same position in which she had experience. While in the Branch I had the opportunity to review here work. She did and excellent job at gathering and analyzing data, especially farm program data. She assisted others in the unit at analyzing (including me) farm program data.

Q.: Are you familiar with the selectee, John Smith? Is so, please state how long and how well you know him?

A: I have known John for about 13 months. John, experience is limited. He has fair computer knowledge. He does not have farm program or farm loan program experience. Farm program/ farm loan program experience is a necessity in order to be a productive employee in this office. So far all of his assigned reports have been late.

Q.: Do you work closely with him on a day to day basis?

A.: Yes

Q.: Do you supervises or review his work product?

A.: I have reviewed some of John's reports. Generally they were not clear and concise

Page 3 of 4                                                                                       initial _OM_

Exhibit __14__

Page _3_ of _4_

**199**

Q.: Do you believe Ms. Thomas was better qualified for the position than Mr. Smith? If so, please state in detail the basis of you position and what information or knowledge you relied on in reaching your conclusion.

A.: Yes: Ms. Thomas had over 30 years experience and she had been a Specialist in the Program Complaints Inquiry Branch. While in the Branch she developed farm program training materials for us to use at completing program reviews. Presently we are still using a document that she developed for us to use to review farm programs during State Management reviews. Ms. Thomas has served as a Program Chief for the Farm Service Agency. The Division she was Chief is a Division that we receive a lot of complaints. She is a subject matter expert.

Q: Do you have anything you wish to add?

A.: At the time John Smith was hired he had 4 or 5 years experience with the Texas State FSA office. He was State Civil Rights/Outreach Coordinator. Based on what I Know about being a {Program Complaints Specials for The Program Complaints Inquiry Branch, he did not have the experience to be selected over Ms. Thomas. I really do not know how he got the position. I heard he was in trouble in Texas somebody helped him leave Texas.

*I have read the above affidavit consisting of 4 pages. It is true and complete to the best of my knowledge and belief. I have made all necessary corrections and additions, initialing next to each, I have also signed or initialed each page. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties. In accordance with 28 U.S.C. Section 1746, I declare under penalties of perjury that the above statements are true and correct to the best of my knowledge, information and belief.*

_____   \_\_12/20/04_____
Signature                           Date

*I hereby certify that I obtained the above affidavit in connection with a duly authorized EEO complaint investigation.*

\_\_D Red_____   \_\_12/22/04_____
Dennis J. Redic                     Date
EEO Investigator

Page 4 of 4                                    initial \_\_\_\_

**200**

Exhibit 14
Page 4 of 4