Montgomery, AL

I, Jeff Knotts, make the following statement freely and voluntarily to Deborah T. Williams knowing that this statement may be used in evidence.

My full name is Jeffery G. Knotts. I am currently employed as an Agricultural Program Specialist, GS-1145-12, by the United States Department of Agriculture, Farm Service Agency, in the Production Adjustment/Compliance Section of the Alabama State Office, in Montgomery, Alabama.

During my recent performance appraisal, Ms. Ozetta Thomas (my supervisor) discussed my job performance by reviewing each element on my performance plan. After the review Ms. Thomas told me that if I had any problems with her or any work related concerns, she expected any such complaints in the future to be brought to her directly instead of her supervisor. My only response was that I would comply with her instructions.

Jeff Knotts
Agricultural Program Specialist
Production/Compliance Section
Alabama State Office

11-27-01
Date

EXHIBIT 8

THOMAS0237

Montgomery, AL

I, Sharrie Peterson, make the following statement freely and voluntarily to Deborah T. Williams knowing that this statement may be used in evidence.

My full name is Sharrie G. Peterson. I am currently employed as an Agricultural Program Specialist, GS-1145-12, by the United States Department of Agriculture, Farm Service Agency, in the Production Adjustment/Compliance Section of the Alabama State Office, in Montgomery, Alabama.

During my most recent performance appraisal, Ozetta Thomas (my supervisor) and I discussed all the job elements in my performance plan in general as we normally do. Ms. Thomas said she thought the Production Adjustment/Compliance employees were doing a good job. She discussed requesting authorization codes and making sure that all documentation was complete when submitting the documentation to Washington. She suggested that we make a special effort to ensure all documents needed were included in the case file for the National Office so they would not have to request additional information so often. We discussed the possibility of having a second party review prior to submitting the package to Washington.

After my performance appraisal was complete, Ms. Thomas said she needed to discuss something else. She stated that she would like for us to come to her first instead of her superior to discuss any problem that we may have, whether the problem was program related or a personal problem with something she had done. She indicated that she could not correct a problem if she did not know about it. I agreed to comply with her wishes.

After these comments, our discussion ended and I left her office.

_Sharrie G. Peterson_
Sharrie G. Peterson
Agricultural Program Specialist
Production/Compliance Section
Alabama State Office

11 - 16 - 2001
Date

THOMAS0238

Montgomery, AL

I, Walda Messer, make the following statement freely and voluntarily to Deborah T. Williams knowing that this statement may be used in evidence.

My full name is Walda W. Messer. I am currently employed as an Agricultural Program Specialist, GS-1145-12, by the United States Department of Agriculture, Farm Service Agency, in the Production Adjustment/Compliance Section of the Alabama State Office, in Montgomery, Alabama.

In my recent job performance evaluation, Ozetta Thomas, my supervisor, went over the elements of my performance plan. While covering the element on EEO/Civil Rights, Ms. Thomas stated she would like to discuss an issue with me that was upsetting to her. She said this issue would not affect whether I passed or failed this element this year, but in the future, if I had a problem with her, I should come to her rather than go directly to the State Executive Director. I did not respond to Ms. Thomas other than to say okay.

_____
Walda W. Messer
Agricultural Program Specialist
Production/Compliance Section
Alabama State Office

11-15-01
Date

THOMAS0239

Montgomery, AL

I, Pamela Polke, make the following statement freely and voluntarily to Deborah T. Williams knowing that this statement may be used in evidence.

My full name is Pamela E. Polke. I am currently employed as an Agricultural Program Technician, GS-1101-07, by the United States Department of Agriculture, Farm Service Agency, in the Production Adjustment/Compliance Section of the Alabama State Office, in Montgomery, Alabama.

My supervisor, Ms. Ozetta Thomas, recently conducted my annual performance appraisal. She discussed my work performance along with other issues relating to complaints that she said had been reported to the State Executive Director from her staff.

Ms. Thomas briefly discussed each element on my performance plan. She said that she did not have a problem with my performance, that I was keeping up with assignments, and that she appreciated the fact that I provide her with copies of correspondence compiled when she is away from the office. She indicated that this helps her keep up with the work in her section. She also thanked me for bringing suspense items to her attention.

Ms. Thomas then brought up the element of EEO/Civil Rights. She said that although she did not have a problem with my performance, she did have a problem with this element. She said it had been reported to her that "her staff" had made complaints against her. The complaints were that she was unavailable and did not assist the staff with work assignments, etc. She said she felt she had been disrespected as Chief of the Production Adjustment/Compliance Section. She indicated that she had not been aware of any problems and if we had a problem with her (personal or not), we should address it with her first before we complained to anyone else. She told me she was repeating to me what she was asking of all her staff. She further stated that she was not going to ask who had complained, but she had an idea and it would eventually come out.

THOMAS0240

In my response to Ms. Thomas, I asked if the SED identified to her who had complained. She said he only told her that he had received complaints from her own staff. I told her that I disagreed with her stating she had a problem with me on the EEO/Civil Rights element and that I have never shown disrespect to her in any way. I reminded her of times that I had discussed concerns with her. This led to a discussion of other issues such as award recommendations and promotions. Ms. Thomas told me that she is not the person who promotes and can give grade and step increases. She stated the National Office makes those decisions.

After several minutes of further discussion, I expressed to Ms. Thomas that I would respect her wishes and come to her first if I had a problem in the future. She had me sign my performance appraisal and that concluded my evaluation.

I would like to emphasize that this statement is a true recollection of the discussion of my performance evaluation. I cannot say that it is "exact," but I have made an effort to recollect to the best of my knowledge the discussion that took place.

Pamela E. Polke
Agricultural Program Technician
Production/Compliance Section
Alabama State Office

11/20/01
Date

THOMAS0241

Statement of Discussion with Chief of PA/CP (Ms. Ozetta Thomas)
Re: Performance Appraisal Rating

My supervisor (Ms. Ozetta Thomas) called me in for my annual performance appraisal. She discussed my work performance, along with other issues relating to complaints that she said had been reported to the SED from her staff.

She discussed in brief each element that I would be rated on. She said that as far as my work performance, she did not have a problem. She went on to say that I was keeping up with assignments and appreciated it when I provided her copies of correspondence when she was out. This helped her keep up with what was going on in the section. She also thanked me for my reminding her of what was due (reports, correspondence, agenda, etc).

She then brought up the element of EEO/CR. She said that although she did not have a problem with my work performance, she did have a problem with the element regarding EEO/CR. She said that it had been reported to her that her "staff" had made complaints against her. She said that complaints were that she was unavailable, did not assist, etc. She said that she felt that she had been disrespected as Chief of PA/CP. She said that she was not aware that we had any problems with her. If we had a problem with her, the problem should be addressed with her first so that possibly it could be resolved before we went and complained to someone else. She said that she was repeating to me what she was asking of all her staff, that if we had a problem with her regarding anything in the section, whether personal or not, we should come to her first before going to anyone else. She said that she was not going to ask who had complained but that she had an idea and eventually would come out.

In my response to her, I asked her if the SED, Danny Crawford, had told her that I personally had complained. She said he did not give names, but that her own staff had made complaints. I said, well I did not see how she could have a problem with the EEO/CR element concerning me. I told her that I "disagreed" with her having a problem with this element concerning me, and that I have never disrespected her in any way. I also told her that everything I do in the section is done in respect, even when she is on leave, so that correspondence, reports, and etc is submitted and copies are provided to her so she is informed of what transpired while she was out.

I told her that I had before come to her pertaining to past problems. I expressed to her that some of those problems stemmed between her and Daniel and that I was caught in the middle and she was aware of those problems. (This was during the timeframe that Daniel was SED, I was asked to fill in as backup to Irean (SED Secretary) when needed). This at first, I did not mind because I had always been willing to assist where needed. It caused problems when I was pulled between her and Daniel over what was priority, PA/CP or SED Secretary Backup. I told her that I realized her and Daniel had problems, such as her feeling that he would not let her be Chief in her own section. I went on say that I also had gone to confront Daniel about the problems that it was causing me.

THOMAS0242

She said that she had no control over that situation because Daniel was SED and he had given me this assignment. She said that she did not have a say. She went on to say that that issue was over because I was relieved of that position as backup to Irean when Daniel left and a position was made for that duty, and Valerie was hired.

I expressed that as her employee, I did not feel that she really ever took the time to write me up regarding my extra responsibilities in PA/CP or a recommendation for promotion. She asked me was it any different when I was in the CONS/PS section. I responded by saying yes, that I had several write-ups on my job performance. She also said that she is not the one who promotes and can give grade/step increases, the NO does. She also said that I had received a grade increase several years ago to a GS-7. I told her that it wasn't just me that received an increase, the grade increase was for "all" PT's and yes all of us (the PT's) appreciated the National Office approving support personnel this increase.

She responded by saying that she did recommend me for a "QSI" in the last awards recommendations. I told her that I also had written up recommendations for everyone in our section, including her and she was aware of them. I told her that the "QSI" was appreciated, but in all honesty, the Notice had come out long before recommendations were due, and I believed she had turned mine in late. She said she did not turn mine in late. If she had, it would not have been approved. I also expressed to her that it bothered me when she even wanted me to type my own recommendation and the form to submit it. It made me feel that she was not and had not really taken the time for me because she believed I deserved it. I told her that the recommendations I wrote up on everyone (40-hour time-off awards) were done in two days and turned in early. I also expressed that I noticed when the awards list came out, that my recommendation for her was overridden by Daniel's recommendation for her to receive a "QSI." She said she had no control over that. I said it was ok, just wondered if mine did not count. I told her that I did appreciate my QSI and she told me she appreciated my recommendation for her.

I also told her that many times, there have been correspondence, files, etc. that I have tried to get with her on that I felt were priority. One example was all the earlier PFC requests for authorization codes from COFs from 1996 – forward. I told her that I have had these cases pending for several years and even though Sharrie was the specialist in this area, when she was backlogged with other assignments, I assisted her with keeping up with these files. Because I knew she had some involvement with some of these files, because they pertaining to the payment limitation side also, I felt she needed to take an interest in being aware that we needed to check on these files. But, I went ahead and took it upon myself to handle and have documented my work in detail. I brought up a case with her that involved payment limitation requesting PFC payments without going into a lot of detail that this producer would not have ever received payment if I had not pursued checking with the County Office and the National Office of what the actual problem was. I expressed that as I do with everything pending in my baskets, I like to make her aware of them so that inquiries are answered, reports are submitted on time, etc and that was in respect of her as Chief.

THOMAS0243

She responded by saying that she did not remember never having the time to discuss these cases with me and did instruct me to get status on these cases. I responded to her that that was not my recollection. I realized that she had a lot going on during that time and maybe to her these were not priority, but I was worried since these had been pending for so long. She said that they are taken care of now. I told her yes, they were, and that I had documented such.

I also told her that I felt that she did not show much support when I applied for the New Leadership Program (USDA). I told her that yes, I was approved to go, but that I realized she had not reviewed the packet provided to her from the NLP, informing her of what this program was about and the requirements that would be expected of me through the duration of this training. Otherwise, my assignments would not have been a problem. Most of my assignments, I completed at home (reading material/books assigned by NLP) and some of these I did on the job (only when my responsibilities/assignments for PA/CP were completed), but some of these assignments required that I was to be away from my current duty station. I told her that I realized that I had a duty to my current position, but I had never shown negligence to my responsibilities. My assignments were always completed. I expressed to her that I had hoped that the NLP training would not end with me just attending training sessions then coming back to my current position and it end there. But, I had hoped that I would be allowed to have the opportunity to grow in learning the programs regarding PA/CP so that there might be an open door for me to advance. I felt like I was only allowed to go because she realized it was a requirement. I was able to see agriculture from a different perspective, meeting the farmers, assisting county office personnel, and partly learning some of the programs. I also said that I felt county office experience is a "must."

I also expressed to her that I really liked what I do, being a "support" person. I enjoyed my position as a Program Technician, but I realized that I would never advance (upper level) staying in this position, as this position had no promotion potential. I had a family and just wanted an opportunity, as I'm sure she had in her career.

She responded by saying that there was nothing wrong with wanting to move up. She did not have it easy, and hoped a position someday would be available for me to move up.

I expressed to her that I was sorry if problems had arose and that I would respect her wishes in coming to her if I had a problem. She had me sign my performance appraisal and that concluded my evaluation.

*I testify that my statement is true recollection of subject evaluation. I cannot say that my statement is "exact" wording in our discussion, but in my on words, in attempt to recollect to best of my knowledge of the discussion that took place.*

Signed: _____    Date: _____
Pamela E. Polke, PT, PA/CP

THOMAS0244