Recommendation for a Cash Award
Ozetta Thomas

Ms. Ozetta Thomas is being recognized for her outstanding leadership in the implementation of the various crop disaster programs. Within the past year, Ms. Thomas's division has administered the 1998 CLAP, 1999 Crop Disaster Program, and the Oilseed Program, along with the stand alone NAP (Noninsured Assistance Program). The direct training she provided, conference calls, and day-to-day answering inquiries paved the way for timely payments and/or uploads. When problems surfaced, Ms. Thomas moved aggressively with corrective action. With farmers being stretched financially, an orderly implementation of disaster relief programs is a must for their survival. To that end, Ms. Thomas went beyond the call of duty to ensure that the farmers were first.

Other assignments continued to flow into Ms. Thomas's division, which could not go undone. She still met the expectations with producers' appeals, STC/DD meetings and other routine work. I have not observed anything going lacking in this division. Ms. Thomas is to be commended for a job well done. Accordingly, she has earned this special recognition for a $1,000 cash award.



EXHIBIT
9

THOMAS0771

U.S. DEPARTMENT OF AGRICULTURE
**RECOMMENDATION & APPROVAL OF AWARDS**

CASE NO. (Personnel Use Only): AL-99-T-133

NOTE: For group awards, attach list of group members. Show data in items 2-9, and award amount for each payee.

| | |
|---|---|
| 1. AGENCY | USDA/FSA |
| 2. NAME OF EMPLOYEE (Last, first, middle initial) | Thomas, Ozetta C. |
| 3. SOCIAL SECURITY NO. | 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 |
| 4. POSITION TITLE | Supvy Agrl Prog Spec |
| 5. PAY PLAN-SERIES/GRADE/STEP | GS-1145-13-05 |
| 6. ORGANIZATION AND LOCATION | Alabama State Office |
| 7. PERIOD COVERED FOR AWARD (MM/DD/YY) | FROM: Jan. 99  TO: PRESENT |
| 8. ACCOUNTING CODE | |
| 9. IF AWARD APPROVED, MAIL CHECK TO: (ADDRESS) 1/1/99  8/31/99 | |
| ☐ SALARY CHECK ADDRESS | |
| ☐ OTHER (Specify address): | PP19 872 V3E H700 |

10. LIST AWARDS OR QSI'S IN THE PAST 52 WEEKS (Specify type of award, amount received, and effective date)

None

11. CITATION: SUMMARIZE EMPLOYEE'S CONTRIBUTION IN 25 WORDS OR LESS (This language will appear on the employee's certificate.)
EMPLOYEE IS BEING RECOGNIZED FOR:
FOR OUTSTANDING TEAM EFFORT IN IMPLEMENTING THE 1998 SINGLE-YEAR AND MULTI-YEAR CLDAP RESULTING IN BETTER SERVICE TO FSA AND ALABAMA FARMERS.

**COMPLETE THE APPROPRIATE AWARD SECTION**

12. TYPE OF RECOGNITION RECOMMENDED (Check one)
☐ EMPLOYEE SUGGESTION OR INVENTION*
☐ EXTRA EFFORT AWARD*
☐ SPOT AWARD*
☒ TIME OFF AWARD*
☐ OTHER*
☐ KEEPSAKE AWARD
☐ GAINSHARING AWARD

* Attach a description of the contribution if the contribution exceeds the moderate benefits.
** Attach a description of the contribution or patent notification being recognized and the resulting benefits to the Government.

**EXTRA EFFORT AWARD**

| 13. NO. OF PERSONS | 14. TOTAL AWARD (Give dollar amount/hours, or value of item) | 15. TOTAL DOLLAR AMOUNT/HOURS BASED ON: | ESTIMATED FIRST YEAR SAVINGS |
|---|---|---|---|
| 1 | 40 Hours | ☐ MEASURABLE BENEFITS SCALE  $ ☐ NONMEASURABLE BENEFITS SCALE (Check appropriate box) → Exceptional | APPLICATION Exceptional |

16. TYPE OF RECOGNITION RECOMMENDED (Check one)
☐ PERFORMANCE BONUS AWARD*
☐ QUALITY STEP INCREASE*

**PERFORMANCE BONUS AWARD**

Certification: I certify, by my signature in the Recommendation & Approval section below, that the employee's position description and the performance standards for the position were thoroughly reviewed prior to submission of this recommendation; that the employee's performance is outstanding; and that the performance is characteristic and is expected to continue in the future.

* Attach a copy of employee's latest performance rating of record. Also, attach a justification statement, if required.

| 17. DATE OF LAST PROMOTION | 18. DATE OF LAST WITHIN GRADE INCREASE | 19. AMOUNT RECOMMENDED FOR PERFORMANCE BONUS AWARD $ |
|---|---|---|

**RECOMMENDATION AND APPROVAL**

| 20. RECOMMENDING INDIVIDUAL (Signature) | DATE | 21. REVIEWING OFFICIAL (Signature) | DATE |
|---|---|---|---|
| Shonia A. Johnson | 8-27-99 | Richard C. William | 8/31/99 |
| TITLE: Agricultural Program Specialist | | TITLE: Administrative Officer | |

| 22. APPROVING OFFICIAL (Signature and Title) | DATE |
|---|---|
| [signature] State Executive Director | 8/31/99 |

**PERSONNEL USE ONLY**

| 23. AGENCY CODE/POI | 24. DATE EFFECTIVE | QUALITY STEP INCREASE: | 25. TO (Grade and Step): | 26. NEW SALARY | 27. RATE | 28. PAY RATE DETER- MINANT CODE |
|---|---|---|---|---|---|---|
| FA4L883 | 8/13/99 | | | | | |

I certify that the proposed action is in compliance with statutory and regulatory requirements.

| 29. PERSONNEL OFFICIAL (Signature and Title) | DATE PROCESSED |
|---|---|
| [signature] Collins, OAR | 9/13/99 |

This electronic version was designed using WordPerfect for Windows 6.1 by USDA-FSA

Form AD-287-2 (7/94)

THOMAS0772

Justification For **Time-Off Award - 80 Hours**
Federal Employee - Alabama State FSA Office

Name: **Ozetta C. Thomas**
Position Title, Grade: **GS-1145-13-05**

I recommend **Ozetta C. Thomas** be recognized with a "Time-Off Award." This award is based on the extra time and effort shown by each employee of the Production Adjustment/Compliance section. On December 12, 1998, the President announced the release of nearly $2.4 billion in emergency aid to farmers affected by the recent farm crisis. Also in the announcement was the sign up date for accepting applications that would begin February 1, 1999 and end April 16, 1999. With a very short time to prepare for such a tremendous program with deadline after deadline, the PA/CP section attended National training, conducted State training, and answered numerous telephone calls from county offices and producers. Also in preparation for the Crop Loss Disaster Assistance Program, the staff had to establish yield and payment data for over 68 crops. This required many extra hours of research and phone calls so that county offices could begin serving Alabama farmers timely.

Once sign-up ended on April 16, 1999, preparation began for a May 5, 1999, upload of files. With the continued assistance of the PA/CP section, Alabama completed a 97% upload of all applications filed. Continued support after the May 5, 1999, upload was necessary for corrections to applications, crop tables, and common errors so that payments could be issued on June 1, 1999.

Because of the extra effort displayed, a very large percent of Alabama farmers received payments timely when it was most needed.

_Sharrie B. Peterson_
Agricultural Program Specialist

_8-27-99_
Date