2629 Highway 14, East  
Selma, AL 36703  

334-875-3947  
ozettat@yahoo.com

# Ozetta C. Thomas

**Objective**     To obtain a challenging position, where I will continue to utilize my expertise in public service, supervision and administration.

**Experience**    1968 - 1986     Dallas County ASCS (FSA)     Selma, AL

**Program Assistant**

- Planimeter Operator and general clerical duties
- Interpreted federal rules and regulations in administering Farm Programs, serving farmers in Dallas County.
- Carried out day-to-day operations relative to assisting farmers in farm programs ensuring they complied with provisions of federal regulations. Analyzed producer problems and recommended corrective actions for management decision.



DEFENDANT'S EXHIBIT 1
CASE NO.
EXHIBIT NO.

1986 - 1998     Alabama State ASCS (FSA)     Montgomery, AL

**Agricultural Program Specialist**

- Increased knowledge of the laws and regulations governing Agricultural Stabilization and Conservation Service programs and the particular application on national policies and objectives at the State level.
- Understanding farming practices and customs in the United States, and of the economic needs of farm communities at the State level.
- Knowledge of current State and Federal agricultural trends, and ability to establish and maintain effective relationships with representatives of public and private organizations, farmers' association, and others, to interpret regulations, programs, and policies affecting them.

1998 - 2003     Alabama State FSA & OCR     Montgomery, AL

**Supervisory Agricultural Program Specialist & Program Complaints Specialist**

- In addition to above duties, supervise staff in the Production Adjustment/Compliance Division.
- Hold regular staff meetings in preparation for day-to-day operation, and for team building.
- Conduct training workshops in the field offices, presentations to the State Committee, and prepare State Committee Minutes, prepare State notices of instructions on FSA programs and State Committee's policies. Also prepares correspondence to farmers who appeal County Committee's adverse actions to the State Committee and National Appeals Division.
- In the Office of Civil Rights & Small Business Utilization Staff (CRSBUS), Program Complaints Inquiry Branch (PCIB), responsible for making inquiries into complaints of discrimination, attempting resolution or conciliations with complainants, analyzing the facts in complaints and preparing reports of finding that will be used for making recommendations



EXHIBIT 10

to the Office of Civil Rights for disposition.
- Use investigative techniques to perform fact-finding inquires to allegation of program complaints and misconduct reviews. Collect, research, analyze, and evaluate data in order to develop investigative reports that will be used to arrive at corrective actions or solutions to complex issues affecting complaints.

**Education**

1965     Autauga County High School     Autaugaville, AL
- High School Diploma, Honor Graduate

1974     Wallace Community College     Selma, AL
- General Clerical (typing, shorthand, filing, etc.)

**Relevant Classes**

Career Development Programs with certificates of completion: "Taking Control of Your Career", "Power Talk", "The Promotable Woman", "Positive Power and Influence", and "Dynamics in Leadership Seminar".

**Specialized Skills**

Proficient in the use of personal computers to use word processing.
Additional training in Intermediate and Advanced WordPerfect for Windows, Corel WordPerfect, Microsoft Word, Excel, and Power Point.

**Honors & Awards**

For previous 10 years prior to retirement:
- June 1992 – The Administrator's Award for Service to Agriculture (**USDA/FSA highest honor**). Two awards received, an Individual award for Superior Performance, and a Group Award as a member of the State Training Team on the 1990 Farm Bill.
- January 1993 – Certificate of Merit awarded for Sustained Superior Performance (Quality Service Increase).
- February 1993 – Black Heritage Achievement Award from the National Association of Negro Business and Professional Women's Club, Inc. (NANBPW).
- April 1994 – Certificate of Appreciation in recognition of outstanding service for helping meet the needs of others through unselfish involvement.
- October 1997 – Certificate of Appreciation awarded for Sustained Superior Performance (Quality Service Increase).
- September 1999 – Certificate in Recognition of Outstanding Service and Tireless Dedication of USDA Personnel.
- May 2001 – Certificate of Merit for Sustained Superior Performance (Quality Service Increase).

**Community Interests**

Member of National Blacks In Government (BIG); Chairperson, Dallas County Department of Human Resources; Secretary, Dallas County Chapter ADC; Office Administrator for 2004 Mayor's Re-election Campaign; member of Ebenezer Baptist Church serving as President of Matrons, Vice President of Senior Usher Board, Secretary of Trustee Board, member of Benevolence Committee and Greeters Ministry.