IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OZETTA THOMAS,

    Plaintiff,

vs.

CASE NO. 05-CV-411

MIKE JOHANNS, SECRETARY,
UNITED STATES DEPARTMENT OF
AGRICULTURE, FARM SERVICE
AGENCY, (FSA),

Defendant.

### PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANT

Comes now the Plaintiff, by and through counsel, Hon. Collins Pettaway, Jr., and request that the Defendant produce the following:

1. A copy of the complete employment (personnel) files for:

    a. Ozetta Thomas
    b. Ronnie Davis
    c. Galynn Mann
    d. Jeff Knotts
    e. Sharrie Peterson
    f. Pamela Polk
    g. Carolyn Brown
    h. Myra Ellison
    i. Judy Norris
    j. Walda Messer

Please include all job selection interviews, announcements and selection criteria for each person regarding each position applied for.

2. A copy of all complaints, whether administrative or EEO, and hotline or not, filed by, against or regarding:

    a. Danny Crawford
    b. Richard Burge
    c. Deborah Williams



EXHIBIT 11

    d. Daniel Robinson
    e. Ozetta Thomas
    f. Ronnie Davis

Please include the investigative findings, notes and disposition of each complaint.

3. A copy of all sick leave request made by employees since Danny Crawford has been State Executive Director (SED) up to six months after Plaintiff no longer worked at the Agency. Please include the disposition of each request.

4. A copy of all staff meetings minutes, notes, working notes, since Danny Crawford has been SED up to six months after Plaintiff no longer worked at the Agency.

5. A copy of all statements given by any employees or any person regarding Plaintiff while she was employed with the Agency.

6. A copy of all files maintained by Danny Crawford, Deborah Williams, Jeff Knotts or Ronnie Davis regarding their supervision of employees (Supervision files).

7. A copy of any memos like Defendant's exhibit 7 to Plaintiff's deposition from Danny Crawford to any other employees while he was SED.

8. The complete record and emails sent and received from any and all employees regarding the 2002 Blacks in Government Conference. The time period should center around 4-3-02 to 5-22-02.

9. A copy of all memos or documents that John Chott was a participant, recipient in any manner, discussed or involved in any way regarding Plaintiff during Plaintiff's employment with the Agency.

                          Respectfully submitted,

                          CHESTNUT, SANDERS, SANDERS,
                          PETTAWAY & CAMPBELL, L.L.C.

                          _____
                          Collins Pettaway, Jr. (PETTC9796)

Attorney for Plaintiff
P. O. Box 1290
Selma, AL 36702-1290
(334) 875-9264

## CERTIFICATE OF SERVICE

This is to certify that I have on this the 6th day of March 2008 served a copy of the foregoing by facsimile and depositing the same in the U.S. mail properly addressed with postage prepaid upon:

Mr. James J. DuBois
Assistant U.S. Attorney
U. S. Department of Justice
P. O. Box 197
Montgomery, AL 36101-0197

_____
OF COUNSEL