**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**OZETTA THOMAS,**

      Plaintiff,

Vs.                                                               Case No.: 2:05-CV-411-WKW

**ED SCHAFER, SECRETARY**
**UNITED STATES DEPT. OF**
**AGRICULTURE, FARM**
**SERVICE AGENCY (FSA),**

      Defendant.

_____/

**NOTICE CONCERNING SETTLEMENT CONFERENCE**
**AND MEDIATION**

      Comes now Plaintiff, Ozetta Thomas, by and through counsel, Hon. Collins Pettaway, Jr. and submits to the Court the following report that was inadvertently not filed earlier, to wit:

1.      The parties' and their counsel met fact to fact on Thursday, February 14, 2008 in Montgomery, Alabama at the U.S. Attorney's Office for the Middle District of Alabama to discuss settlement. The parties agreed that settlement was not likely at that time as the discovery process was on going. Since that time, the parties have negotiated a settlement and have exchanged offers to settle. New offers are being made presently. Mediation is not advisable. The parties will continue negotiations but do not feel that a settlement will be achieved, as their positions are far apart.

      Respectfully submitted,

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.

/s/Collins Pettaway, Jr.
Collins Pettaway, Jr.(PETTC9796)
Attorney for Plaintiff
P. O. Box 1290
Selma, AL  36702-1290
334.875.9264

## CERTIFICATE OF SERVICE

This is to certify that I have on this the 19th day of May 2008 served a copy of the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsels of record.

/s/Collins Pettaway, Jr.
Collins Pettaway, Jr.