IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OZETTA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:05-CV-411-WKW |
| | ) | |
| ED SCHAFER, SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE, FARM SERVICE | ) | |
| AGENCY, (FSA), | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION
TO SUSPEND PRETRIAL DEADLINES AND CONTINUE TRIAL UNTIL AFTER
COURT RULES ON PENDING SUMMARY JUDGMENT MOTION**

**COMES NOW** Defendant, by and through Leura G. Canary, United States Attorney for the

Middle District of Alabama, and moves the Court to stay the trial deadlines contained in the Court's

Scheduling Order, including the June 16, 2008, submission of witness and exhibit lists; the June 23,

2008, pretrial conference; and the July 28, 2008, trial, until after the Court rules on Defendant's

pending Motion for Summary Judgment.  In support of this Motion, Defendant asserts that this

staying of trial deadlines will serve the interests of judicial efficiency and economy by preventing

the parties from committing significant time and resources to prepare for a trial in a case that may

be dismissed on summary judgment.  More specifically, Defendant shows the Court as follows:

1.

This is a discrimination case brought pursuant to Title VII of the Civil Rights Act of 1964,

42 U.S.C. § 2000e et seq.  Plaintiff alleges she was constructively discharged due to race, gender,

and reprisal.  Defendant denies these contentions and asserts that Plaintiff has no evidence that her

retirement was actually a constructive discharge due to her race, gender, or retaliation.

2.

On March 4, 2008, Defendant filed a Motion for Summary Judgment. Plaintiff's Response was filed on April 11, 2008, and Defendant's Reply was filed on April 25, 2008. This Motion for Summary Judgment is currently pending before the Court. If this Motion for Summary Judgment is granted in whole or in part, it will eliminate the need for trial of this case or narrow the issues to be tried at any trial, which is currently set for the trial term of July 28, 2008.

3.

Pursuant to the current deadlines in this case, the parties must immediately begin preparing pretrial submissions and spending significant time getting ready for trial. Specifically, the parties must exchange witness lists and exhibit lists and designate deposition excerpts on or before June 16, 2008. The parties must submit a proposed pretrial order to the Court, and have a pretrial conference with the Court on June 23, 2008. The parties must then object to evidence and depositions, prepare and file motions in limine, and prepare proposed jury instructions by July 14, 2008.

4.

Defendant respectfully submits that the interests of justice and judicial economy dictate that the pretrial deadlines be suspended and that the trial be continued until after the Court's ruling on Defendant's pending motion for summary judgment. If the parties were to engage in the pretrial preparation described in paragraph 3, supra, for example, and the Court were to subsequently grant in whole or in part Defendant's Motion prior to trial, then the time and resources the parties put into the submissions would be rendered unnecessary. Furthermore, any submissions prepared by the parties prior to the Court's ruling on Defendant's Motion would have to be revised to reflect the

Court's ruling.  The witness and exhibit lists, and any motions in limine, for example, are entirely

dependant on what issues, if any, remain for trial.  Defendant submits that, as discussed in detail in

his pending Motion for Summary Judgment, no issues remain for trial.

5.

Defendant has already spent considerable time and resources during the discovery phase of

this case, including depositions, written discovery, and filing a motion for summary judgment with

accompanying brief in support.  To best serve the interests of judicial economy and to prevent the

potentially needless expenditure of additional time and resources on this case, the undersigned

counsel respectfully requests that the Court grant this motion, suspend all pretrial deadlines, and

continue the trial of this case until after the Court rules on Defendant's Motion for Summary

Judgment.  If any issues remain after the Court rules, Defendant submits the case can be placed on

the next available trial calendar.

Respectfully submitted this 5th day of June, 2008.

LEURA G. CANARY
United States Attorney

By:    s/James J. DuBois
JAMES J. DUBOIS
Assistant United States Attorney
Georgia Bar No. 231445
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail:  james.dubois2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2008, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney,

Collins Pettaway, Jr., Esquire.

s/James J. DuBois