IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ED SCHAFER, SECRETARY, )<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE, FARM SERVICE )<br>AGENCY (FSA), )<br>)<br>Defendant. ) | CASE NO. 2:05-cv-411-WKW |

**ORDER**

Upon consideration of Defendant's Motion to Suspend Pretrial Deadlines and Continue Trial until after Court Rules on Pending Summary Judgment Motion (Doc. # 68), it is ORDERED that the motion is GRANTED. The trial scheduled for July 28, 2008, is CONTINUED generally. The pretrial conference scheduled for June 23, 2008, is CONTINUED generally. The deadline for submissions of witness and exhibit lists scheduled for June 16, 2008, is CONTINUED generally. All other deadlines remain the same.

DONE this 11th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE