IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OZETTA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-411-WKW |
| | ) | |
| ED SCHAFER, SECRETARY, UNITED | ) | |
| STATES DEPARTMENT OF | ) | |
| AGRICULTURE, FARM SERVICE | ) | |
| AGENCY (FSA), | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is the

ORDER, JUDGMENT, and DECREE of the court that:

(1)  Judgment is entered in favor of the defendant and against the plaintiff.

(2)  Costs are taxed against plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 16th day of June, 2008.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE