IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZETTA THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-411-WKW |
| ) | |
| ED SHAFFER, SECRETARY, UNITED ) | |
| STATES DEPARTMENT OF ) | |
| AGRICULTURE, FARM SERVICE ) | |
| AGENCY (FSA) ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that the defendant shall file a response to the Plaintiff's Motion for the Court to Reconsider/Alter, Amend, or Vacate the Court's June 16, 2008 Order Granting Defendant's Motion for Summary Judgment and Dismissing All Claims (Doc. # 72) **on or before July 15, 2008.**

Done this 1st day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE