# Dunn, King & Associates, L.L.C.

Phone: (334) 263-0261 or (800) 359-8001; Fax: (334) 263-1243
2800 Zelda Road, Suite 100-2
P O. Box 1627
Montgomery, AL 36102-1627

**Invoice**

Thursday, January 10, 2008    22159F

James J. DuBois
U.S. ATTORNEY'S OFFICE
131 Clayton Street
Montgomery, AL 36104

Phone: (334) 223-7280    Fax:

**Witness:** Thomas, Ozetta Caver
**Case:** Thomas, Ozetta vs. Mike Johanns, et al.
**Venue:** U.S. Dist. Court Middle District Northern Division
**Number:** 3877
**Date:** 11/29/2007
**Time:** 9:31 AM

25822C

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| AUSA | Appearance for U.S. Attorney/per hour | $25.00 | 7.45 | $186.25 |
| USA | Original & 1 | $3.95 | 301 | $1,188.95 |
| R&S | Reading & Signing Package | $10.00 | 1 | $10.00 |
| | Sub Total | | | $1,385.20 |
| | Payments | | | $0.00 |
| | Balance Due | | | $1,385.20 |

RECEIVED 2008 JAN 11 A 9:40

Payment due in 30 days. Terms-Net 30; Interest charged at a rate of 1.5% on any unpaid balance
Please note invoice number on remittance to insure proper credit.
63-0823137

# HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
Post Office Box 62
Montgomery, AL 36101-0062
(334) 263-4455 Voice   (334) 263-9167 Fax
Tax ID: 63-0980443

January 30, 2008

Mr. James J. DuBois
U.S. DEPARTMENT OF JUSTICE
Middle District of Alabama
One Court Square, Suite 201
Montgomery, AL 36014

**Invoice Number**
**HP 71582**

**Description of services**   Re: --Ozetta Thomas vs. Mike Johanns

| Reference | | | | Extension |
|---|---|---|---|---|
| Copy | -Danny Crawford | 174.00 | 1.950 | 339.30 |
| Copy | -Jeff Knotts | 53.00 | 1.950 | 103.35 |
| Copy | -Richard Burge | 44.00 | 1.950 | 85.80 |
| Copy | -Irean Bennett | 54.00 | 1.950 | 105.30 |
| Copy | -Walda Malone | 52.00 | 1.950 | 101.40 |
| Exhibits | | 54.00 | 0.250 | 13.50 |
| Exhibit Binder | | 1.00 | 6.500 | 6.50 |
| Delivery charge | | 1.00 | 2.500 | 2.50 |
| | | | **Invoice total:** | **$757.65** |

Thank you - Haley Phillips

Thank you for using HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C. Please include copy of invoice with remittance.

Payable upon receipt. Thank you for your continued patronage.

Dunn, King & Associates, L.L.C.                                           Invoice

Phone: (334) 263-0261 or (800) 359-8001; Fax: (334) 263-1243
100 Zelda Road, Suite 100-2
P. O. Box 1627
Montgomery, AL 36102-1627

  

Friday, March 07, 2008                    22333F

James J. DuBois
U.S. ATTORNEY'S OFFICE
131 Clayton Street
Montgomery, AL 36104

Phone:   (334) 223-7280     Fax:

| | |
|---|---|
| **Witness:** | Williams, Deborah |
| **Case:** | Thomas, Ozetta vs. Mike Johanns, et al. |
| **Venue:** | U.S. Dist. Court Middle District Northern Division |
| **Number:** | 2877 |
| **Date:** | 2/14/2008 |
| **Time:** | 8:40 AM |

26010C

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| OC | Copy of transcript page (deposition) | $2.00 | 79 | $158.00 |
| | | | Sub Total | $158.00 |
| | | | Payments | $0.00 |
| | | | Balance Due | $158.00 |

Payment due in 30 days. Terms-Net 30; Interest charged at a rate of 1.5% on any unpaid balance
Please note invoice number on remittance to insure proper credit.
63-0823137