# COST OF COPYING 1479 PAGES OF DISCOVERY DOCUMENTS @ .10 PER PAGE

# $147.90