# SELMA DOCTORS CLINIC

509 Parkman Ave. ♦ P. O. Box 530 ♦ Selma, Alabama 36702-0530
Phone (334) 874-9064 ♦ Fax (334) 874-2633

DATE: _12-5-07_

TO: _Dept of Justice_

PATIENT'S NAME: _Ozetta Thomas_

CHART#: _22754_

SOCIAL SECURITY #: _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_

DATE OF BIRTH: _11-13-41_

| CHARGES FOR MEDICAL RECORDS | | | |
|---|---|---|---|
| 1. _25_ pages @ | $1.00 | _25.00_ | (first 25 pages) |
| 2. _37_ pages @ | $.50 | _18.50_ | (each additional page) |
| 3. Search fee | $5.00 | _5.00_ | |
| 4. Mailing cost | | _2.67_ | postage + envelope |
| TOTAL _51.17_ | | 63-1057858 | TAX ID NUMBER |