# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT, ALABAMA

**OZETTA THOMAS,**

    Plaintiff,

Vs.                                                  Case No.: 05-CV-411

**MIKE JOHANNS, SECRETARY,
UNITED STATES DEPARTMENT OF
AGRICULTURE, FARM SERVICE
AGENCY, (FSA)**

    Defendant.

_____/

## PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Comes now Plaintiff, Ozetta Thomas, by and through counsel, Hon. Collins Pettaway, Jr. and provide the following initial disclosures to Defendant. As follows:

**A. WITNESSES**

1. Daniel Robinson, Former Supervisor and Former State Executive Director (SED), will testify on job performance and character of Ms. Thomas.

2. Rev. Ezekiel Pettway, Spiritual Counselor, will testify on the emotional and physical stress endured by Ms. Thomas.

3. Sharrie Peterson, Jeffery Knotts and Walda Messer, Agricultural Program Specialist, and Pamela Polke, Program Assistant, were members of Ms. Thomas' staff and can testify to the harassment, intimidation, and humiliation, as well as the undermining of Ms. Thomas' ability to perform her duties by the SED and that she was not offered a retirement celebration.

4. Judy Norris, Agricultural Specialist and Former Program Technician in the Geneva County Office, can testify to the undermining Ms. Thomas' ability to perform her duties on the county level.

5. Gary Terry, County Executive Director (CED), can testify to the undermining of Ms. Thomas' ability as Chief to perform her duties.

6. Patricia Gates, Program Complaints Specialist, Office of Civil Rights, Program Complaints Inquiry Branch (OCR/PCIB), can testify to the illness Ms. Thomas suffered from stress when she was first detailed to OCR/PCIB.

7. Myles Robinson, Willie James Brown, Joe Postel, Walter Postel, Billy Givins, Benny Dixon, Clarence Dixon, Jerry Cooper and Robert Benjamin, black farmers present at a 1/23/03 meeting inquiring about Noninsured Assistance Program (NAP) payments. They can testify of the hostility and embarrassment Ms. Thomas suffered at the hands of District Director Richard Burge.

8. Carolyn Brown, County Office Reviewer (COR), can testify that she, a white female, complained of sexual harassment by Danny Crawford and Richard Burge, a district director. No strong discipline occurred. Danny Crawford retaliated against her by attacking her performance, stating that she did not know her job, could not articulate and could not get along with others. This is the same conduct inflicted upon Ms. Thomas. This will show a pattern of Danny Crawford's behavior and the Agency condoning such activity by not effectively disciplining Mr. Crawford.

9. Carnell McAlpine and Sharon Ervin, Program Complaints Specialists, OCR/PCIB, can testify to their statements given in ROI.

**D. Insurance**

    N/A.

    Respectfully submitted,

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.

Collins Pettaway, Jr.(PETTC9796)
Attorney for Plaintiff
Post Office Box 1290
Selma, AL 36702-1290
(334) 874-9264

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the within and foregoing Submission by placing a copy of the same in the U. S. Mail, this the 5th day of January 2007 upon the following:

James J. Dubois, Asst. U.S. Attorney
U. S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101-0197

OF COUNSEL