IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**OZETTA THOMAS,**

    Plaintiff,

Vs.                                  Case No.: 2:05-CV-411-WKW

**ED SCHAFER, SECRETARY
UNITED STATES DEPT. OF
AGRICULTURE, FARM
SERVICE AGENCY (FSA),**

    Defendant.
_____/

## **NOTICE OF APPEAL**

Comes now Plaintiff, Ozetta Thomas, by and through counsel, Hon. Collins Pettaway, Jr. and gives notice of appeal from the U.S. District Court Middle District, Northern Division to the 11th Circuit U.S. Court of Appeals of the judgment dated June 16, 2008 and Plaintiff's motion to reconsider filed on June 30, 2008 denied on August 5, 2008.

                                                Respectfully submitted,

                                                CHESTNUT, SANDERS, SANDERS
                                                & PETTAWAY, L.L.C.

                                                <u>/s/Collins Pettaway, Jr.</u>
                                                Collins Pettaway, Jr.(PETTC9796)
                                                Attorney for Plaintiff
                                                P. O. Box 1290
                                                Selma, AL  36702-1290
                                                334.875.9264

**CERTIFICATE OF SERVICE**

    This is to certify that I have on this the 4th day of September 2008 served a copy of the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsels of record.

                                             /s/Collins Pettaway, Jr.
                                             Collins Pettaway, Jr.