Instructions for Attorneys completing the electronic version of
the Transcript Information Form for Appeals

An electronic version of the Transcript Order Information Form is available on the Middle
District of Alabama website.  The following instructions and guidance are provided.

First            Click on the link below to obtain the Transcript Order Information Form from the
                 Middle District of Alabama website:

                        http://www.almd.uscourts.gov/forms/transcription-information-form.pdf

Second           Complete the form electronically using Adobe Acrobat or other PDF editor.  The
                 form should be signed using the *s/ name* convention for electronic signatures.

Third            Save the completed form as a PDF document (using the full version of Adobe
                 Acrobat, PDF 995, etc.) or "print" the completed form to a PDF file (using
                 programs which only have PDF print capabilities).

Fourth           File the form electronically with the district court using the CM/ECF system.
                 From the main CM/ECF menu select:

                        **Civil or Criminal Events; Appeal Documents; Transcript Information
                        Form**.

Fifth            After the transcript information form is e-filed use the notice of electronic filing to
                 access the PDF image of the form and print it for the following step.  This version
                 of the document contains the case number, filing date, and document number
                 information in a header along the top if you have that feature enabled.

Sixth            Mail the printed form to the Eleventh Circuit Court of Appeals; 56 Forsyth St,
                 NW; Atlanta, GA 30303.

Seventh          Your transcript information form will be emailed to the court reporter when the
                 form is e-filed with the court.  Please follow the prompts during the event.

                 If you are requesting a transcript(s), you must also mail a copy of the printed form
                 to the appropriate court reporter(s).