```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006382
Cashier ID: khaynes
Transaction Date: 09/05/2008
Payer Name: CHESTNUT SANDERS SANDER ET AL
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: CHESTNUT SANDERS SANDER ET AL
 Case/Party: D-ALM-2-05-CV-000411-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 4055
 Amt Tendered:   $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

2:05-cv-00411-WKW-SRW

Thomas v. Johanns et al
```